# EXHIBIT 2

# United States of America
## United States Patent and Trademark Office



**Reg. No. 1,815,937**
**Registered Jan. 11, 1994**
**Amended Jun. 04, 2019**
**Int. Cl.: 21, 30, 35, 43**
**Service Mark**
**Trademark**
**Principal Register**



Andrei Iancu
Director of the United States
Patent and Trademark Office

STARBUCKS CORPORATION (WASHINGTON CORPORATION)
2401 Utah Avenue South
Seattle, WASHINGTON 98134

CLASS 21: [ hand operated coffee grinders and coffee mills, ] non electric coffee makers, insulated cups, reusable non paper coffee filters, [ beverage stowaways (cup holders for use on car and boat dashboards), ] non paper coasters, thermal insulated bottles, and housewares; namely, coffee cups, non electric coffee pots not of precious metal, cups, mugs, dishes, trivets, and canisters

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992

CLASS 30: ground and whole bean coffee, cocoa, [ tea, ] powdered chocolate [ and powdered vanilla, muffins, pastries, cookies, breads, granola, and candy; namely, chocolates, chocolate covered coffee beans, chocolate covered cherries, and chocolate covered almonds ]

FIRST USE 9-1-1992; IN COMMERCE 9-1-1992

CLASS 35: retail store services featuring of all of the above goods as well as decorative magnets, [ paper coffee filters, ] and electric appliances; namely, power operated coffee grinders, espresso makers, coffee makers, percolators, and coffee pots; [ distributorship services of all the foregoing goods; ]

FIRST USE 8-30-1992; IN COMMERCE 8-30-1992

CLASS 43: restaurant and cafe services

FIRST USE 8-30-1992; IN COMMERCE 8-30-1992

The mark is lined to indicate the color green. Color is claimed as a feature of the mark.

OWNER OF U.S. REG. NO. 1098925, 1372630, 1452359, 1417384, 1417602, 1444549, 1542775

No claim is made to the exclusive right to use the following apart from the mark as shown: "COFFEE"

SER. NO. 74-348,802, FILED 01-15-1993

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 16

Prior U.S. Cl.: 31

Reg. No. 1,893,602

## United States Patent and Trademark Office   Registered May 9, 1995

**TRADEMARK**
**PRINCIPAL REGISTER**



STARBUCKS CORPORATION (WASHINGTON CORPORATION)
2203 AIRPORT WAY SOUTH, SUITE 650
SEATTLE, WA 98134

  FOR: PAPER COFFEE FILTERS, IN CLASS 16 (U.S. CL. 31).
  FIRST USE 11-10-1993; IN COMMERCE 11-10-1993.
  OWNER OF U.S. REG. NOS. 1,098,925, 1,542,775, AND OTHERS.

  NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.
  THE MARK IS LINED TO INDICATE THE COLOR GREEN. COLOR IS CLAIMED AS A FEATURE OF THE MARK.

  SN 74-348,806, FILED 1-15-1993.

RICHARD A. STRASER, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,266,351

Registered Aug. 3, 1999

## TRADEMARK
## PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: GROUND AND WHOLE BEAN COFFEE; COCOA; HERBAL AND NON-HERBAL TEAS; COFFEE, TEA, COCOA AND ESPRESSO BEVERAGES, AND BEVERAGES MADE WITH A BASE OF COFFEE AND/OR ESPRESSO, INSTANT COFFEE AND COFFEE SUBSTITUTES; READY-TO-DRINK COFFEE BEVERAGES; LIQUID AND POWDERED BEVERAGE MIXES; POWDERED FLAVORINGS; FLAVORING SYRUPS FOR BEVERAGES; BAKED GOODS, NAMELY, MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES AND BREADS AND READY-TO-MAKE MIXES OF THE SAME; ICE CREAM AND FROZEN CONFECTIONS; CHOCOLATE; CANDY AND CONFECTIONS AND READY-TO-EAT CEREALS; ALL OF THE FOREGOING GOODS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992.

OWNER OF U.S. REG. NOS. 1,098,925, 2,091,941 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE COFFEE, APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLOR GREEN, AND THE COLOR GREEN IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" IN A CIRCULAR SEAL WITH TWO STARS, THE COLOR GREEN WHICH IS IN THE NATURE OF EMERALD GREEN, PMS COLOR 3425(C), AND

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 2,266,351

**United States Patent and Trademark Office**     Registered Aug. 3, 1999

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: GROUND AND WHOLE BEAN COFFEE; COCOA; HERBAL AND NON-HERBAL TEAS; COFFEE, TEA, COCOA AND ESPRESSO BEVERAGES, AND BEVERAGES MADE WITH A BASE OF COFFEE AND/OR ESPRESSO, INSTANT COFFEE AND C̶O̶F̶F̶E̶E̶ S̶U̶B̶S̶T̶I̶T̶U̶T̶E̶S̶; READY-TO-DRINK COFFEE BEVERAGES; LIQUID AND POWDERED BEVERAGE MIXES; POWDERED FLAVORINGS; FLAVORING SYRUPS FOR BEVERAGES; BAKED GOODS, NAMELY, MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES AND BREADS A̶N̶D̶ R̶E̶A̶D̶Y̶-T̶O̶-M̶A̶K̶E̶ M̶I̶X̶E̶S̶ O̶F̶ T̶H̶E̶ S̶A̶M̶E̶; ICE CREAM AND FROZEN CONFECTIONS; CHOCOLATE; CANDY AND CONFECTIONS AND READY-TO-EAT CEREALS; ALL OF THE FOREGOING GOODS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992.

OWNER OF U.S. REG. NOS. 1,098,925, 2,091,941 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE COFFEE, APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLOR GREEN, AND THE COLOR GREEN IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" IN A CIRCULAR SEAL WITH TWO STARS, THE COLOR GREEN WHICH IS IN THE NATURE OF EMERALD GREEN, PMS COLOR 3425(C), AND

# United States of America
## United States Patent and Trademark Office



**Reg. No. 2,266,352**  
**Registered Aug. 03, 1999**  
**Amended Mar. 03, 2020**  
**Int. Cl.: 43**  
**Service Mark**  
**Principal Register**

STARBUCKS CORPORATION (WASHINGTON CORPORATION)
2401 Utah Avenue South
Seattle, WASHINGTON 98134

CLASS 43: restaurant, cafe and coffee house services

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992

The mark consists of the wording "STARBUCKS COFFEE" in a circular seal with two stars, the color green which is in the nature of emerald green, PMS Color 3425(c), and design of a siren (a two-tailed mermaid) wearing a crown.

OWNER OF U.S. REG. NO. 2035005, 1815938, 1891561, 1452359, 1758589, 1815937, 2086615, 1793782, 2030878, 1542775, 2091941, 1098925, 1372630, 1943361, 2028943, 2039849, 2047491, 2073104, 1417602, 1893602, 1821547, 2024105, 1444549, 2091940

The mark is lined for the color green, and the color green is a feature of the mark.

No claim is made to the exclusive right to use the following apart from the mark as shown: "COFFEE"

SER. NO. 75-386,496, FILED 11-07-1997



Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,325,182
Registered Mar. 7, 2000

## SERVICE MARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: WHOLESALE DISTRIBUTORSHIPS, RETAIL OUTLETS AND MAIL ORDER SERVICES FEATURING GROUND AND WHOLE BEAN COFFEE; TEA; COCOA; COFFEE AND ESPRESSO BEVERAGES AND BEVERAGES MADE WITH A BASE OF COFFEE, ESPRESSO, AND/OR MILK; POWDERED MILK; POWDERED FLAVORINGS; FLAVORING SYRUPS; BAKED GOODS, INCLUDING MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES, CAKES AND BREADS, AND READY-TO-MAKE MIXES OF THE SAME; PACKAGED FOODS; SANDWICHES AND PREPARED FOODS; CHOCOLATE AND CONFECTIONERY ITEMS; READY-TO-EAT CEREALS; DRIED FRUITS, SPREADS; JUICES; SOFT DRINKS; ELECTRIC APPLIANCES, NAMELY, KETTLES, COFFEE MAKERS, ESPRESSO MAKERS AND COFFEE GRINDERS; HOUSEWARES, NON-ELECTRIC APPLIANCES AND RELATED ITEMS, NAMELY, HAND-OPERATED COFFEE GRINDERS AND COFFEE MILLS, INSULATED COFFEE AND BEVERAGE CUPS, COLLAPSIBLE CUP CARRIERS AND CANDIES, NON-PAPER COASTERS, INSULATED VACUUM BOTTLES, COFFEE CUPS, TEA CUPS, MUGS, GLASSWARE, DISHES, PLATES AND BOWLS, TRIVETS, STORAGE CANNISTERS, NON-ELECTRIC DRIP COFFEE MAKERS AND NON-ELECTRIC PLUNGER-STYLE COFFEE MAKERS; PAPER AND NON-PAPER COFFEE FILTERS; FURNITURE; WATCHES; CLOCKS; TOYS; BOOKS; MUSICAL RECORDINGS; T-SHIRTS, CAPS, SWEATSHIRTS, JACKETS, APRONS AND OTHER CLOTHING ITEMS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

2                                                                                  2,325,182

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992.

OWNER OF U.S. REG. NOS. 1,098,925, 2,091,941 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLOR GREEN, AND THE COLOR GREEN IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" IN A CIRCULAR SEAL WITH TWO STARS, THE COLOR GREEN WHICH IS IN THE NATURE OF EMERALD GREEN, PMS COLOR 3425(C), AND DESIGN OF A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN.

SER. NO. 75-386,495, FILED 11-7-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,428,128
Registered May 13, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS, LLC (NEVADA LTD LIAB CO)
2525 STARBUCKS WAY
MINDEN, NV 89423

FOR: RETAIL MUSIC AND RECORD STORES; RETAIL OUTLETS AND ON-LINE RETAIL STORE SERVICES FEATURING VIDEO RECORDS, CDS, BOOKS, VIDEOS; ELECTRONIC CATALOG SERVICES FEATURING VIDEO RECORDS, CDS, BOOKS, VIDEOS; PROMOTING MUSICAL EXHIBITIONS AND LIVE MUSIC CONCERTS OF OTHERS THROUGH THE DISTRIBUTION OF PRINTED PROMOTIONAL MATERIALS; BUSINESS ADMINISTRATION; BUSINESS MANAGEMENT; FRANCHISING, NAMELY, PROVIDING TECHNICAL ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF RESTAURANTS, CAFES, COFFEE HOUSES AND SNACK BARS; PROVIDING TECHNICAL ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF RESTAURANTS, CAFES, COFFEE HOUSES AND SNACK BARS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-31-2004; IN COMMERCE 3-31-2004.

OWNER OF U.S. REG. NO. 2,325,182 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

THE COLOR(S) GREEN, BLACK AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE SIREN AND CROWN APPEAR IN WHITE ATOP A CIRCULAR CARRIER WITH A BLACK BACKGROUND. A THIN WHITE CIRCLE SURROUNDS THE BLACK CIRCULAR CARRIER CONTAINING THE SIREN. A THICKER GREEN CARRIER CIRCLE SURROUNDS THE PREVIOUSLY MENTIONED DESIGN ELEMENTS. THIS THICK GREEN CIRCLE CONTAINS TWO WHITE STARS, AND THE WORDING "STARBUCKS COFFEE" IN WHITE, WHICH PARTLY ENCIRCLES THE INNER CIRCULAR CARRIERS. A THIN WHITE OUTER CIRCLE AND A THIN GREEN OUTER CIRCLE COMPLETE THE DESIGN ELEMENTS.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" AND DESIGN ELEMENTS COMPRISING A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN WITH A STAR, TWO SEPARATE STARS, AND SEVERAL CIRCULAR CARRIERS.

SN 78-567,908, FILED 2-15-2005.

NELSON SNYDER, EXAMINING ATTORNEY