# EXHIBIT 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-768-520

**Effective date of registration:**

April 26, 2011

## Title

**Title of Work:** 40th Anniversary Siren design

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** March 8, 2011     **Nation of 1st Publication:** United States

## Author

■     **Author:** Starbucks Corporation, dba Starbucks Coffee Company

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Starbucks Corporation, dba Starbucks Coffee Company

2401 Utah Avenue South, Seattle, WA, 98134, United States

## Limitation of copyright claim

**Previous registration and year:** VA 875-932     1998

## Rights and Permissions

**Organization Name:** Starbucks Corporation

**Name:** Naser Baseer

**Email:** nbaseer@starbucks.com     **Telephone:** 206-318-2984

**Address:** 2401 Utah Avenue South

MS S-LA1

Seattle, WA 98134 United States

## Certification

**Name:**  Naser Baseer

**Date:**  April 26, 2011

**Applicant's Tracking Number:**  COP00034-US

