## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| STARBUCKS CORPORATION, | |
| Plaintiff, | |
| v. | Civil Action No. _____ |
| SERVICE EMPLOYEES INTERNATIONAL UNION d/b/a WORKERS UNITED, d/b/a STARBUCKS WORKERS UNITED, and IOWA CITY STARBUCKS WORKERS UNITED, | **COMPLAINT** |
| | **JURY TRIAL DEMANDED** |
| Defendants. | |

Plaintiff Starbucks Corporation ("Starbucks" or "Plaintiff"), by its undersigned attorneys, hereby alleges by way of this Complaint against Defendants Service Employees International Union ("SEIU") d/b/a Workers United, d/b/a Starbucks Workers United ("SBWU"), and Iowa City Starbucks Workers United ("Iowa City SBWU") (collectively, "Defendants") the following:

### NATURE OF THE ACTION

1.     This is an action concerning the actual and threatened injury to the safety, well-being, operations, and reputation of Starbucks and its employees caused

by Defendants' inflammatory and misleading communications, which have led, among other things, to property damage, threats, and calls for a boycott against Starbucks. Most notably, and of most urgency to Starbucks, this action concerns Defendants' social media posts in support of violence in Israel starting immediately after reports emerged that Hamas had attacked civilians in Israel, and the substantial resulting reputational and other business harm these statements have caused and, if not enjoined, will continue to cause to Plaintiff.

2.     In communicating their own messages about these and a wide range of other topics, Defendants have ubiquitously used the Starbucks name and other identifying symbols to identify themselves. Viewing the parties as one and the same because the Defendants have adopted the Starbucks name and logos as their own, Customers misled and confused over the source or endorsement of the statements put out by Defendants direct their reactions to Starbucks. Statements by Starbucks attempting to distinguish itself from Defendants and their positions have been to no avail.

3.     In this action, Starbucks asserts claims for dilution arising under 15 U.S.C. § 1125(c) and Iowa Code § 548.113, trademark infringement arising under 15 U.S.C. § 1114, trademark infringement, false affiliation, unfair competition, false designation of origin arising under 15 U.S.C. § 1125(a) and Iowa Code §§ 548.112

and 548.116, copyright infringement arising under 17 U.S.C. 101 *et seq.*, and contributory infringement.   These claims arise directly from Defendants' unauthorized and repeated instances of copying and use of Starbucks trademarks and copyrighted works, in violation of state and federal law, which have damaged Starbucks reputation and business, weakened the distinctive quality of Starbucks trademarks, and infringed Starbucks rights in its intellectual property.

## PARTIES

4.     Starbucks is a corporation formed under the laws of the State of Washington, with its principal place of business located in Seattle, Washington.

5.     SEIU is an organization, headquartered in Washington, D.C., with activities throughout the United States.  Upon information and belief, SEIU does business as and controls Workers United and SBWU.

6.     Upon information and belief, Workers United, an affiliate of SEIU, is an organization whose members include various groups of employees throughout the country. According to its website, https://workersunited.org/, Workers United is located in Philadelphia, Pennsylvania, with joint board located throughout the United States.

7.     Upon information and belief, SBWU, an affiliate of SEIU working under the leadership of Workers United, is a membership organization comprising

certain Starbucks employees from select stores from around the country. According to its website, https://sbworkersunited.org/, it is located in Buffalo, New York, "and Everywhere in the United States." Upon information and belief, SBWU has dozens of local chapters based out of multiple states and cities, including Iowa, Maryland, California, Florida, Texas, Massachusetts, Arizona, Illinois, and New Jersey, among many others.

8.      Upon information and belief, Iowa City SBWU, a local chapter of SBWU, is an organization located in Iowa City, Iowa, associated with Starbucks store number 2855, and operating in the state without a certificate of authority.

## JURISDICTION AND VENUE

9.      This action involves federal claims arising under the United States Trademark Act of 1946 (Lanham Act), 15 U.S.C. § 1051 *et seq.* and United States Copyright Act, 17 U.S.C. § 101 *et seq.* This Court therefore has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338, and 15 U.S.C. § 1121(a).

10.      This Court has supplemental jurisdiction over the related state law claims in this action under 28 U.S.C. § 1367(a) as those claims are so related to the claims under federal law so as to form part of the same case or controversy.

11.    The Court has personal jurisdiction over Defendants because, on information and belief, Defendants have specific contacts with, and/or are engaged in business practices in this judicial district arising from the use of marks and works in commerce, marketing, advertising, sale, and offering to sell or provide goods and/or services, which marks and works dilute and infringe Starbucks famous and federally-protected trademarks and infringe its federally-protected copyrighted works. Defendants have committed acts of trademark infringement and false affiliation under federal and state law, trademark dilution under federal and state law, copyright infringement under federal law, and contributory infringement.

12.    Venue in this district is appropriate under 28 U.S.C. §§ 1391(b) and 1391(c) because a substantial part of the events or omissions giving rise to the claim occurred in this District.

## BACKGROUND

### Starbucks History

13.    Starbucks is the leading coffee roaster and retailer in the United States. Since 1971, when Starbucks opened its first store, Starbucks has grown to over 17,000 United States retail locations and approximately 37,000 retail locations in over 80 foreign countries and territories.

14.    Starbucks retail stores throughout the United States sell coffee, tea, and other food and beverages, as well as Starbucks-branded merchandise, such as coffee mugs, glassware, coffee-related equipment, and other products. This merchandise prominently displays Starbucks-owned trademarks, service marks, and copyrighted works (the "Starbucks Marks" and "Starbucks Works," respectively), as seen in the examples below:

   

Siren Logo          40th Anniversary Siren Logo

# STARBUCKS

15.    Starbucks retail stores throughout the world conduct billions of transactions each year. In addition to retail stores, Starbucks promotes its products and services on its website Starbucks.com. Both the Starbucks Marks and Starbucks Works are displayed prominently on the Starbucks.com website.

16.    In addition to directly selling its products in its own retail stores, Starbucks also serves its coffee and other products through authorized parties ("Authorized Sellers") throughout the United States. These Authorized Sellers include, but are not limited to, bookstores, grocery stores, airports, restaurants, and

entertainment venues. Starbucks licenses the Starbucks Marks and Starbucks Works under one or more license agreements to the Authorized Sellers. The license agreements ensure that Starbucks products are only distributed through Authorized Sellers who must adhere to Starbucks quality control procedures and standards. By controlling distribution of Starbucks products and services, Starbucks monitors and controls the use of the Starbucks Marks and Starbucks Works.

17.     Starbucks maintains its own official social media accounts, including, but not limited to, a Facebook page (www.facebook.com/Starbucks), an X (formerly known as Twitter) account (www.twitter.com/Starbucks), an Instagram page (www.instagram.com/Starbucks), a TikTok account (www.tiktok.com/@starbucks), and a LinkedIn page (www.linkedin.com/company/Starbucks). The Starbucks Facebook page has more than 35 million followers and 36 million likes. The Starbucks X account has over 10.9 million followers. All of these platforms prominently feature the Starbucks Marks.

18.     Starbucks diligently monitors all of its official distribution channels to ensure compliance with its policies and standards to manage the brand's image and public perception.

19.     Numerous television programs and movies have prominently featured the Starbucks Marks, including *Zoolander, The Devil Wears Prada, Sex and the City,*

*Parks & Rec, The Voice, Ellen, Real Time, License to Wed, The Proposal, Clueless, 127 Hours, Jurassic World, You've Got Mail, Austin Powers: The Spy Who Shagged Me, Fight Club, The Terminal, Josie and the Pussy Cats, Miss Congeniality, Clueless, Made of Honor, Meet the Fockers, 13 Going on 30, In Good Company*, and *I Am Sam*.

20.    Brand studies routinely place Starbucks among the most recognized and valuable brands in the world. For example, in its 2023 study, BrandZ ranked Starbucks as the 27th Most Valuable Brand in the World, ranked in between famous brands like T-Mobile and Walmart, and above well-recognized brands like YouTube, Netflix, and The Walt Disney Company. As another example, the 2023 "Restaurants 25" report from an independent brand valuation consultancy, Brand Finance, Starbucks was ranked the number one most valuable restaurant brand in the world.

21.    As a result of the foregoing sales and marketing activities, the Starbucks Marks have become famous and highly distinctive trademarks with an unmatched reputation of excellence.

**Starbucks Trademarks and Copyrights**

22.    For decades, Starbucks has continuously used its famous and highly distinctive marks, including the STARBUCKS word mark, which has been used

since Starbucks was founded in 1971, as well as the famous Siren Logo (used since 1992) and the more recent 40th Anniversary Siren Logo (used since 2011) (shown collectively below) in United States commerce in connection with a wide variety of goods and services to promote Starbucks brand and to identify its goods and services. The United States Patent and Trademark Office has granted dozens of trademark registrations for the Starbucks Marks, as further detailed below. Additionally, the Starbucks Marks have been registered in over 180 countries.




Siren Logo                    40th Anniversary Siren Logo



23.     These registrations recognize the exclusive rights held by Starbucks in the world-famous Starbucks Marks.

24.     Starbucks owns multiple trademark registrations in the Siren Logo. These registrations include, but are not limited to, U.S. Trademark Registration Nos. 1,542,775 (registered June 6, 1989) in connection with "[r]estaurant services featuring coffee and espresso beverages and also serving sandwiches and breakfasts"; 1,815,938 (registered January 11, 1994) in connection with, *inter alia*,

"[n]on electric coffee makers, insulated cups, reusable non paper coffee filters, non paper coasters, thermal insulated bottles, and housewares; namely, coffee cups, non electric coffee pots not of precious metal, cups, mugs, dishes, trivets, and canisters," "ground and whole bean coffee," and "retail store services featuring [coffee]," and "restaurant and café services"; 2,028,943 (registered January 7, 1997) in connection with "[t]-shirts, polo shirts, sweatshirts, caps, hats, jackets, [shorts] and aprons"; 2,176,976 (registered July 28, 1998) in connection with "electrical appliances, namely, espresso makers and coffee makers for domestic and commercial use"; 3,298,945 (registered September 25, 2007) in connection with, *inter alia*, "[c]offee, . . . prepared coffee and coffee-based beverages; prepared espresso and espresso-based beverages"; 3,673,335 (registered August 25, 2009) in connection with "[d]airy-based food beverages"; and 1,943,361 (registered December 26, 1995), 2,120,653 (registered December 9, 1997), and 3,428,127 (registered May 13, 2008) in connection with a variety of goods and services. These registrations are valid and subsisting. True and correct copies of the registration certificates are attached hereto as Exhibit 1.

25.     Starbucks owns multiple trademark registrations of the Siren Logo in the familiar green, black, and white color scheme. These registrations include, but are not limited to, U.S. Trademark Registration Nos. 1,815,937 (registered January

11, 1994) in connection with, *inter alia*, "ground and whole bean coffee," "cups, mugs, dishes, trivets, and canisters" and "retail store services featuring [coffee]," and "restaurant and café services"; 2,266,351 (registered August 3, 1999) in connection with, *inter alia*, "ground and whole bean coffee," "coffee . . . and espresso beverages, and beverages made with a base of coffee and/or espresso"; 2,266,352 (registered August 3, 1999) in connection with, *inter alia*, "[r]estaurant, cafe and coffee house services"; 2,325,182 (registered March 7, 2000) in connection with, *inter alia*, "retail outlets . . . featuring ground and whole bean coffee[,] . . . coffee and espresso beverages and beverages made with a base of coffee, espresso, and/or milk;" "coffee cups, tea cups, mugs, glassware, dishes, plates and bowls"; and "toys; books;" . . . and [t]-shirts, caps, sweatshirts, jackets, aprons and other clothing items"; and 1,893,602 (registered May 9, 1995) and 3,428,128 (registered May 13, 2008), in connection with a variety of goods and services. These registrations are valid and subsisting. True and correct copies of the registration certificates are attached hereto as Exhibit 2.

26.     Starbucks owns United States Copyright Reg. No. VA 875-932 for the Starbucks Siren Logo. A true and correct copy of the copyright registration certificate for this work is attached hereto as Exhibit 3.

27.     Starbucks owns multiple trademark registrations in the 40th Anniversary Siren Logo. These registrations include, but are not limited to, U.S. Trademark Registration Nos. 4,415,862 (registered October 8, 2013) in connection with a variety of goods and services, including "paper boxes and paper packaging" and "paper cups, non-electric milk frothers; scoops"; 4,538,053 (registered May 27, 2014), in connection with, *inter alia*, "[h]and operated coffee grinders and coffee mills, insulated coffee and beverage cups, non-paper coasters, insulated vacuum bottles, coffee cups, tea cups and mugs, glassware, dishes, plates and bowls, trivets, storage canisters, non-electric drip coffee makers, non-electric plunger-style coffee makers, and decorative storage containers for food, non-electric tea kettles, tea infusers, tea pots, tea strainers, ceramic figurines, porcelain figurines; paper cups and insulated sleeves for beverage cups," "[e]lectrical appliances, namely espresso makers and coffee makers for domestic or commercial use," "milk based beverages," "coffee . . . and espresso beverages, . . . beverages made with a base of coffee and/or espresso," "retail store services in the field of coffee," and "café, . . . coffee bar . . ., carry out restaurant services, . . . coffee supply services for offices," "stationary, posters, paper napkins, paper coasters, paper bag," and "retail store services in the field of . . . clothing, caps and hats, toys . . . and accessories therefor"; computerized on-line ordering services all in the field of . . . jewelry, clothing, caps, hats, toys . . .

and accessories thereof,"; and 4,639,908 (registered November 18, 2014) in connection with a variety of goods and services, including "[t]-shirts, polo shirts, sweatshirts, caps, hats, jackets, aprons and vests," "[t]oys," and "jewelry." These registrations are valid and subsisting. True and correct copies of the registration certificates from the USPTO website are attached hereto as Exhibit 4.

28.     Starbucks owns multiple trademark registrations for the 40th Anniversary Siren Logo in the familiar green and white color schemes.  These registrations include, but are not limited to, U.S. Trademark Registration Nos. 4,538,585 (registered May 27, 2014) in connection with, inter alia, "paper cups, non-electric milk frothers; scoops"; 4,572,688 (registered July 22, 2014), in connection with, *inter alia*, "stationary, posters," "insulated coffee and beverage cups, . . . glassware, . . . storage canisters, . . . ceramic figurines, porcelain figurines," "[t]-shirts, polo shirts, sweatshirts, caps, hats, jackets, shorts," "business administration; business management; franchising," "coffee . . . and espresso beverages, . . . beverages made with a base of coffee and/or espresso," "retail store services" and "computerized on-line [retail and] ordering services in the field of coffee, . . . jewelry . . . clothing, caps and hats, toys," and "café, . . . coffee bar . . . , and carry out restaurant services, . . . coffee supply services for offices"; and 4,635,864 (registered November 11, 2014), in connection with a variety of goods and services, including

"jewelry," "[t]-shirts, polo shirts, sweatshirts, caps, hats, jackets, aprons and vests," and "toys." These registrations are valid and subsisting. True and correct copies of the registration certificates from the USPTO website are attached hereto as Exhibit 5.

29.     Starbucks is the owner of United States Copyright Reg. No. VA 1-768-520 for the Starbucks 40th Anniversary Siren Logo. A true and correct copy of the copyright registration certificate for this work is attached hereto as Exhibit 6.

30.     Starbucks also owns numerous registrations for the STARBUCKS word mark. These registrations include, but are not limited to, U.S. Trademark Registration Nos. 1,444,549 (registered June 23, 1987) in connection with "retail store services and distributorship services for coffee, tea" and "coffee café services"; 2,073,104 (registered June 24, 1997) in connection with, *inter alia*, "[w]holesale supply services featuring ground and whole bean coffee, tea, cocoa, coffee and espresso beverages" and "[r]estaurant, cafe and coffee house services"; 2,086,615 (registered August 5, 1997) in connection *inter alia* with "ready-to-drink coffee, ready-to-drink coffee based beverages"; 3,235,732 (registered May 1, 2007) in connection with "coffee roasting and processing"; 2,180,760 (registered August 11, 1998) in connection with "wallets, billfolds, tote bags, purses, briefcases, book bags, briefcase-type portfolios, valises and umbrellas, all made of cloth, plastic or leather";

2,189,460 (registered September 15, 1998) in connection with, *inter alia*, "insulated coffee and beverage cups" and "coffee cups, tea cups and mugs, beverage glassware"; 2,176,974 (registered July 28, 1998) in connection with "[t]-shirts, polo shirts, sweatshirts, caps, hats, jackets, and aprons"; 1,452,359 (registered August 11, 1987) in connection with "coffee, tea, herb tea, chocolate and cocoa"; 1,372,630 (registered November 26, 1985) in connection with "coffeepots, cups, mugs and cannisters." These registrations are valid and subsisting. True and correct copies of the registration certificates are attached hereto as Exhibit 7.

31.     Starbucks devotes a significant amount of time, energy, and resources into protecting its Starbucks Marks and Starbuck Works. By limiting distribution of the Starbucks products to channels involving Authorized Sellers, Starbucks maintains its reputation and integrity, as well as ensures customers' safety and satisfaction.

32.     Because of Starbucks products' superior quality and exclusive distribution channels, the public recognizes Starbucks as a source of high-quality products. As such, Starbucks has developed extraordinarily strong rights in the famous Starbucks Marks, and those Marks thus are entitled to very broad protection.

**Defendants and Defendants' Wrongful Acts**

33.     Upon information and belief, SBWU, a subset of Workers United, is an unincorporated association which acts as a collective of Starbucks employees from approximately 325 company-operated stores throughout the United States (3% of U.S. company operated stores). SBWU and Workers United are affiliates of SEIU and SBWU Iowa City is an affiliate located in and operating out of Iowa City, Iowa.

34.     SEIU, through Workers United and SBWU and others associated with Workers United, and SBWU Iowa City use the STARBUCKS word mark and various logos (referred to herein as "Accused Marks") that copy and/or closely resemble the Starbucks Marks and Starbucks Works, including the following:

| **Accused Marks** | **Starbucks Marks** |
| :---: | :---: |
|  |  |
| | Siren Logo |
|  |  |
| | 40th Anniversary Siren Logo |

35.    SBWU maintains its own website (https://sbworkersunited.org/) and social media accounts, including an X account (twitter.com/sbworkersunited), Facebook account (facebook.com/sbworkersunited), Instagram account (instagram.com/sbworkersunited) and TikTok account (tiktok.com/@sbworkersunited).

36.    SBWU has on innumerable occasions coopted the entirety of each of the Starbucks Marks and Starbucks Works, including on its website, as its "profile

picture" on social media accounts, in social media posts, and on various forms of

merchandise, as seen in the examples below:

### Facebook page



### TikTok Account



**Twitter Account**



**Instagram**



**Website**



360+ STORES UNIONIZED.
9,000+ UNION PARTNERS.

will you stand in solidarity with us?

SIGN THE #NOCONTRACTNOCOFFEE PLEDGE

37.     SBWU's website has a "Shop Official Merch" webpage where it sells signs, T-shirts, pins, hats, mugs, cups, and masks prominently coopting the Starbucks Marks and Starbucks Works, as shown in the below examples from the SBWU website.



Logo Tee
$27.00



Logo Hat
$27.00



Logo Button
$5.00



Logo Face Covering
$25.00

Logo Mug
$25.00

Yard Sign
$20.00

38.     Iowa City SBWU maintains its own social media accounts, including an X account (twitter.com/IowaCitySBWU), which prominently displays the coopted Starbucks Marks and Starbucks Works, as seen below.



-21-

39.     Iowa City SBWU posts and shares posts about a wide variety of subjects, including, but not limited to, international affairs, trash collection, rights for transgender individuals, and local jails.

40.     Defendants have coopted the entirety of each of the Starbucks Marks and Starbucks Works for various publicity, advertising, fundraising, and promotional purposes.

41.     Given the Accused Marks' similarities to the Starbucks Marks, the Accused Marks are likely to convey to consumers a false affiliation, endorsement, or sponsorship with Starbucks. Indeed, the similarity between the marks has already caused substantial, demonstrated, and harmful confusion, as discussed further below.

42.     Starting October 7, 2023, the day reports emerged of Hamas-led attacks on Israel, Defendants and their affiliates posted or shared on their official social media accounts various concerted statements. For example, SBWU posted a Tweet, using the Starbucks Marks and Starbucks Works, stating "Solidarity with Palestine" with a picture of the bulldozer tearing down a fence on the Gaza strip during the attack on Israel on October 7:



Particularly at that time, when the world had just seen images of assaults on families and upon a peaceful music festival and heard the reports of deaths from those attacks, people reacted with outrage at a perceived endorsement of violence.

43.     Additionally, the same day of the initial attacks in Israel and continuing even as recently as the day before filing this action, Iowa City SBWU posted and reposted on social media messages advocating for the continuation of violence against Israel and cessation of U.S. aid to Israel, including the following:



↑⤶ Iowa City Starbucks Workers United reposted

**John C** 🏴 🌹 @johnjc0 · Oct 16                                          ...

I urge the rest of the labor movement to break their silence and stand in solidarity with the people of Palestine, pressure your electeds to end military aid to Israel, and engage in BDS through your union contracts. Our solidarity should have no borders 🏴‍☠️🇵🇸 🟤 #FreePalestine

🔴 **Restaurant Workers United (RWU)** @restaurantwrkrs · Oct 16

The RWU Executive Board has issued a solidarity statement on the ongoing conflict in Palestine and Israel calling for immediate U.S. action to move toward peace.

○ 4          ↑⤶ 34          ♡ 84          ᐧ�6ᐧ 5,812          ↑



↑⤶ **Iowa City Starbucks Workers United reposted**

**Haymarket Books** @haymarketbooks · Oct 7                          ...

Palestine will be free 🇵🇸

○ 81          ↑⤶ 1,368          ♡ 7,997          ᐧ6ᐧ 449.5K          ↑

-24-









44.    Defendants' use of Starbucks Marks and Starbucks Works to issue posts about these topics, which have nothing to do with the terms and conditions of employment at Starbucks stores, create a strong likelihood that Defendants' activities will be attributed to Starbucks.

45.    Affiliates of Defendants, using the Starbucks Marks and Starbucks Works, have also posted additional inflammatory content that the public has attributed to Starbucks.

46.    Such messages, as captured by the posts above, do not, and have never, reflected Starbucks official position, as noted in Starbucks recent statement on the matter. *See* https://stories.starbucks.com/press/2023/starbucks-condemns-acts-of-terror-strongly-disagrees-with-statements-made-by-workers-united/.

47.    As a result of the social media posts by Defendants using the Starbucks Marks and Starbucks Works, Starbucks received hundreds of complaints from customers and other members of the public in the immediate aftermath, chastising and singling out ***Starbucks***—not Defendants—for supporting Hamas. Starbucks continues to receive such complaints as a direct result of the demonstrable consumer confusion as to responsibility and actual beliefs created by Defendants' use of Starbucks Marks. Such complaints vividly illustrate the actual confusion and

dilution (most notably, in the form of tarnishment) caused by Defendants' use of the Starbucks Marks and Starbucks Works.

48.     On October 11, 2023, an angry customer twice called the Seattle Starbucks Reserve® Roastery and threatened to "shut down" the roastery and all Starbucks stores.  The caller also said that he hoped the Starbucks employee who took the call found himself "in a war dying on the frontlines." Store partners (employees) have had to respond to other angry customers erroneously attributing Defendants' statements to Starbucks.

49.     On October 13, 2023, a Starbucks store in Rhode Island experienced an act of vandalism with a swastika painted on the front door and Stars of David painted on the door and an exterior window.



50.     Starbucks customer care has received numerous complaints, including

for example this small sampling:

- "I will never visit Starbucks again. You are supporting Hamas terrorists…."

- "You stand with Hamas, I buy my coffee elsewhere. Whatever opinion you espouse you will alienate half or more of your customers. It amazes me you remain in business."

- "How dare Starbucks be sympathetic to a terror organization? Was your son or daughter murdered? I didn't think so. Shame on you!"

- "Will no longer buy [S]tarbucks products due to your support of Palestinian terror!!"

- "After your 'X' post in support of baby-beheading, mass-murderous Palestinian terrorists, I and my family will never again set foot in a Starbucks location for any reason. Your post was utterly despicable and disgusting. Goodbye and good riddance."

- "I am a long time customer as well as all my family members but [I] will be trashing all my [S]tarbucks products and shredding gift cards (don't even deserve to be given away or re-gifting)"
- "Shame on you supporting Hamas, coffee is about coffee, never going to be your customer again and I have been loyal for years."

These complaints as well as a number of other examples are attached hereto as Exhibit 8. Starbucks partners (employees) working in customer care have experienced trauma from being subject to these complaints, which have included personal accusations of supporting genocide and exposure to graphic and violent photos.

51.    Public officials also denounced Starbucks as a result of Defendants' statements.  As shown below, Senator Rick Scott (R-FL) made a public statement shaming Starbucks for supporting a terrorist organization and telling the public to "Boycott Starbucks":



52.     Further, as a result of Defendants' statements, Florida State Representative Randy Fine reshared Senator Rick Scott's post and added: "If you go to Starbucks, you are supporting killing Jews."

53.     Additionally, customers of Starbucks publicly announced their boycotting efforts and criticisms of Starbucks, including the following posts. *See also* Exhibit 9.











54.     Shortly after Defendants' posts, the hashtag #BoycottStarbucks was trending on X, and people all over the world were "tweeting" and posting on various social media accounts, falsely stating that Starbucks supported terrorist organizations, the killing of innocent civilians, and multiple other things Starbucks unequivocally condemns.

55.     Starbucks was compelled to release a public statement regarding the situation in the Middle East on October 11, 2023, to clarify that the Defendants'

statements were not made by Starbucks or endorsed by Starbucks. *See* https://stories.starbucks.com/press/2023/starbucks-condemns-acts-of-terror-strongly-disagrees-with-statements-made-by-workers-united/. Starbucks had not released a public statement prior to October 11. This timeline demonstrates that the public reaction against Starbucks arose solely from Defendants' statements.

56.     Other workers' organizations have put out statements against Israel, but the public has not called for boycotts of the respective employers where those workers' organizations do not adopt the employers' names or marks. For example, the United Electrical, Radio and Machine Workers of America (UE) opposed U.S. aid to the state of Israel, but the public has not called for a boycott of GE, a principal employer for members of UE.

57.     Defendants' co-opting of the Starbucks Marks continues to cause harm to Starbucks, as evinced by continued threats against Starbucks despite Starbucks attempts to clarify its position and disassociate itself from Defendants.

58.     Defendants' unauthorized use of the Starbucks Marks and Starbucks Works have caused and, if allowed to continue, will continue to cause Starbucks to suffer substantial irreparable harm due to the loss of control over its reputation and loss of consumer goodwill.

## CLAIMS FOR RELIEF

## COUNT I: FEDERAL TRADEMARK DILUTION UNDER 15 U.S.C. § 1125(c)
### (Against All Defendants)

59.     Starbucks repeats and incorporates by reference the allegations contained in the foregoing paragraphs as if fully set forth herein.

60.     Starbucks owns all of the rights, interest, and goodwill in the Starbucks Marks.

61.     The Starbucks Marks are famous and highly recognizable by the general consuming public. The Starbucks Marks, or variations thereof, have been used in commerce since Starbucks was founded over 50 years ago and have a global reach through Starbucks large number of cafes and presence in grocery stores and other channels in both the United States and foreign countries, and as illustrated by the BrandZ study listing Starbucks as the 27th Most Valuable Brand in the World, and "Restaurants 25" report, which ranked Starbucks as the most valuable restaurant brand in the world, among other brand rankings.

62.     Starbucks uses the Starbucks Marks in its retail stores, which sell coffee, tea, and other food and beverages, as well as Starbucks-branded merchandise. The Starbucks Marks are also used in Starbucks advertising of its

products and services, including but not limited to, its website and social media accounts.

63.     The Starbucks Marks were famous and widely recognized by the general consuming public before Defendants' actions complained of in this action and no later than 1992 (for both the STARBUCKS word mark and the Siren Logo) and no later than 2011 (for the 40th Anniversary Logo).

64.     The Starbucks Marks are distinctive.

65.     The Accused Marks and use of those marks are nearly identical to the Starbucks Marks.

66.     Defendants willfully intended to create an association with the Starbucks Marks and to capitalize on the success and popularity of the Starbucks Marks.

67.     The public has actually associated Defendants' use of Accused Marks with Starbucks and the Starbucks Marks.

68.     Defendants have used the Starbucks Marks, and variations thereof, as if they were their own, and for their own gain. Upon information and belief, Defendants' use of the Starbucks Marks, or variations thereof, has been a commercial use, including soliciting funds, selling goods, advertising, publicity, and promotional activities.

69.     Defendants have used and continue to use the Starbucks Marks, or variations thereof, in connection with social media posts regarding the recent attacks in Israel. Defendants' use of the Starbucks Marks, or variations thereof, has led and will continue to lead the general consuming public to falsely associate Defendants with Starbucks and mistakenly attribute Defendants' views to Starbucks, including as evinced by the numerous calls for boycotts against Starbucks.

70.     Defendants' actions as described within dilute and are likely to continue to dilute the Starbucks Marks by blurring and diminishing the distinctive qualities of those marks.

71.     Defendants' actions as described within also tarnish Starbucks hard-earned reputation, causing harm including in the form of lost business, damage to reputation, and public backlash.

72.     Starbucks has no adequate remedy at law.

73.     Defendants have caused dilution by blurring and dilution by tarnishment of the Starbucks Marks and willfully intended to trade on the recognition of the Starbucks Marks. This case is an exceptional case under 15 U.S.C. § 1117(a), including because of Defendants' knowing, willful, and bad-faith dilution of the Starbucks Marks.

## COUNT II: TRADEMARK DILUTION UNDER IOWA CODE § 548.113
### (Against All Defendants)

74.     Starbucks repeats and incorporates by reference the allegations contained in the foregoing paragraphs as if fully set forth herein.

75.     The Starbucks Marks are famous, distinctive, and have acquired secondary meaning among relevant Iowa consumers.

76.     Without Starbucks authorization or license, and commencing after the Starbucks Marks became famous, Defendants are making use of the Starbucks Marks in connection with Defendants' goods and services in a manner that impairs the distinctive qualities of, and harms the reputation of, the Starbucks Marks.

77.     The acts and conduct of Defendants complained herein constitute dilution of the distinctive quality of the Starbucks Marks by blurring and dilution by tarnishment in violation of Iowa Code § 548.113.

78.     On information and belief, Defendants' acts of dilution and tarnishment are willful, deliberate, and in bad faith.

## COUNT III: FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114
### (Against All Defendants)

79.     Starbucks repeats and incorporates by reference the allegations contained in the foregoing paragraphs as if fully set forth herein.

-41-

80.     Starbucks is the owner of the federally registered Starbucks Marks identified herein.

81.     Defendants' use of the Starbucks Marks without the authorization or consent of Starbucks, such as in connection with posting on various social media accounts, soliciting funds, and selling goods, is likely to cause and has caused consumer confusion, mistake, or deception as to the source, origin, affiliation, or endorsement of the products or services offered by Defendants.

82.     Defendants' use of the Starbucks Marks as described herein constitutes infringement of the trademark and service mark rights of Starbucks in its registered marks under 15 U.S.C. § 1114.

83.     Upon information and belief, Defendants have profited from the infringement and have declined to take steps to stop such infringement.

84.     Upon information and belief, Defendants were aware of the Starbucks Marks, and Defendants committed trademark infringement willfully and with the intent to appropriate and trade upon Starbucks previously established goodwill and reputation associated with the Starbucks Marks.

85.     This is an exceptional case under 15 U.S.C. § 1117(a), particularly because Defendants knowingly, willfully, and in bad faith infringed the Starbucks Marks and have demonstrated a specific intent to infringe.

-42-

86.     Defendants' acts have caused and, if allowed to continue, will continue to cause Starbucks to suffer substantial irreparable harm due to the loss of control over its reputation and loss of consumer goodwill. Starbucks has no adequate remedy at law, and greater injury will be inflicted upon Starbucks than Defendants if not enjoined.

87.     As a result of the foregoing, Starbucks has suffered, and will continue to suffer, actual damages.

## COUNT IV: FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1125(a)
### (Against All Defendants)

88.     Starbucks repeats and incorporates by reference the allegations contained in the foregoing paragraphs as if fully set forth herein.

89.     Starbucks is the owner and user of the famous and distinctive Starbucks Marks identified herein, and all common law rights in those marks. Starbucks owns all rights, interest, and goodwill in the Starbucks Marks.

90.     Defendants' use of the Starbucks Marks without the authorization or consent of Starbucks, such as in connection with posting on various social media accounts, soliciting funds, and selling goods is likely to cause and has caused consumer confusion, mistake, or deception as to the source, origin, affiliation, or endorsement of the products or services offered by Defendants.

91.    Defendants' acts constitute common law trademark infringement, false designation of origin, and unfair competition in violation of Lanham Act § 43(a), 15 U.S.C. § 1125(a).

92.    Upon information and belief, Defendants engaged in such acts with the intent to deceive, mislead, and/or confuse relevant consumers as to whether there was an affiliation, connection, or association between Defendants and Starbucks.

93.    Upon information and belief, Defendants' conduct alleged within has actually deceived relevant consumers and/or has a tendency to deceive of a substantial number of actual and/or potential consumers.

94.    As a result of the foregoing, Starbucks has suffered, and will continue to suffer, damage, including damage to its reputation and good will.

95.    This is an exceptional case under 15 U.S.C. § 1117(a), particularly because Defendants knowingly, willfully, and in bad faith infringed the Starbucks Marks and have demonstrated a specific intent to infringe.

## COUNT V: TRADEMARK INFRINGEMENT UNDER IOWA CODE §§ 548.112 and 548.116
### (Against All Defendants)

96.    Starbucks repeats and incorporates by reference the allegations contained in the foregoing paragraphs as if fully set forth herein.

97.   Starbucks is the owner of the Starbucks Marks identified herein. Starbucks owns all rights, interest, and goodwill in the Starbucks Marks.

98.   Defendants' use of the Starbucks Marks without the authorization or consent of Starbucks, such as in connection with posting on various social media accounts, soliciting funds, and selling goods, is likely to cause and has caused consumer confusion, mistake, or deception as to the source, origin, affiliation, or endorsement of the products or services offered by Defendant.

99.   Defendants' acts constitute trademark infringement, false designation of origin, false affiliation, and unfair competition in violation of Iowa Code §§ 548.112 and 548.116.

100.   Upon information and belief, Defendants engaged in such acts with the intent to deceive, mislead, and/or confuse relevant consumers as to whether there was an affiliation, connection, or association between Defendants and Starbucks.

101.   Upon information and belief, Defendants' conduct alleged within has actually deceived relevant consumers and/or has a tendency to deceive of a substantial number of actual and/or potential consumers.

102.   As a result of the foregoing, Starbucks has suffered, and will continue to suffer, damage, including damage to its reputation and good will.

103.   This is an exceptional case under Iowa Code § 548.114 and the circumstances of this case, particularly because Defendants knowingly and in bad faith infringed the Starbucks Marks and have demonstrated a specific intent to infringe.

## COUNT VI: COPYRIGHT INFRINGEMENT 17 U.S.C. § 101 *et seq.*
### (Against All Defendants)

104.   Starbucks repeats and incorporates by reference the allegations contained in the foregoing paragraphs as if fully set forth herein.

105.   At all relevant times, Starbucks has owned, or has had exclusive rights in, all copyright rights in the Starbucks Works, and has had registrations for each of those works. As their owner, Starbucks enjoys exclusive rights with respect to the Starbucks Works, including the exclusive right to reproduce, distribute, display, and create derivative works of the Starbucks Works.

106.   Defendants have copied, reproduced, adapted, and/or created derivative works from, and continue to copy, reproduce, adapt, and/or create derivative works from, the Starbucks Works, without the consent or authorization of Starbucks. As illustrated above, Defendants' designs are strikingly or substantially similar to the copyright-protected material in the Starbucks Works.

107.   Upon information and belief, Defendants have used the Starbucks Works, and/or derivative works based on those works, such as in connection with posting on various social media accounts, soliciting funds, and selling goods.

108.   Defendants' unauthorized copying, reproducing, displaying, and use of the materials protected by the Starbucks Works, and/or derivative works based on those works, without consent or authorization constitutes direct copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 106 and 501.

109.   Upon information and belief, Defendants have access to the materials protected by the Starbucks Works and Defendants' copying is intentional.

110.   Defendants' copyright infringement has caused, and will continue to cause, Starbucks irreparable harm. Such conduct has also been willful. As a result, Starbucks has no adequate remedy at law.

### COUNT VII: CONTRIBUTORY TRADEMARK DILUTION
### (Against SEIU d/b/a Workers United, SBWU)

111.   Starbucks repeats and incorporates by reference the allegations contained in the foregoing paragraphs as if fully set forth herein.

112.   Defendant SEIU is, on information and belief, directing or controlling the infringing activities of Defendant Iowa City SBWU, or is benefiting by such acts.

113.   By reason of the actions aforesaid, the dilution of the Starbucks Marks by Iowa City SBWU has been directed by, and under the control or authority of, SEIU. Upon information and belief, SEIU has contributorily diluted or caused the dilution of the Starbucks Marks, to the detriment of Starbucks. The dilution by Iowa City SBWU of Starbucks rights in its Starbucks Marks will irreparably harm Starbucks, have been willful, and will continue unless enjoined by this Court. Damages and attorneys' fees are authorized by 15 U.S.C. § 1117. Destruction of infringing articles is authorized by 15 U.S.C. § 1118.

### COUNT VII: CONTRIBUTORY TRADEMARK INFRINGEMENT
### (Against SEIU d/b/a Workers United, SBWU)

114.   Starbucks repeats and incorporates by reference the allegations contained in the foregoing paragraphs as if fully set forth herein.

115.   Defendant SEIU is, on information and belief, directing or controlling the infringing activities of Defendant Iowa City SBWU, or is benefiting by such acts.

116.   By reason of the actions aforesaid, the infringement of the Starbucks Marks by Iowa City SBWU has been directed by, and under the control or authority of, SEIU.

117.   Upon information and belief, SEIU has contributorily infringed or caused the infringement of the Starbucks Marks, to the detriment of Starbucks.  The infringements by Iowa City SBWU of Starbucks rights in its Starbucks Marks will

irreparably harm Starbucks, have been willful, and will continue unless enjoined by this Court. Damages and attorneys' fees are authorized by 15 U.S.C. § 1117. Destruction of infringing articles is authorized by 15 U.S.C. § 1118.

## JURY TRIAL DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Starbucks hereby demands a trial by jury of all issues so triable in this action.

## PRAYER FOR RELIEF

WHEREFORE, Starbucks prays for the following relief:

A.     For judgment that Starbucks federally registered trademarks have been diluted and infringed, and its federally registered copyrighted works have been infringed, by Defendants;

B.     Pursuant to 15 U.S.C. § 1116 and Iowa Code § 548.111, preliminary and permanent injunctive relief against Defendants and those persons or entities in active concert or participation with Defendants, including their officers, agents, servants, employees, attorneys, and representatives, from using the Starbucks Marks, or imitations of those Marks, in connection with making, using, selling, offering to sell, importing into these United States, displaying, advertising any goods or services, or that otherwise is likely to cause confusion or dilution, including but not limited to (i) using any of the Starbucks registered and common law trademarks

in any way that dilutes or is likely to dilute any of the Starbucks Marks; (ii) using any of Starbucks registered and common law trademarks including the Starbucks Marks in connection with the operation of Defendants' businesses, social media, promotional offers, advertising, marketing, or on Defendants' products; and (iii) using any trademark, logo, words, or design that tends to falsely represent or is likely to confuse, mislead, or deceive consumers, purchasers, Defendants' customers, prospective customers or any member of the public as to the source, sponsorship, endorsement, or affiliation of Defendants' goods or services;

C.    Pursuant to 17 U.S.C. § 502, preliminary and permanent injunctive relief against Defendants and those persons or entities in active concert or participation with Defendants, including their officers, agents, servants, employees, attorneys, and representatives, from reproducing, making derivative works of, distributing, or displaying the materials protected by the Starbucks Copyrights or any substantially similar materials;

D.    Defendants be ordered, pursuant to 15 U.S.C. § 1116, to file with the Court and to serve on counsel for Starbucks within ten (10) days after entry of the judgment herein, a written report under oath setting forth in detail the manner in which they have complied with the injunction ordered by the Court including a full accounting that identifies the channels through which they have used the Starbucks

Marks and Defendants' distributor(s), reseller(s), account(s), and others to whom they have purchased or sold equipment, marketing materials, or other goods bearing the Starbucks Marks;

E.      Defendants be ordered, pursuant to 15 U.S.C. § 1118 and Iowa Code § 548.114, to deliver up to the Court for destruction or other disposition all labels, signs, prints, packaging, wrappers, receptacles, and advertisements and promotional materials infringing or diluting the Starbucks Marks, and all promotional materials, stickers and other means of making the same;

F.      Defendant be ordered, jointly and severally, pursuant to 15 U.S.C. § 1117(a) and Iowa Code § 548.114, to pay to Starbucks all damages and all of their profits from their use of the Starbucks Marks and the sale of the products diluting or infringing the Starbucks Marks, or products that falsely designate their origin, and that such damages and profits be enhanced on the basis of their willful infringement of the federally registered Starbucks Marks;

G.      Defendants be ordered, jointly and severally, to pay to Starbucks its attorneys' fees and the costs and expenses of this action pursuant to 15 U.S.C. § 1117(a), and for trebling of damages pursuant to 15 U.S.C. §§ 1117(a) and 1125(c)(5) and Iowa Code § 548.114;

H.      Defendants be ordered, jointly and severally, to pay Starbucks actual damages, plus the amount of Defendants' profits attributable to the infringement, 17 U.S.C. § 504(b) and Iowa Code § 548.114, or in the alternative, to pay to Starbucks statutory damages, as authorized by 17 U.S.C. § 504(c);

I.      Defendants deliver to be impounded during this suit all print and electronic copies of the materials protected by the Starbucks Works or their unlawful derivatives in Defendants' possession or control as authorized by 17 U.S.C. § 503 and Iowa Code § 548.114;

J.      Defendants be ordered, jointly and severally, to pay Starbucks, as the prevailing party, reasonable attorneys' fees, costs, and expenses pursuant to 17 U.S.C. § 505 and Iowa Code § 548.114;

K.      Pre-judgment interest at the legally allowable rate on all amounts owed; and

L.      Starbucks be awarded such further relief as this Court may deem just and proper.

Dated: October 18, 2023

OF COUNSEL:

Peter M. Brody (*pro hac vice* forthcoming)
Douglas H. Hallward-Driemeier
(*pro hac vice* forthcoming)
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
Peter.Brody@ropesgray.com
Douglas.Hallward-Driemeier@ropesgray.com

Rocky C. Tsai (*pro hac vice* forthcoming)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Fax: (415) 315-6350
Rocky.Tsai@ropesgray.com

S. Lara Ameri (*pro hac vice* forthcoming)
**ROPES & GRAY LLP**
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 235-7500
Lara.Ameri@ropesgray.com

Meredith Foor (*pro hac vice* forthcoming)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090
Meredith.Foor@ropesgray.com

Respectfully submitted,

*/s/ R. Scott Johnson*
R. Scott Johnson
Fredrikson & Byron, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA 50309
(515) 242-8900
rsjohnson@fredlaw.com

-1-

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Starbucks Corporation

## DEFENDANTS
Service Employees International Union dba Workers United. dba Starbucks Workers United and Iowa City

**(b)** County of Residence of First Listed Plaintiff    King, Washington
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Washington, D.C.
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Fredrikson & Byron, P.A., R. Scott Johnson, 111 E. Grand Avenue, Suite 301, Des Moines, IA 50309

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☒ 840 Trademark | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1331 and 1338, and 15 U.S.C. § 1121(a).
Brief description of cause:
Trademark Infringement due to unauthorized and repeated instances of copying and use of Starbucks trademarks and copyrighted works.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE      SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**  **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**  **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**  **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.  (See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

**III.**  **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**  **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**  **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.**  **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**  **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office



**Reg. No. 1,542,775**

**Registered Jun. 06, 1989**

**Renewal Term Begins Jun. 06, 2019**

**10 Year Renewal/Amended**

**Int. Cl.: 43**

**Service Mark**

**Trademark**

**Principal Register**

STARBUCKS CORPORATION  (WASHINGTON CORPORATION)
2401 Utah Avenue South
Seattle, WASHINGTON 98134

CLASS 43: RESTAURANT SERVICES FEATURING COFFEE AND ESPRESSO BEVERAGES AND ALSO SERVING SANDWICHES AND BREAKFASTS

FIRST USE 10-23-1987; IN COMMERCE 10-23-1987

OWNER OF U.S. REG. NO. 1452329, 1417602

No claim is made to the exclusive right to use the following apart from the mark as shown: "COFFEE"

SER. NO. 73-701,713, FILED 01-11-1988



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.   See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 1,815,938**

**Registered Jan. 11, 1994**

**Amended Jun. 04, 2019**

**Int. Cl.: 21, 30, 35, 43**

**Service Mark**

**Trademark**

**Principal Register**

STARBUCKS CORPORATION  (WASHINGTON CORPORATION)
2401 Utah Avenue South
Seattle, WASHINGTON 98134

CLASS 21: [ hand operated coffee grinders and coffee mills, ] non electric coffee makers, insulated cups, reusable non paper coffee filters, [ beverage stowaways (cup holders for use on car and boat dashboards), ] non paper coasters, thermal insulated bottles, and housewares; namely, coffee cups, non electric coffee pots not of precious metal, cups, mugs, dishes, trivets, and canisters

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992

CLASS 30: ground and whole bean coffee, cocoa, [ tea, ] powdered chocolate [ and powdered vanilla, muffins, pastries, cookies, breads, granola, and candy; namely, chocolates, chocolate covered coffee beans, chocolate covered cherries, and chocolate covered almonds ]

FIRST USE 9-1-1992; IN COMMERCE 9-1-1992

CLASS 35: retail store services featuring the above goods as well as decorative magnets, [ paper coffee filters, ] and electric appliances; namely, power operated coffee grinders, espresso makers, coffee makers, percolators, and coffee pots; [ distributorship services of all the foregoing goods; ]

FIRST USE 8-30-1992; IN COMMERCE 8-30-1992

CLASS 43: restaurant and cafe services

FIRST USE 8-30-1992; IN COMMERCE 8-30-1992

OWNER OF U.S. REG. NO. 1098925, 1372630, 1452359, 1417384, 1417602, 1444549, 1542775

The mark is lined to indicate the color green. Color is not claimed as a feature of the mark.

No claim is made to the exclusive right to use the following apart from the mark as shown: "COFFEE"

SER. NO. 74-348,803, FILED 01-15-1993



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*****ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

Int. Cl.: 30

Prior U.S. Cl.: 45

**United States Patent and Trademark Office**

Reg. No. 1,943,361
Registered Dec. 26, 1995

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS CORPORATION (WASHINGTON CORPORATION)
2203 AIRPORT WAY SOUTH, SUITE 650
SEATTLE, WA 98134

FOR: FLAVORING SYRUPS FOR BEVERAGES, IN CLASS 30 (U.S. CL. 45).

FIRST USE 4–30–1993; IN COMMERCE 4–30–1993.

OWNER OF U.S. REG. NOS. 1,098,925, 1,758,589 AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SER. NO. 74–416,608, FILED 7–26–1993.

RICHARD A. STRASER, EXAMINING ATTORNEY

**Int. Cls.: 30 and 32**

**Prior U.S. Cls.: 45, 46, and 48**

**Reg. No. 2,120,653**

## United States Patent and Trademark Office

Registered Dec. 9, 1997

### TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY,
2203 AIRPORT WAY SOUTH
P.O. BOX 34067
SEATTLE, WA 981241067

FOR: READY-TO-DRINK COFFEE, READY-TO-DRINK COFFEE BASED BEVERAGES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 7–31–1995; IN COMMERCE 7–31–1995.

FOR: COFFEE-FLAVORED SOFT DRINK, FLAVORED SOFT DRINKS AND SYRUPS AND EXTRACTS FOR MAKING THE FOREGOING, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 7–31–1995; IN COMMERCE 7–31–1995.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

THE LINING IN THE DRAWING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

SN 75–976,499, FILED 10–18–1994.

ELIZABETH HUGHITT, EXAMINING ATTORNEY

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

**United States Patent and Trademark Office**

Reg. No. 2,176,976

Registered July 28, 1998

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: ELECTRICAL APPLIANCES, NAMELY, ESPRESSO MAKERS AND COFFEE MAKERS FOR DOMESTIC AND COMMERCIAL USE, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-362,662, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 3,298,945

Registered Sep. 25, 2007

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS, LLC (NEVADA LTD LIAB CO)
2525 STARBUCKS WAY
MINDEN, NV 89423

FOR: COFFEE; TEA; COCOA; PREPARED COFFEE AND COFFEE-BASED BEVERAGES; PREPARED ESPRESSO AND ESPRESSO-BASED BEVERAGES; BEVERAGES MADE OF TEA; POWDERED CHOCOLATE AND VANILLA; FLAVORING SYRUPS TO ADD TO BEVERAGES; BAKED GOODS, NAMELY, MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES AND BREADS; SANDWICHES; HOT AND COLD READY-TO-EAT FRUIT AND WHOLE GRAIN BASED BREAKFAST CEREAL; ICED TEA, READY-TO-DRINK TEA; CHOCOLATE FOOD BEVERAGES NOT BEING DAIRY-BASED OR VEGETABLE BASED; CHOCOLATE FOOD BEVERAGES NOT BEING DAIRY-BASED OR VEGETABLE BASED WITH COFFEE FLAVORS; COCOA PRODUCTS, NAMELY, COCOA MIXES AND COCOA POWDER; HOT CHOCOLATE; COCOA BEVERAGES WITH MILK; PREPARED COCOA AND COCOA-BASED BEVERAGES; PREPARATIONS FOR MAKING CHOCOLATE OR COCOA BASED DRINKS, NAMELY, LIQUID AND POWDERED HOT CHOCOLATE MIX AND LIQUID AND POWDERED HOT COCOA MIX; CHOCOLATE AND CANDY, NAMELY, CHOCOLATES, CHOCOLATE BARS, CHOCOLATE-COVERED COFFEE BEANS, CHOCOLATE TRUFFLES, CHOCOLATE-COVERED FRUITS, CHOCOLATE-COVERED NUTS, CHOCOLATE-COVERED DRIED FRUITS, CHOCOLATE-COVERED CRACKERS AND CHOCOLATE TOPPINGS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-31-2004; IN COMMERCE 3-31-2004.

OWNER OF U.S. REG. NOS. 1,417,602, 2,091,941, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" IN A CIRCULAR SEAL WITH TWO STARS, AND DESIGN OF A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN.

SN 78-567,713, FILED 2-15-2005.

NELSON SNYDER, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101, and 102**

**United States Patent and Trademark Office**

**Reg. No. 3,428,127**

Registered May 13, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS, LLC (NEVADA LTD LIAB CO)

2525 STARBUCKS WAY

MINDEN, NV 89423

FOR: RETAIL MUSIC AND RECORD STORES; RETAIL OUTLETS AND ON-LINE RETAIL STORE SERVICES FEATURING VIDEO RECORDS, CDS, BOOKS, VIDEOS; ELECTRONIC CATALOG SERVICES FEATURING VIDEO RECORDS, CDS, BOOKS, VIDEOS; PROMOTING MUSICAL EXHIBITIONS AND LIVE MUSIC CONCERTS OF OTHERS THROUGH THE DISTRIBUTION OF PRINTED PROMOTIONAL MATERIALS; BUSINESS ADMINISTRATION; BUSINESS MANAGEMENT; FRANCHISING, NAMELY, PROVIDING TECHNICAL ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF RESTAURANTS, CAFES, COFFEE HOUSES AND SNACK BARS; PROVIDING TECHNICAL ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF RESTAURANTS, CAFES, COFFEE HOUSES AND SNACK BARS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-31-2004; IN COMMERCE 3-31-2004.

OWNER OF U.S. REG. NOS. 2,184,259, 2,325,182, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" IN A CIRCULAR SEAL WITH TWO STARS, AND THE DESIGN OF A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN.

SN 78-567,731, FILED 2-15-2005.

NELSON SNYDER, EXAMINING ATTORNEY

Int. Cl.: 29

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 3,673,335

Registered Aug. 25, 2009

## TRADEMARK
## PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS, LLC (NEVADA LIM-
ITED LIABILITY COMPANY)
2525 STARBUCKS WAY
MINDEN, NV 89423

FOR: DAIRY-BASED FOOD BEVERAGES, IN
CLASS 29 (U.S. CL. 46).

FIRST USE 7-15-2008; IN COMMERCE 7-15-2008.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "COFFEE" , APART FROM THE
MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDING
"STARBUCKS COFFEE" IN A CIRCULAR CARRIER
WITH TWO STARS, AND A DESIGN OF A SIREN (A
TWO-TAILED MERMAID) WEARING A CROWN
WITH A STAR.

SN 76-607,171, FILED 8-16-2004.

NELSON SNYDER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,028,943

Registered Jan. 7, 1997

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY
2401 UTAH AVENUE SOUTH
SEATTLE, WA 981241067

FOR: T-SHIRTS, POLO SHIRTS, SWEAT-SHIRTS, CAPS, HATS, JACKETS, SHORTS AND APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 5–1–1993; IN COMMERCE 5–1–1993.

OWNER OF U.S. REG. NOS. 1,098,925, 1,891,561 AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SER. NO. 75–061,642, FILED 2–7–1996.

ZHALEH DELANEY, EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,028,943

Registered Jan. 7, 1997

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY
2401 UTAH AVENUE SOUTH
SEATTLE, WA 981241067

FOR: T-SHIRTS, POLO SHIRTS, SWEAT-SHIRTS, CAPS, HATS, JACKETS, SHORTS AND APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-1993; IN COMMERCE 5-1-1993.

OWNER OF U.S. REG. NOS. 1,098,925, 1,891,561 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-061,642, FILED 2-7-1996.

ZHALEH DELANEY, EXAMINING ATTOR-NEY

# EXHIBIT 2

# United States of America
## United States Patent and Trademark Office



**Reg. No. 1,815,937**

**Registered Jan. 11, 1994**

**Amended Jun. 04, 2019**

**Int. Cl.: 21, 30, 35, 43**

**Service Mark**

**Trademark**

**Principal Register**

STARBUCKS CORPORATION  (WASHINGTON CORPORATION)
2401 Utah Avenue South
Seattle, WASHINGTON 98134

CLASS 21: [ hand operated coffee grinders and coffee mills, ] non electric coffee makers, insulated cups, reusable non paper coffee filters, [ beverage stowaways (cup holders for use on car and boat dashboards), ] non paper coasters, thermal insulated bottles, and housewares; namely, coffee cups, non electric coffee pots not of precious metal, cups, mugs, dishes, trivets, and canisters

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992

CLASS 30: ground and whole bean coffee, cocoa, [ tea, ] powdered chocolate [ and powdered vanilla, muffins, pastries, cookies, breads, granola, and candy; namely, chocolates, chocolate covered coffee beans, chocolate covered cherries, and chocolate covered almonds ]

FIRST USE 9-1-1992; IN COMMERCE 9-1-1992

CLASS 35: retail store services featuring of all of the above goods as well as decorative magnets, [ paper coffee filters, ] and electric appliances; namely, power operated coffee grinders, espresso makers, coffee makers, percolators, and coffee pots; [ distributorship services of all the foregoing goods; ]

FIRST USE 8-30-1992; IN COMMERCE 8-30-1992

CLASS 43: restaurant and cafe services

FIRST USE 8-30-1992; IN COMMERCE 8-30-1992

The mark is lined to indicate the color green. Color is claimed as a feature of the mark.

OWNER OF U.S. REG. NO. 1098925, 1372630, 1452359, 1417384, 1417602, 1444549, 1542775

No claim is made to the exclusive right to use the following apart from the mark as shown: "COFFEE"

SER. NO. 74-348,802, FILED 01-15-1993



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 16

Prior U.S. Cl.: 31

Reg. No. 1,893,602

**United States Patent and Trademark Office**   Registered May 9, 1995

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS CORPORATION (WASHINGTON CORPORATION)
2203 AIRPORT WAY SOUTH, SUITE 650
SEATTLE, WA 98134

FOR: PAPER COFFEE FILTERS, IN CLASS 16 (U.S. CL. 31).
FIRST USE 11–10–1993; IN COMMERCE 11–10–1993.
OWNER OF U.S. REG. NOS. 1,098,925, 1,542,775, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE" , APART FROM THE MARK AS SHOWN.
THE MARK IS LINED TO INDICATE THE COLOR GREEN. COLOR IS CLAIMED AS A FEATURE OF THE MARK.

SN 74–348,806, FILED 1–15–1993.

RICHARD A. STRASER, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**Reg. No. 2,266,351**

## United States Patent and Trademark Office

Registered Aug. 3, 1999

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: GROUND AND WHOLE BEAN COFFEE; COCOA; HERBAL AND NON-HERBAL TEAS; COFFEE, TEA, COCOA AND ESPRESSO BEVERAGES, AND BEVERAGES MADE WITH A BASE OF COFFEE AND/OR ESPRESSO, INSTANT COFFEE AND COFFEE SUBSTITUTES; READY-TO-DRINK COFFEE BEVERAGES; LIQUID AND POWDERED BEV-ERAGE MIXES; POWDERED FLAVORINGS; FLAVORING SYRUPS FOR BEVERAGES; BAKED GOODS, NAMELY, MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES AND BREADS AND READY-TO-MAKE MIXES OF THE SAME; ICE CREAM AND FROZEN CON-FECTIONS; CHOCOLATE; CANDY AND CON-FECTIONS AND READY-TO-EAT CEREALS;

ALL OF THE FOREGOING GOODS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10–20–1992; IN COMMERCE 10–20–1992.

OWNER OF U.S. REG. NOS. 1,098,925, 2,091,941 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE COFFEE, APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLOR GREEN, AND THE COLOR GREEN IS A FEA-TURE OF THE MARK.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" IN A CIRCULAR SEAL WITH TWO STARS, THE COLOR GREEN WHICH IS IN THE NATURE OF EM-ERALD GREEN, PMS COLOR 3425(C), AND

**Int. Cl.: 30**

**Prior U.S. Cl.: 46**

**United States Patent and Trademark Office**

Reg. No. 2,266,351

Registered Aug. 3, 1999

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: GROUND AND WHOLE BEAN COFFEE; COCOA; HERBAL AND NON-HERBAL TEAS; COFFEE, TEA, COCOA AND ESPRESSO BEVERAGES, AND BEVERAGES MADE WITH A BASE OF COFFEE AND/OR ESPRESSO, INSTANT COFFEE AND ~~COFFEE SUBSTITUTES~~; READY-TO-DRINK COFFEE BEVERAGES; LIQUID AND POWDERED BEVERAGE MIXES; POWDERED FLAVORINGS; FLAVORING SYRUPS FOR BEVERAGES; BAKED GOODS, NAMELY, MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES AND BREADS ~~AND READY-TO-MAKE MIXES OF THE SAME~~; ICE CREAM AND FROZEN CONFECTIONS; CHOCOLATE; CANDY AND CONFECTIONS AND READY-TO-EAT CEREALS;

ALL OF THE FOREGOING GOODS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992.

OWNER OF U.S. REG. NOS. 1,098,925, 2,091,941 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE COFFEE, APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLOR GREEN, AND THE COLOR GREEN IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" IN A CIRCULAR SEAL WITH TWO STARS, THE COLOR GREEN WHICH IS IN THE NATURE OF EMERALD GREEN, PMS COLOR 3425(C), AND

# United States of America

## United States Patent and Trademark Office



**Reg. No. 2,266,352**

**Registered Aug. 03, 1999**

**Amended Mar. 03, 2020**

**Int. Cl.: 43**

**Service Mark**

**Principal Register**

STARBUCKS CORPORATION  (WASHINGTON CORPORATION)
2401 Utah Avenue South
Seattle, WASHINGTON 98134

CLASS 43: restaurant, cafe and coffee house services

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992

The mark consists of the wording "STARBUCKS COFFEE" in a circular seal with two stars, the color green which is in the nature of emerald green, PMS Color 3425(c), and design of a siren (a two-tailed mermaid) wearing a crown.

OWNER OF U.S. REG. NO. 2035005, 1815938, 1891561, 1452359, 1758589, 1815937, 2086615, 1793782, 2030878, 1542775, 2091941, 1098925, 1372630, 1943361, 2028943, 2039849, 2047491, 2073104, 1417602, 1893602, 1821547, 2024105, 1444549, 2091940

The mark is lined for the color green, and the color green is a feature of the mark.

No claim is made to the exclusive right to use the following apart from the mark as shown: "COFFEE"

SER. NO. 75-386,496, FILED 11-07-1997



Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,325,182

## United States Patent and Trademark Office

Registered Mar. 7, 2000

## SERVICE MARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: WHOLESALE DISTRIBUTORSHIPS, RETAIL OUTLETS AND MAIL ORDER SERVICES FEATURING GROUND AND WHOLE BEAN COFFEE; TEA; COCOA; COFFEE AND ESPRESSO BEVERAGES AND BEVERAGES MADE WITH A BASE OF COFFEE, ESPRESSO, AND/OR MILK; POWDERED MILK; POWDERED FLAVORINGS; FLAVORING SYRUPS; BAKED GOODS, INCLUDING MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES, CAKES AND BREADS, AND READY-TO-MAKE MIXES OF THE SAME; PACKAGED FOODS; SANDWICHES AND PREPARED FOODS; CHOCOLATE AND CONFECTIONERY ITEMS; READY-TO-EAT CEREALS; DRIED FRUITS, SPREADS; JUICES; SOFT DRINKS; ELECTRIC APPLIANCES, NAMELY, KETTLES, COFFEE MAKERS, ESPRESSO MAKERS AND COFFEE GRINDERS; HOUSEWARES, NON-ELECTRIC APPLIANCES AND RELATED ITEMS, NAMELY, HAND-OPERATED COFFEE GRINDERS AND COFFEE MILLS, INSULATED COFFEE AND BEVERAGE CUPS, COLLAPSIBLE CUP CARRIERS AND CANDIES, NON-PAPER COASTERS, INSULATED VACUUM BOTTLES, COFFEE CUPS, TEA CUPS, MUGS, GLASSWARE, DISHES, PLATES AND BOWLS, TRIVETS, STORAGE CANNISTERS, NON-ELECTRIC DRIP COFFEE MAKERS AND NON-ELECTRIC PLUNGER-STYLE COFFEE MAKERS; PAPER AND NON-PAPER COFFEE FILTERS; FURNITURE; WATCHES; CLOCKS; TOYS; BOOKS; MUSICAL RECORDINGS; T-SHIRTS, CAPS, SWEATSHIRTS, JACKETS, APRONS AND OTHER CLOTHING ITEMS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

2                                          **2,325,182**

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992.

OWNER OF U.S. REG. NOS. 1,098,925, 2,091,941 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLOR GREEN, AND THE COLOR GREEN IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" IN A CIRCULAR SEAL WITH TWO STARS, THE COLOR GREEN WHICH IS IN THE NATURE OF EMERALD GREEN, PMS COLOR 3425(C), AND DESIGN OF A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN.

SER. NO. 75-386,495, FILED 11-7-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,428,128

Registered May 13, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS, LLC (NEVADA LTD LIAB CO)
2525 STARBUCKS WAY
MINDEN, NV 89423

FOR: RETAIL MUSIC AND RECORD STORES; RETAIL OUTLETS AND ON-LINE RETAIL STORE SERVICES FEATURING VIDEO RECORDS, CDS, BOOKS, VIDEOS; ELECTRONIC CATALOG SERVICES FEATURING VIDEO RECORDS, CDS, BOOKS, VIDEOS; PROMOTING MUSICAL EXHIBITIONS AND LIVE MUSIC CONCERTS OF OTHERS THROUGH THE DISTRIBUTION OF PRINTED PROMOTIONAL MATERIALS; BUSINESS ADMINISTRATION; BUSINESS MANAGEMENT; FRANCHISING, NAMELY, PROVIDING TECHNICAL ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF RESTAURANTS, CAFES, COFFEE HOUSES AND SNACK BARS; PROVIDING TECHNICAL ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF RESTAURANTS, CAFES, COFFEE HOUSES AND SNACK BARS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-31-2004; IN COMMERCE 3-31-2004.

OWNER OF U.S. REG. NO. 2,325,182 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

THE COLOR(S) GREEN, BLACK AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE SIREN AND CROWN APPEAR IN WHITE ATOP A CIRCULAR CARRIER WITH A BLACK BACKGROUND. A THIN WHITE CIRCLE SURROUNDS THE BLACK CIRCULAR CARRIER CONTAINING THE SIREN. A THICKER GREEN CARRIER CIRCLE SURROUNDS THE PREVIOUSLY MENTIONED DESIGN ELEMENTS. THIS THICK GREEN CIRCLE CONTAINS TWO WHITE STARS, AND THE WORDING "STARBUCKS COFFEE" IN WHITE, WHICH PARTLY ENCIRCLES THE INNER CIRCULAR CARRIERS. A THIN WHITE OUTER CIRCLE AND A THIN GREEN OUTER CIRCLE COMPLETE THE DESIGN ELEMENTS.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" AND DESIGN ELEMENTS COMPRISING A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN WITH A STAR, TWO SEPARATE STARS, AND SEVERAL CIRCULAR CARRIERS.

SN 78-567,908, FILED 2-15-2005.

NELSON SNYDER, EXAMINING ATTORNEY

# EXHIBIT 3

# CERTIFICATE OF REGISTRATION

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 875–932**





This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

OFFICIAL SEAL

**EFFECTIVE DATE OF REGISTRATION**

3 Month   9 Day   98 Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**
STARBUCKS COFFEE SIREN LOGO

**NATURE OF THIS WORK ▼ See Instructions**
Graphic design used on marketing/promotional materials

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

DOCKETED 2/9/2024

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2
### a
**NAME OF AUTHOR ▼**
Heckler & Associates

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3
### a
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 Year

### b
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month October Day 1 Year 1992
United States of America Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Starbucks Corporation
2401 Utah Avenue South
Seattle, Washington 98134

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assigned under Agreement dated January 22, 1998

**APPLICATION RECEIVED**
MAR 09 1998
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAR 09 1998
**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ page

1998-00029-003

---

MAIL CERTIFICATE TO

**Name ▼**
David M. Landau
Starbucks Corporation

**Number/Street/Apartment Number ▼**
P.O. Box 34067

**City/State/ZIP ▼**
Seattle, WA  98124-1067

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e):* Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1993—100,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/80,501

Starbucks Corporation
Date Mailed:  March 4, 1998

EXAMINED BY ⠀⠀⠀⠀⠀ᴍ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀FORM VA

CHECKED BY

☐ CORRESPONDENCE
⠀⠀Yes

FOR
COPYRIGH
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

REVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
your answer is "Yes," give: Previous Registration Number ▼ ⠀⠀⠀⠀⠀Year of Registration ▼

**6**

ERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

⠀⠀N/A

See instructions
before completi
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

⠀⠀N/A

**7**

EPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
ame ▼ ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Account Number ▼

⠀⠀N/A

ORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
⠀⠀David M. Landau
⠀⠀Starbucks Corporation
⠀⠀P.O. Box 34067
⠀⠀Seattle, WA  98124-1067
⠀⠀⠀⠀⠀Area Code and Telephone Number ▶ (206) 442-7809

Be sure to
give your
daytime phor
number

**8**

ERTIFICATION  I, the undersigned, hereby certify that I am the
eck only one ▼
author
other copyright claimant
owner of exclusive right(s)
authorized agent of ⠀⠀Starbucks Corporation
⠀⠀⠀Name of author or other copyright claimant, or owner of exclusive right(s) ▲

the work identified in this application and that the statements made
me in this application are correct to the best of my knowledge.

rped or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
⠀⠀Shelley B. Lanza, Senior Vice President & General Counsel⠀⠀date▶

⠀⠀Handwritten signature (X) ▼

**9**

AIL
ERTIFI-
ATE TO

Name ▼ ⠀David M. Landau
⠀⠀⠀⠀⠀Starbucks Corporation

Number/Street/Apartment Number ▼
⠀⠀⠀P.O. Box 34067

rtificate
ll be
alled in
indow
nvelope

City/State/ZIP ▼
⠀⠀⠀Seattle, WA  98124-1067

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

7 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
h the application, shall be fined not more than $2,500.
bruary 1993—100,000 ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀*U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,5C



Title: STARBUCKS COFFEE
SIREN LOGO
Copyright Claimant:
Starbucks Corporation
Date Mailed: March 4, 1998

* Please note the registered trademark symbol is not claimed as part of this
copyright application.

# EXHIBIT 4

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,415,862**

**Registered Oct. 8, 2013**

**Int. Cls.: 7, 16, 21, and 38**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Deputy Director of the United States Patent and Trademark Office*

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY,
2401 UTAH AVENUE SOUTH
SEATTLE, WA 98134

FOR: ELECTRIC MILK FROTHERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 9-19-2012; IN COMMERCE 9-19-2012.

FOR: PAPER COASTERS; PAPER CUP SLEEVES; PAPER BOXES AND PAPER PACKAGING; INSTRUCTIONAL BOOKLETS FOR MAKING BEVERAGES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: PAPER CUPS, NON-ELECTRIC MILK FROTHERS; SCOOPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: COMMUNICATION SERVICES, NAMELY, TRANSMITTING STREAMED AND DOWNLOADABLE AUDIO AND VIDEO ENTERTAINMENT PROGRAMMING VIA COMPUTER, SATELLITE AND COMMUNICATIONS NETWORKS; AUDIO ENTERTAINMENT BROADCASTING AND TRANSMISSION; ELECTRONIC AND DIGITAL TRANSMISSION OF VOICE, DATA, INFORMATION, IMAGES, SIGNALS AND MESSAGES; PROVIDING ON-LINE CHAT ROOMS, BULLETIN BOARDS AND COMMUNITY FORUMS FOR THE TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING ENTERTAINMENT, MUSIC, CONCERTS, VIDEOS, RADIO, TELEVISION, FILM, NEWS, SPORTS, GAMES AND CULTURAL EVENTS; DELIVERY OF MESSAGES BY ELECTRONIC TRANSMISSION; PROVISION OF CONNECTIVITY SERVICES AND ACCESS TO ELECTRONIC COMMUNICATIONS NETWORKS, FOR TRANSMISSION OR RECEPTION OF AUDIO, VIDEO OR MULTIMEDIA CONTENT; PROVIDING MULTIPLE USER DEDICATED ACCESS TO THE INTERNET; BROADCASTING AND DOWNLOADING SERVICE THAT ALLOWS USERS TO PLAYBACK, SAMPLE, DOWNLOAD, STORE, CREATE PLAYLISTS AND STREAM MUSIC, VIDEOS, MOVIES, GAMES AND ENTERTAINMENT RELATED PROGRAMMING OVER COMPUTERS, WIRELESS DEVICES, PDAS, TELEPHONES, AND DIGITAL LISTENING AND PLAYBACK DEVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

**Reg. No. 4,415,862** FIRST USE 9-30-2012; IN COMMERCE 9-30-2012.

OWNER OF U.S. REG. NOS. 3,533,859, 3,702,367, AND 3,907,157.

THE MARK CONSISTS OF A CIRCULAR SEAL WITH THE DESIGN OF A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN.

SN 85-700,039, FILED 8-9-2012.

JOHN E. MICHOS, EXAMINING ATTORNEY

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,538,053**

**Registered May 27, 2014**

**Int. Cls.: 5, 9, 11, 16, 21, 25, 29, 30, 32, 35, 36, 41, and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

*Michelle K. Lee*

Deputy Director of the United States
Patent and Trademark Office

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY,
2401 UTAH AVENUE SOUTH
SEATTLE, WA 98134

FOR: NUTRITIONALLY FORTIFIED BEVERAGES; MEAL REPLACEMENT AND DIETARY SUPPLEMENT DRINK MIXES, NUTRITIONAL SUPPLEMENTS IN THE FORM OF FOOD BARS; POWDERED FRUIT-FLAVORED DIETARY SUPPLEMENT DRINK MIX; POWDERED NUTRITIONAL SUPPLEMENT DRINK MIX; AND VITAMIN FORTIFIED BEVERAGES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 7-10-2012; IN COMMERCE 7-10-2012.

FOR: AUDIO RECORDINGS FEATURING CLASSICAL, JAZZ, CONTEMPORARY, POP, SEASONAL, R AND B, SOUL, WORLD, ZYDECO, REGGAE, ROCK, FOLK AND SHOW TUNES MUSIC; DOWNLOADABLE MUSIC VIA A GLOBAL COMPUTER NETWORK AND WIRELESS DEVICES; VENDING MACHINES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: ELECTRICAL APPLIANCES, NAMELY, ESPRESSO MAKERS AND COFFEE MAKERS FOR DOMESTIC OR COMMERCIAL USE, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 10-31-2012; IN COMMERCE 10-31-2012.

FOR: PUBLICATIONS AND PRINTED MATERIALS, NAMELY, NEWSLETTERS AND MAGAZINES FEATURING INFORMATION ABOUT COFFEE AND COFFEE DRINKERS, PENS, BALL POINT PENS, STATIONERY, POSTERS, PAPER NAPKINS, PAPER COASTERS, PAPER BAGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: HAND OPERATED COFFEE GRINDERS AND COFFEE MILLS, INSULATED COFFEE AND BEVERAGE CUPS, NON-PAPER COASTERS, INSULATED VACUUM BOTTLES, COFFEE CUPS, TEA CUPS AND MUGS, GLASSWARE, DISHES, PLATES AND BOWLS, TRIVETS, STORAGE CANISTERS, NON-ELECTRIC DRIP COFFEE MAKERS, NON-ELEC-

**Reg. No. 4,538,053**   TRIC PLUNGER-STYLE COFFEE MAKERS, AND DECORATIVE STORAGE CONTAINERS FOR FOOD, NON-ELECTRIC TEA KETTLES, TEA INFUSERS, TEA POTS, TEA STRAINERS, CERAMIC FIGURINES, PORCELAIN FIGURINES; PAPER CUPS AND INSULATED SLEEVES FOR BEVERAGE CUPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: T-SHIRTS, POLO SHIRTS, SWEATSHIRTS, CAPS, HATS, JACKETS, SHORTS, APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: MILK, FLAVORED MILK, MILKSHAKES AND MILK BASED BEVERAGES; FRUIT JAMS, FRUIT SAUCES, JELLIES, SPREADS, AND PRESERVES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: GROUND AND WHOLE BEAN COFFEE, COCOA, HERBAL AND NON-HERBAL TEA, COFFEE, TEA, COCOA AND ESPRESSO BEVERAGES, AND BEVERAGES MADE WITH A BASE OF COFFEE AND/OR ESPRESSO, BEVERAGES MADE WITH A BASE OF TEA, POWDERED CHOCOLATE; SAUCES TO ADD TO BEVERAGES; CHOCOLATE SYRUP, FLAVORING SYRUPS TO ADD TO BEVERAGES, BAKED GOODS, NAMELY, MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES AND BREADS, SANDWICHES, GRANOLA, READY-TO-DRINK COFFEE, READY-TO-DRINK TEA, FROZEN CONFECTIONS; CHOCOLATE, CANDY AND CHOCOLATE CONFECTIONS; AND SAUCES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: WATER, AND OTHER NON-ALCOHOLIC DRINKS, NAMELY, SOFT DRINKS, FRUIT DRINKS AND FRUIT JUICES, FRUIT DRINKS AND SOFT DRINKS CONTAINING FRUIT JUICES, POWDERED BEVERAGE MIXES; FLAVORING SYRUPS FOR MAKING BEVER-AGES; FLAVORED AND UNFLAVORED BOTTLED WATERS, FRUIT JUICES, SPARKLING FRUIT AND JUICE BASED BEVERAGES AND SODA BEVERAGES; FROZEN FRUIT BEVERAGES AND FROZEN FRUIT-BASED BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: BUSINESS ADMINISTRATION; BUSINESS MANAGEMENT; FRANCHISING, NAMELY, PROVIDING TECHNICAL ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF RESTAURANTS, CAFES, COFFEE HOUSES AND SNACK BARS; RETAIL STORE SER-VICES IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED AND PREPARED FOODS, ELECTRIC APPLIANCES, NON-ELECTRIC APPLIANCES, HOUSEWARES, KITCHENWARE, CLOCKS, WATCHES, WALLETS MADE OF CLOTH; RETAIL STORE SERVICES IN THE FIELD OF TOTE BAGS MADE OF CLOTH, PLASTIC, OR LEATHER; RETAIL STORE SER-VICES IN THE FIELD OF BRIEFCASES MADE OF LEATHER; RETAIL STORE SERVICES IN THE FIELD OF BOOK BAGS MADE OF CLOTH; RETAIL STORE SERVICES IN THE FIELD OF UMBRELLAS MADE OF CLOTH, PLASTIC, OR LEATHER; RETAIL STORE SERVICES IN THE FIELD OF KEY FOBS OF LEATHER, CLOTHING, CAPS AND HATS, TOYS, INCLUDING TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND AC-CESSORIES THEREFOR, CHRISTMAS ORNAMENTS; WHOLESALE DISTRIBUTORSHIPS, WHOLESALE STORES, AND WHOLESALE ORDERING SERVICES ALL IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED AND PREPARED FOODS; COMPUTERIZED ON-LINE ORDERING SERVICES ALL IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED FOODS, PREPARED FOODS, ELECTRIC APPLIANCES, NON-ELECTRIC APPLIANCES, HOUSE-WARES, KITCHENWARE, WATCHES, JEWELRY, BOOKS, MUSICAL RECORDINGS, MOUSE PADS, WALLETS MADE OF LEATHER, BILLFOLDS MADE OF LEATHER, TOTE

**Reg. No. 4,538,053** BAGS MADE OF CLOTH, PLASTIC, OR LEATHER, BRIEFCASES MADE OF CLOTH, PLASTIC, OR LEATHER, BOOK BAGS MADE OF CLOTH, PLASTIC OR LEATHER, UMBRELLAS MADE OF CLOTH, PLASTIC, OR LEATHER, KEY FOBS OF LEATHER, CLOTHING, CAPS, HATS, TOYS INCLUDING TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND ACCESSORIES THEREFOR, CHRISTMAS ORNAMENTS; COMPUTER-IZED ON-LINE RETAIL STORE SERVICES ALL IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED FOODS, PREPARED FOODS, ELECTRIC APPLIANCES, NON-ELECTRIC AP-PLIANCES, HOUSEWARES, KITCHENWARE, WATCHES, JEWELRY, BOOKS, MUSICAL RECORDINGS, MOUSE PADS, WALLETS MADE OF LEATHER, BILLFOLDS MADE OF LEATHER, TOTE BAGS MADE OF CLOTH, PLASTIC, OR LEATHER, BRIEFCASES MADE OF CLOTH, PLASTIC, OR LEATHER, BOOK BAGS MADE OF CLOTH, PLASTIC OR LEATHER, UMBRELLAS MADE OF CLOTH, PLASTIC, OR LEATHER, KEY FOBS OF LEATHER, CLOTHING, CAPS, HATS, TOYS INCLUDING TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND ACCESSORIES THEREFOR, CHRISTMAS ORNAMENTS; ON-LINE ORDERING SERVICES ALL IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED FOODS, PREPARED FOODS, ELECTRIC APPLIANCES, NON-ELECTRIC APPLIANCES, HOUSEWARES, KITCHENWARE, WATCHES, JEWELRY, BOOKS, MUSICAL RECORDINGS, MOUSE PADS, WALLETS MADE OF LEATHER, BILLFOLDS MADE OF LEATHER, TOTE BAGS MADE OF CLOTH, PLASTIC, OR LEATHER, BRIEFCASES MADE OF CLOTH, PLASTIC, OR LEATHER, BOOK BAGS MADE OF CLOTH, PLASTIC OR LEATHER, UM-BRELLAS MADE OF CLOTH, PLASTIC, OR LEATHER, KEY FOBS OF LEATHER, CLOTHING, CAPS, HATS, TOYS INCLUDING TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND ACCESSORIES THEREFOR, CHRISTMAS ORNAMENTS; ON-LINE RETAIL STORE SERVICES ALL IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED FOODS, PREPARED FOODS, ELECTRIC APPLIANCES, NON-ELECTRIC APPLIANCES, HOUSEWARES, KITCHENWARE, WATCHES, JEWELRY, BOOKS, MUSICAL RECORDINGS, MOUSE PADS, WALLETS MADE OF LEATHER, BILLFOLDS MADE OF LEATHER, TOTE BAGS MADE OF CLOTH, PLASTIC, OR LEATHER, BRIEFCASES MADE OF CLOTH, PLASTIC, OR LEATHER, BOOK BAGS MADE OF CLOTH, PLASTIC OR LEATHER, UM-BRELLAS MADE OF CLOTH, PLASTIC, OR LEATHER, KEY FOBS OF LEATHER, CLOTHING, CAPS, HATS, TOYS INCLUDING TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND ACCESSORIES THEREFOR, CHRISTMAS ORNAMENTS; COMPUTER-IZED ON-LINE GIFT REGISTRY; COMPUTERIZED ONLINE ORDERING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: FINANCIAL SERVICES, NAMELY, DEBIT, CREDIT, AND STORED-VALUE CARD SERVICES; CHARITABLE FUND RAISING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: ENTERTAINMENT SERVICES, NAMELY, THE PROVISION, ORGANIZATION, AND PRODUCTION OF ENTERTAINMENT, EDUCATIONAL, RECREATIONAL AND/OR MUSIC-AL EVENTS, NAMELY, MUSIC SHOWS, LIVE MUSICAL PERFORMANCES, CONCERTS, AND OTHER LIVE MUSIC EVENTS AND ACTIVITIES; ARRANGING AND CONDUCTING OF PERSONAL APPEARANCES FOR ENTERTAINMENT PURPOSES; PUBLISHING AND PRODUCTION OF MUSICAL AND SOUND RECORDINGS; PROVIDING INFORMATION IN THE FIELDS OF MUSIC, VIDEO, TELEVISION, NEWS, SPORTS, GAMES, CULTURAL EVENTS, ENTERTAINMENT, HEALTH AND WELLNESS, AND ARTS AND LEISURE VIA COMMUNICATIONS NETWORKS; PROVIDING AUDIO IN THE FIELDS OF MUSIC, VIDEO, TELEVISION, NEWS, SPORTS, GAMES, CULTURAL EVENTS, ENTERTAINMENT, HEALTH AND WELLNESS, AND ARTS AND LEISURE VIA COMMUNICATIONS NETWORKS; PROVIDING VIDEO IN THE FIELDS OF MUSIC, VIDEO, TELEVISION, NEWS, SPORTS, GAMES, CULTURAL EVENTS, ENTERTAINMENT, HEALTH AND WELLNESS, AND ARTS AND LEISURE VIA COMMUNICATIONS NETWORKS; PROVIDING GRAPHICS IN THE FIELDS OF MUSIC, VIDEO, TELEVISION, NEWS, SPORTS, GAMES, CULTURAL EVENTS, ENTERTAINMENT, HEALTH AND WELLNESS, AND ARTS AND LEISURE VIA COMMU-NICATIONS NETWORKS; PROVIDING TEXT IN THE FIELDS OF VIDEO, TELEVISION,

**Reg. No. 4,538,053** NEWS, SPORTS, GAMES, CULTURAL EVENTS, ENTERTAINMENT, HEALTH AND WELLNESS, AND ARTS AND LEISURE VIA COMMUNICATION NETWORKS; PROVIDING OTHER MULTIMEDIA CONTENT IN THE FIELDS OF MUSIC, VIDEO, TELEVISION, NEWS, SPORTS, GAMES, CULTURAL EVENTS, ENTERTAINMENT, HEALTH AND WELLNESS, ARTS AND LEISURE VIA COMMUNICATIONS NETWORKS; MUSIC PUBLISHING SERVICES; PUBLISHING OF TEXT, GRAPHIC, AUDIO AND VIDEO WORKS VIA COMMUNICATIONS NETWORKS; PROVIDING IN-STORE FACILITIES TO ENABLE USERS TO PROGRAM AUDIO, VIDEO, TEXT AND OTHER MULTIMEDIA CONTENT, INCLUDING MUSIC, CONCERTS, VIDEOS, RADIO, TELEVISION, NEWS, SPORTS, GAMES, CULTURAL EVENTS AND ENTERTAINMENT-RELATED PROGRAMS; PRODUCTION AND DISTRIBUTION OF RADIO PROGRAMS; MUSIC PRODUCTION SERVICES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING COMMENTARY AND ARTICLES ABOUT MUSIC, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: RESTAURANT, CAFE, CAFETERIA, SNACK BAR, COFFEE BAR AND COFFEE HOUSE, CARRY OUT RESTAURANT, AND TAKE OUT RESTAURANT SERVICES; CATERING SERVICES; COFFEE SUPPLY SERVICES FOR OFFICES; CONTRACT FOOD SERVICES; FOOD PREPARATION; PREPARATION OF CARRY OUT FOODS AND BEVERAGES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SINGAPORE APPLICATION NO. T11/00009E, FILED 1-3-2011, REG. NO. T1100009E, DATED 1-3-2011, EXPIRES 1-31-2021.

OWNER OF U.S. REG. NOS. 1,542,775, 1,815,938, AND OTHERS.

THE MARK CONSISTS OF A CIRCULAR SEAL WITH THE DESIGN OF A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN.

SN 85-244,517, FILED 2-17-2011.

JOHN E. MICHOS, EXAMINING ATTORNEY

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
### reminder of these filing requirements.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,639,908**

**Registered Nov. 18, 2014**

**Int. Cls.: 14, 18, 25, 28, 35, 36, 38, 41, 42 and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY
2401 UTAH AVENUE SOUTH
SEATTLE, WA 98134

FOR: WATCHES AND WRISTWATCHES, JEWELRY , IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-31-2011; IN COMMERCE 10-31-2011.

FOR: PET CLOTHING; TOTE BAGS, BOOK BAGS, BRIEFCASE-TYPE PORTFOLIOS, AND UMBRELLAS, ALL MADE OF CLOTH, PLASTIC OR LEATHER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-31-2011; IN COMMERCE 10-31-2011.

FOR: T-SHIRTS, POLO SHIRTS, SWEATSHIRTS, CAPS, HATS, JACKETS, APRONS AND VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: TOYS, NAMELY, TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND AC-CESSORIES THEREFOR, CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: ADMINISTRATION OF A CUSTOMER LOYALTY PROGRAM WHICH PROVIDES REGISTERED CUSTOMERS WITH FREE AND DISCOUNTED MENU ITEMS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: FINANCIAL SERVICES, NAMELY, DEBIT AND STORED-VALUE CARD SERVICES; CHARITABLE FUND RAISING SERVICES; ISSUING ELECTRONIC STORE VALUED GIFT CARDS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

**Reg. No. 4,639,908**  FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: ELECTRONIC TRANSMISSION OF ELECTRONIC GIFT CARDS AND GREETING CARDS VIA COMPUTER TERMINALS AND ELECTRONIC DEVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: ENTERTAINMENT SERVICES, NAMELY, THE ORGANIZATION, PRODUCTION, AND PRESENTATION OF LECTURES IN THE FIELDS OF NEWS, POLITICS, CURRENT EVENTS, HUMAN INTEREST, COMEDY SHOWS, CONCERTS, SPORTING EVENTS; CONDUCTING OF PERSONAL APPEARANCES BY TELEVISION PERSONALITIES, MOVIE STARS, MUSIC CELEBRITIES, AND SPORTS CELEBRITIES FOR ENTERTAINMENT PURPOSES; PUBLISHING AND PRODUCTION OF MUSICAL AND SOUND RECORDINGS; PROVIDING INFORMATION IN THE FIELDS OF NEWS AND CURRENT EVENTS IN THE FIELDS OF HEALTH AND WELLNESS, MUSIC, TRAVEL, BUSINESS, POLITICS, ECONOM-ICS, ARTS AND LEISURE ACTIVITIES, HUMAN INTEREST VIA COMMUNICATIONS NETWORKS; PROVIDING INFORMATION IN THE FIELDS OF SPORTS, AND ARTS AND LEISURE ACTIVITIES VIA COMMUNICATIONS NETWORKS; PROVIDING NON-DOWN-LOADABLE, PRE-RECORDED MUSIC VIA COMMUNICATIONS NETWORKS; PROVIDING ARTICLES, NON-DOWNLOADABLE MOVIES AND NON-DOWNLOADABLE TELEVISION PROGRAMS IN THE FIELDS OF CURRENT EVENTS, SPORTS, CULTURAL EVENTS, COMEDY, DRAMA, CHILDREN'S CONTENT, DOCUMENTARIES, CURRENT, PLANNED, AND HISTORICAL OFFERINGS OF MUSIC, BOOKS, TELEVISION, AND MOVIES, CELEBRITIES AND ARTS AND LEISURE ACTIVITIES VIA COMMUNICATIONS NET-WORKS; PUBLISHING OF MUSIC AND ARTICLES VIA COMMUNICATIONS NETWORKS; MUSIC PRODUCTION SERVICES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING REVIEWS OF MUSIC AND COMMENTARY AND ARTICLES ABOUT MUSIC, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: PROVIDING USERS TEMPORARY USE OF ONLINE NON-DOWNLOADABLE SOFTWARE TO ENABLE USERS TO PROGRAM AUDIO, VIDEO, TEXT, AND OTHER MULTIMEDIA CONTENT, INCLUDING MUSIC, MOVIES, CONCERTS, VIDEOS, RADIO, TELEVISION, NEWS, SPORTS, GAMES, CULTURAL EVENTS, AND ENTERTAINMENT-RELATED PROGRAMS; COMPUTER SERVICES, NAMELY, CREATING INDEXES OF IN-FORMATION, WEBSITES, AND OTHER RESOURCES AVAILABLE ON GLOBAL COM-PUTER NETWORKS FOR OTHERS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: PROVIDING A SELECTION OF ON-LINE ELECTRONIC GREETING CARDS, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 1-31-2011; IN COMMERCE 1-31-2011.

OWNER OF U.S. REG. NOS. 3,306,104 AND 4,415,862.

THE MARK CONSISTS OF A CIRCULAR SEAL WITH THE DESIGN OF A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN WITH A FIVE-POINT STAR IN THE MIDDLE OF THE CROWN.

SER. NO. 86-178,130, FILED 1-29-2014.

CHRISTOPHER BUONGIORNO, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# EXHIBIT 5

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,538,585**

**Registered May 27, 2014**

**Int. Cls.: 7, 16, 21, and 38**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY,
2401 UTAH AVENUE SOUTH
SEATTLE, WA 98134

FOR: ELECTRIC MILK FROTHERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 9-19-2012; IN COMMERCE 9-19-2012.

FOR: PAPER COASTERS; PAPER CUP SLEEVES; PAPER BOXES AND PAPER PACKAGING; INSTRUCTIONAL BOOKLETS FOR MAKING BEVERAGES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: PAPER CUPS, NON-ELECTRIC MILK FROTHERS; SCOOPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: COMMUNICATION SERVICES, NAMELY, TRANSMITTING STREAMED AND DOWNLOADABLE AUDIO AND VIDEO ENTERTAINMENT PROGRAMMING VIA COMPUTER, SATELLITE AND COMMUNICATIONS NETWORKS; AUDIO ENTERTAINMENT BROADCASTING AND TRANSMISSION; ELECTRONIC AND DIGITAL TRANSMISSION OF VOICE, DATA, INFORMATION, IMAGES, SIGNALS AND MESSAGES; PROVIDING ON-LINE CHAT ROOMS, BULLETIN BOARDS AND COMMUNITY FORUMS FOR THE TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING ENTERTAINMENT, MUSIC, CONCERTS, VIDEOS, RADIO, TELEVISION, FILM, NEWS, SPORTS, GAMES AND CULTURAL EVENTS; DELIVERY OF MESSAGES BY ELECTRONIC TRANSMISSION; PROVISION OF CONNECTIVITY SERVICES AND ACCESS TO ELECTRONIC COMMUNICATIONS NETWORKS, FOR TRANSMISSION OR RECEPTION OF AUDIO, VIDEO OR MULTIMEDIA CONTENT; PROVIDING MULTIPLE USER DEDICATED ACCESS TO THE INTERNET; BROADCASTING AND DOWNLOADING SERVICE THAT ALLOWS USERS TO PLAYBACK, SAMPLE, DOWNLOAD, STORE, CREATE PLAYLISTS AND STREAM MUSIC, VIDEOS, MOVIES, GAMES AND ENTERTAINMENT RELATED PROGRAMMING OVER COMPUTERS, WIRELESS DEVICES, PDAS, TELEPHONES, AND DIGITAL LISTENING AND PLAYBACK DEVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).



*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

**Reg. No. 4,538,585**   FIRST USE 9-30-2012; IN COMMERCE 9-30-2012.

OWNER OF U.S. REG. NOS. 3,533,859, 3,907,157, AND OTHERS.

THE COLOR(S) GREEN AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A CIRCULAR SEAL IN GREEN WITH THE DESIGN OF A SIREN (A TWO-TAILED MERMAID) IN WHITE WEARING A CROWN.

SN 85-700,046, FILED 8-9-2012.

JOHN E. MICHOS, EXAMINING ATTORNEY

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

**Reg. No. 4,572,688**

**Registered July 22, 2014**

**Int. Cls.: 5, 9, 11, 16, 21, 25, 29, 30, 32, 35, 36, 41, and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY,
2401 UTAH AVENUE SOUTH
SEATTLE, WA 98134

FOR: NUTRITIONALLY FORTIFIED BEVERAGES; MEAL REPLACEMENT AND DIETARY SUPPLEMENT DRINK MIXES, NUTRITIONAL SUPPLEMENTS IN THE FORM OF FOODS BARS; POWDERED FRUIT-FLAVORED DIETARY SUPPLEMENT DRINK MIX; POWDERED NUTRITIONAL SUPPLEMENT DRINK MIX; AND VITAMIN FORTIFIED BEVERAGES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 7-10-2012; IN COMMERCE 7-10-2012.

FOR: AUDIO RECORDINGS FEATURING CLASSICAL, JAZZ, CONTEMPORARY, POP, SEASONAL, R AND B, SOUL, WORLD, ZYDECO, REGGAE, ROCK, FOLK AND SHOW TUNES MUSIC; DOWNLOADABLE MUSIC VIA A GLOBAL COMPUTER NETWORK AND WIRELESS DEVICES; VENDING MACHINES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: ELECTRICAL APPLIANCES, NAMELY, ESPRESSO MAKERS AND COFFEE MAKERS FOR DOMESTIC OR COMMERCIAL USE, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: PUBLICATIONS AND PRINTED MATERIALS, NAMELY, NEWSLETTERS AND MAGAZINES FEATURING INFORMATION ABOUT COFFEE AND COFFEE DRINKERS, PENS, BALL POINT PENS, STATIONERY, POSTERS, PAPER NAPKINS, PAPER COASTERS, AND PAPER BAGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: HAND OPERATED COFFEE GRINDERS AND COFFEE MILLS, INSULATED COFFEE AND BEVERAGE CUPS, NON-PAPER COASTERS, INSULATED VACUUM BOTTLES, COFFEE CUPS, TEA CUPS AND MUGS, GLASSWARE, DISHES, PLATES AND BOWLS, TRIVETS, STORAGE CANISTERS, NON-ELECTRIC DRIP COFFEE MAKERS, NON-ELEC-

*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

**Reg. No. 4,572,688** TRIC PLUNGER-STYLE COFFEE MAKERS, AND DECORATIVE STORAGE CONTAINERS FOR FOOD, NON-ELECTRIC TEA KETTLES, TEA INFUSERS, TEA POTS, TEA STRAINERS, CERAMIC FIGURINES, PORCELAIN FIGURINES; PAPER CUPS AND INSULATED SLEEVES FOR BEVERAGE CUPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: T-SHIRTS, POLO SHIRTS, SWEATSHIRTS, CAPS, HATS, JACKETS, SHORTS, AND APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: MILK, FLAVORED MILK, MILKSHAKES AND MILK BASED BEVERAGES; FRUIT JAMS, JELLIES, SPREADS, AND PRESERVES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: GROUND AND WHOLE BEAN COFFEE, COCOA, HERBAL AND NON-HERBAL TEA, COFFEE, TEA, COCOA AND ESPRESSO BEVERAGES, AND BEVERAGES MADE WITH A BASE OF COFFEE AND/OR ESPRESSO, BEVERAGES MADE WITH A BASE OF TEA, POWDERED CHOCOLATE; SAUCES TO ADD TO BEVERAGES; CHOCOLATE SYRUP, FLAVORING SYRUPS TO ADD TO BEVERAGES, BAKED GOODS, NAMELY, MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES AND BREADS, SANDWICHES, GRANOLA, READY-TO-DRINK COFFEE, READY-TO-DRINK TEA, AND FROZEN CONFECTIONS; CHOCOLATE, CANDY AND CHOCOLATE CONFECTIONS; AND SAUCES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: WATER, AND OTHER NON-ALCOHOLIC DRINKS, NAMELY, SOFT DRINKS, FRUIT DRINKS AND FRUIT JUICES, FRUIT DRINKS AND SOFT DRINKS CONTAINING FRUIT JUICES, POWDERED BEVERAGE MIXES; FLAVORING SYRUPS FOR MAKING BEVER-AGES; FLAVORED AND UNFLAVORED BOTTLED WATERS, FRUIT JUICES, SPARKLING FRUIT AND JUICE BASED BEVERAGES AND SODA BEVERAGES; FROZEN FRUIT BEVERAGES AND FROZEN FRUIT-BASED BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: BUSINESS ADMINISTRATION; BUSINESS MANAGEMENT; FRANCHISING, NAMELY, PROVIDING TECHNICAL ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF RESTAURANTS, CAFES, COFFEE HOUSES AND SNACK BARS; RETAIL STORE SER-VICES IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED AND PREPARED FOODS, ELECTRIC APPLIANCES, NON-ELECTRIC APPLIANCES, HOUSEWARES, KITCHENWARE, CLOCKS, WATCHES, JEWELRY, BOOKS, MUSICAL RECORDINGS, MOUSE PADS, WALLETS MADE OF CLOTH, TOTE BAGS MADE OF CLOTH, PLASTIC, OR LEATHER, BRIEFCASES MADE OF LEATHER, BOOK BAGS MADE OF CLOTH, UMBRELLAS MADE OF CLOTH, PLASTIC OR LEATHER, KEY FOBS OF LEATHER, CLOTHING, CAPS AND HATS, TOYS, INCLUDING TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND ACCESSORIES THEREFOR, CHRISTMAS ORNAMENTS; WHOLESALE DISTRIBUTORSHIPS IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED FOODS, PREPARED FOODS; WHOLESALE STORES IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED FOODS, PREPARED FOODS; WHOLESALE ORDERING SERVICES IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED FOODS, PREPARED FOODS; COMPUTERIZED ON-LINE OR-DERING SERVICES IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED FOODS, PRE-PARED FOODS, ELECTRIC APPLIANCES, NON-ELECTRIC APPLIANCES, HOUSEWARES, KITCHENWARE, WATCHES, JEWELRY, BOOKS, MUSICAL RECORDINGS, MOUSE PADS, WALLETS MADE OF LEATHER, BILLFOLDS MADE OF LEATHER, TOTE BAGS MADE

**Reg. No. 4,572,688** OF CLOTH, PLASTIC, OR LEATHER, BRIEFCASES MADE OF CLOTH, PLASTIC, OR LEATHER, BOOK BAGS MADE OF CLOTH, PLASTIC, OR LEATHER, UMBRELLAS MADE OF CLOTH, PLASTIC, OR LEATHER, KEY FOBS OF LEATHER, CLOTHING, CAPS, HATS, TOYS INCLUDING TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND AC-CESSORIES THEREFOR, AND CHRISTMAS ORNAMENTS; COMPUTERIZED ON-LINE RETAIL STORE SERVICES IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED FOODS, PREPARED FOODS, ELECTRIC APPLIANCES, NON-ELECTRIC APPLIANCES, HOUSE-WARES, KITCHENWARE, WATCHES, JEWELRY, BOOKS, MUSICAL RECORDINGS, MOUSE PADS, WALLETS MADE OF LEATHER, BILLFOLDS MADE OF LEATHER, TOTE BAGS MADE OF CLOTH, PLASTIC, OR LEATHER, BRIEFCASES MADE OF CLOTH, PLASTIC, OR LEATHER, BOOK BAGS MADE OF CLOTH, PLASTIC, OR LEATHER, UM-BRELLAS MADE OF CLOTH, PLASTIC, OR LEATHER, KEY FOBS OF LEATHER, CLOTHING, CAPS, HATS, TOYS INCLUDING TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND ACCESSORIES THEREFOR, AND CHRISTMAS ORNAMENTS; ON-LINE ORDERING SERVICES IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED FOODS, PREPARED FOODS, ELECTRIC APPLIANCES, NON-ELECTRIC APPLIANCES, HOUSE-WARES, KITCHENWARE, WATCHES, JEWELRY, BOOKS, MUSICAL RECORDINGS, MOUSE PADS, WALLETS MADE OF LEATHER, BILLFOLDS MADE OF LEATHER, TOTE BAGS MADE OF CLOTH, PLASTIC, OR LEATHER, BRIEFCASES MADE OF CLOTH, PLASTIC, OR LEATHER, BOOK BAGS MADE OF CLOTH, PLASTIC, OR LEATHER, UM-BRELLAS MADE OF CLOTH, PLASTIC, OR LEATHER, KEY FOBS OF LEATHER, CLOTHING, CAPS, HATS, TOYS INCLUDING TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND ACCESSORIES THEREFOR, AND CHRISTMAS ORNAMENTS; ON-LINE RETAIL STORE SERVICES IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED FOODS, PREPARED FOODS, ELECTRIC APPLIANCES, NON-ELECTRIC APPLIANCES, HOUSEWARES, KITCHENWARE, WATCHES, JEWELRY, BOOKS, MUSICAL RECORDINGS, MOUSE PADS, WALLETS MADE OF LEATHER, BILLFOLDS MADE OF LEATHER, TOTE BAGS MADE OF CLOTH, PLASTIC, OR LEATHER, BRIEFCASES MADE OF CLOTH, PLASTIC, OR LEATHER, BOOK BAGS MADE OF CLOTH, PLASTIC, OR LEATHER, UM-BRELLAS MADE OF CLOTH, PLASTIC, OR LEATHER, KEY FOBS OF LEATHER, CLOTHING, CAPS, HATS, TOYS INCLUDING TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND ACCESSORIES THEREFOR, AND CHRISTMAS ORNAMENTS; COM-PUTERIZED ON-LINE GIFT REGISTRY AND ORDERING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: FINANCIAL SERVICES, NAMELY, DEBIT, CREDIT, AND STORED-VALUE CARD SERVICES; CHARITABLE FUND RAISING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: ENTERTAINMENT SERVICES, NAMELY, THE PROVISION, ORGANIZATION AND PRODUCTION OF ENTERTAINMENT, EDUCATIONAL, RECREATIONAL AND/OR MUSIC-AL EVENTS, NAMELY, MUSIC SHOWS, LIVE MUSICAL PERFORMANCES, CONCERTS, AND OTHER LIVE MUSIC EVENTS AND ACTIVITIES; ARRANGING AND CONDUCTING OF PERSONAL APPEARANCES FOR ENTERTAINMENT PURPOSES; PUBLISHING AND PRODUCTION OF MUSICAL AND SOUND RECORDINGS; PROVIDING INFORMATION, AUDIO, VIDEO, GRAPHICS, AND OTHER MULTIMEDIA CONTENT IN THE FIELD OF MUSIC VIA COMMUNICATION NETWORKS; PROVIDING INFORMATION, AUDIO, VIDEO, GRAPHICS, TEXT, AND OTHER MULTIMEDIA CONTENT IN THE FIELD OF VIDEO VIA COMMUNICATION NETWORKS; PROVIDING INFORMATION, AUDIO, VIDEO, GRAPHICS, TEXT, AND OTHER MULTIMEDIA CONTENT IN THE FIELD OF TELEVISION VIA COM-MUNICATION NETWORKS; PROVIDING INFORMATION, AUDIO, VIDEO, GRAPHICS, TEXT, AND OTHER MULTIMEDIA CONTENT IN THE FIELD OF NEWS VIA COMMUNIC-ATION NETWORKS; PROVIDING INFORMATION, AUDIO, VIDEO, GRAPHICS, TEXT, AND OTHER MULTIMEDIA CONTENT IN THE FIELD OF SPORTS VIA COMMUNICATION

**Reg. No. 4,572,688**  NETWORKS; PROVIDING INFORMATION, AUDIO, VIDEO, GRAPHICS, TEXT, AND OTHER MULTIMEDIA CONTENT IN THE FIELD OF GAMES VIA COMMUNICATION NETWORKS; PROVIDING INFORMATION, AUDIO, VIDEO, GRAPHICS, TEXT, AND OTHER MULTIMEDIA CONTENT IN THE FIELD OF CULTURAL EVENTS VIA COMMU-NICATION NETWORKS; PROVIDING INFORMATION, AUDIO, VIDEO, GRAPHICS, TEXT, AND OTHER MULTIMEDIA CONTENT IN THE FIELD OF ENTERTAINMENT VIA COM-MUNICATION NETWORKS; PROVIDING INFORMATION, AUDIO, VIDEO, GRAPHICS, TEXT, AND OTHER MULTIMEDIA CONTENT IN THE FIELD OF HEALTH AND WELLNESS VIA COMMUNICATION NETWORKS; PROVIDING INFORMATION, AUDIO, VIDEO, GRAPHICS, TEXT, AND OTHER MULTIMEDIA CONTENT IN THE FIELD OF ARTS AND LEISURE VIA COMMUNICATION NETWORKS; MUSIC PUBLISHING SERVICES; PUB-LISHING OF TEXT, GRAPHIC, AUDIO AND VIDEO WORKS VIA COMMUNICATIONS NETWORKS; PRODUCTION AND DISTRIBUTION OF RADIO PROGRAMS; MUSIC PRO-DUCTION SERVICES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING COMMENT-ARY AND ARTICLES ABOUT MUSIC, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: RESTAURANT, CAFE, CAFETERIA, SNACK BAR, COFFEE BAR AND COFFEE HOUSE, CARRY OUT RESTAURANT, AND TAKE OUT RESTAURANT SERVICES; CATER-ING SERVICES; COFFEE SUPPLY SERVICES FOR OFFICES; CONTRACT FOOD SERVICES; FOOD PREPARATION; PREPARATION AND SALE OF CARRY OUT FOODS AND BEVERAGES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SINGAPORE APPLICATION NO. T11/00011G, FILED 1-3-2011, REG. NO. T1100011G, DATED 1-3-2011, EXPIRES 1-3-2021.

THE COLOR(S) GREEN AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

OWNER OF U.S. REG. NOS. 1,542,775, 1,815,938, AND OTHERS.

THE MARK CONSISTS OF A CIRCULAR SEAL IN GREEN WITH THE DESIGN OF A SIREN (A TWO-TAILED MERMAID) IN WHITE WEARING A CROWN.

SN 85-244,515, FILED 2-17-2011.

JOHN E. MICHOS, EXAMINING ATTORNEY

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

**Reg. No. 4,635,864**

**Registered Nov. 11, 2014**

**Int. Cls.: 14, 18, 25, 28, 36 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY
2401 UTAH AVENUE SOUTH
SEATTLE, WA 98134

FOR: WATCHES AND WRISTWATCHES, JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-31-2011; IN COMMERCE 10-31-2011.

FOR: PET CLOTHING; TOTE BAGS, BOOK BAGS, BRIEFCASE-TYPE PORTFOLIOS, AND UMBRELLAS, ALL MADE OF CLOTH, PLASTIC AND LEATHER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-31-2011; IN COMMERCE 10-31-2011.

FOR: T-SHIRTS, POLO SHIRTS, SWEATSHIRTS, CAPS, HATS, JACKETS, APRONS AND VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: TOYS, NAMELY, TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND AC-CESSORIES THEREFOR, CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: FINANCIAL SERVICES, NAMELY, DEBIT AND STORED-VALUE CARD SERVICES; CHARITABLE FUND RAISING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: ENTERTAINMENT SERVICES, NAMELY, THE PROVISION AND ORGANIZATION OF ENTERTAINMENT IN THE NATURE OF MUSICAL PERFORMANCES; ORGANIZATION, PRODUCTION, AND PRESENTATION OF LIVE MUSICAL PERFORMANCES; PUBLISHING AND PRODUCTION OF MUSICAL AND SOUND RECORDINGS; PROVIDING INFORMATION REGARDING MUSIC AND LIVE MUSICAL EVENTS VIA COMMUNICATIONS NETWORKS;

**Reg. No. 4,635,864**  MUSIC PUBLISHING SERVICES; MUSIC PRODUCTION SERVICES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING REVIEWS OF MUSIC AND COMMENTARY AND ARTICLES ABOUT MUSIC, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

OWNER OF U.S. REG. NOS. 3,306,104 AND 4,415,862.

THE COLOR(S) GREEN AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A GREEN, CIRCULAR SEAL WITH THE DESIGN OF A SIREN (A TWO-TAILED MERMAID) OULINED IN WHITE WEARING A WHITE CROWN WITH A FIVE-POINT, WHITE STAR IN THE MIDDLE OF THE CROWN.

SER. NO. 86-144,573, FILED 12-16-2013.

CHRISTOPHER BUONGIORNO, EXAMINING ATTORNEY

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# EXHIBIT 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-768-520

**Effective date of registration:**

April 26, 2011

## Title

**Title of Work:** 40th Anniversary Siren design

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** March 8, 2011        **Nation of 1st Publication:** United States

## Author

■        **Author:** Starbucks Corporation, dba  Starbucks Coffee Company

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States                    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Starbucks Corporation, dba  Starbucks Coffee Company

2401 Utah Avenue South, Seattle, WA, 98134, United States

## Limitation of copyright claim

**Previous registration and year:** VA 875-932        1998

## Rights and Permissions

**Organization Name:** Starbucks Corporation

**Name:** Naser  Baseer

**Email:** nbaseer@starbucks.com                    **Telephone:** 206-318-2984

**Address:** 2401 Utah Avenue South

MS S-LA1

Seattle, WA 98134  United States

## Certification

**Name:**  Naser Baseer

**Date:**  April 26, 2011

**Applicant's Tracking Number:**  COP00034-US



# EXHIBIT 7

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 30 and 33

**Reg. No. 1,372,630**

## United States Patent and Trademark Office   Registered Nov. 26, 1985

### TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS COFFEE COMPANY (WASHING-
TON CORPORATION)
2010 AIRPORT WAY SOUTH
SEATTLE, WA 98124

FOR: COFFEEPOTS, TEAPOTS, CUPS, MUGS
AND CANISTERS, IN CLASS 21 (U.S. CLS. 2, 13,
30 AND 33).

FIRST USE 11-1-1983; IN COMMERCE
11-1-1983.

OWNER OF U.S. REG. NO. 1,098,925.

SER. NO. 540,784, FILED 6-3-1985.

ROGER KATZ, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

### STARBUCKS

**Reg. No. 1,444,549**

**Registered Jun. 23, 1987**

**Amended May 28, 2019**

**Int. Cl.: 35, 43**

**Service Mark**

**Principal Register**

STARBUCKS CORPORATION  (WASHINGTON CORPORATION)
2401 Utah Avenue South
Seattle, WASHINGTON 98134

CLASS 35: RETAIL STORE SERVICES AND DISTRIBUTORSHIP SERVICES FOR COFFEE, TEA [ AND SPICES ]

FIRST USE 3-29-1971; IN COMMERCE 3-29-1971

CLASS 43: COFFEE CAFE SERVICES

FIRST USE 3-29-1971; IN COMMERCE 3-29-1971

OWNER OF U.S. REG. NO. 1098925

SEC.2(F)

SER. NO. 73-540,952, FILED 06-03-1985



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 1,452,359

## United States Patent and Trademark Office

Registered Aug. 11, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS COFFEE COMPANY (WASHING-
TON CORPORATION), DBA STARBUCKS
COFFEE AND TEA
2010 AIRPORT WAY SOUTH
SEATTLE, WA 98124

FOR: COFFEE, TEA, SPICES, HERB TEA,
CHOCOLATE AND COCOA, IN CLASS 30 (U.S.
CL. 46).

FIRST USE 3–29–1971; IN COMMERCE
3–29–1971.

OWNER OF U.S. REG. NO. 1,098,925.

SER. NO. 540,953, FILED 6–3–1985.

ROGER KATZ, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# STARBUCKS

**Reg. No. 2,073,104**

**Registered Jun. 24, 1997**

**Amended Apr. 02, 2019**

**Int. Cl.: 35, 43**

**Service Mark**

**Principal Register**

STARBUCKS CORPORATION (WASHINGTON CORPORATION)
2401 Utah Avenue South
Seattle, WASHINGTON 98134

CLASS 35: wholesale supply [ and retail outlets and mail order ] services featuring ground and whole bean coffee, tea, cocoa, coffee and espresso beverages and beverages made with a base of coffee, espresso, and/or milk, powdered flavorings, flavoring syrups, baked goods, including muffins, scones, biscuits, cookies, pastries, cakes and breads, [ and ready-to-make mixes of the same, ] packaged foods, sandwiches and prepared foods, chocolate and confectionery items, granola, dried fruits, [ spreads, ] juices, soft drinks, electric appliances, namely, kettles, coffee makers, espresso makers and coffee grinders, housewares, non-electric appliances and related items, namely, [ hand operated coffee grinders and coffee mills, ] insulated coffee and beverage cups (made of plastics and/or ceramics), [ collapsible cup carriers and caddies, non-paper coasters, ] insulated vacuum bottles, coffee cups, tea cups and mugs, glassware, dishes, plates and bowls, trivets, storage canisters, non-electric drip coffee makers and non-electric plunger-style coffee makers, paper [ and non paper ] coffee filters, [ furniture, clocks, ] toys, books, [ musical recordings, ] T-shirts, caps, sweatshirts, jackets, aprons and other clothing items; wholesale supply services featuring furniture; mail order services featuring ground and whole bean coffee and tea; [ and for restaurant, cafe and coffee house services *wholesale supply services featuring ground and whole bean coffee, tea, cocoa, coffee and espresso beverages and beverages made with a base of coffee, espresso, and/or milk, powdered flavorings, flavoring syrups, baked goods, including muffins, scones, biscuits, cookies, pastries, cakes and breads, packaged foods, sandwiches and prepared foods, chocolate and confectionery items, granola, dried fruits, juices, soft drinks, electric appliances, namely, kettles, coffee makers, espresso makers and coffee grinders, housewares, non-electric appliances and related items, namely, insulated coffee and beverage cups (made of plastics and/or ceramics), insulated vacuum bottles, coffee cups, tea cups and mugs, glassware, dishes, plates and bowls, trivets, storage canisters, non-electric drip coffee makers and non-electric plunger-style coffee makers, paper coffee filters, toys, books, T-shirts, caps, sweatshirts, jackets, aprons and other clothing items; wholesale supply services featuring furniture; mail order services featuring ground and whole bean coffee and tea; and for restaurant, cafe and coffee house services; ] retail outlets services featuring ground and whole bean coffee, tea, cocoa, coffee and espresso beverages and beverages made with a base of coffee, espresso, and/or milk, flavoring syrups, baked goods, including muffins, scones, biscuits, cookies, pastries, cakes and breads, packaged foods, sandwiches and prepared foods, chocolate and confectionery items, granola, dried fruits, juices, soft drinks, electric appliances, namely, kettles, coffee makers, espresso makers and coffee grinders, housewares, non-electric appliances and related items, namely, insulated coffee and beverage cups (made of plastics and/or ceramics), non-paper coasters, insulated vacuum bottles, coffee cups, tea cups and mugs, glassware, dishes, plates and bowls, trivets, storage canisters, non-electric drip coffee makers and non-electric plunger-style coffee makers, toys, books, musical recordings, T-shirts, caps, sweatshirts, jackets, aprons and other clothing items

FIRST USE 8-31-1991; IN COMMERCE 8-31-1991

CLASS 43: Restaurant, cafe and coffee house services

FIRST USE 8-31-1991; IN COMMERCE 8-31-1991



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

OWNER OF U.S. REG. NO. 2,815,953, 909,251, 1,473,630, 1,804,561, 1,952,599 1417602, 1815937, 1444549, 1542775

SER. NO. 74-705,318, FILED 07-24-1995

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cls.: 30 and 32**

**Prior U.S. Cls.: 45, 46, and 48**

**Reg. No. 2,086,615**

## United States Patent and Trademark Office

**Registered Aug. 5, 1997**

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY,
2203 AIRPORT WAY SOUTH
P.O. BOX 34067
SEATTLE, WA 981241067

FOR: READY-TO-DRINK COFFEE, READY-TO-DRINK COFFEE BASED BEVERAGES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 5-20-1996; IN COMMERCE 5-20-1996.

FOR: COFFEE FLAVORED SOFT DRINKS AND SYRUPS AND EXTRACTS FOR MAKING FLAVORED SOFT DRINKS AND MILK BASED BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 7-31-1995; IN COMMERCE 7-31-1995.

SN 75-975,893, FILED 10-18-1994.

ZHALEH DELANEY, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 2,176,974**

Registered July 28, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: T-SHIRTS, POLO SHIRTS, SWEAT-SHIRTS, CAPS, HATS, JACKETS, SHORTS AND APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-1993; IN COMMERCE 5-1-1993.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75-362,653, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

Reg. No. 2,180,760

## United States Patent and Trademark Office

Registered Aug. 11, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHING-TON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: WALLETS, BILLFOLDS, TOTE BAGS, PURSES, BRIEFCASES, BOOK BAGS, BRIEF-CASE-TYPE PORTFOLIOS, VALISES AND UM-BRELLAS, ALL MADE OF CLOTH, PLASTIC OR LEATHER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-30-1993; IN COMMERCE 6-30-1993.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75-362,714, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTOR-NEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 2,189,460

Registered Sep. 15, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: HAND-OPERATED COFFEE GRINDERS AND COFFEE MILLS, INSULATED COFFEE AND BEVERAGE CUPS, NON-PAPER REUSABLE COFFEE FILTERS, COLLAPSIBLE CUP CARRIERS AND CADDIES, NON-PAPER COASTERS, INSULATED VACUUM BOTTLES, COFFEE CUPS, TEA CUPS AND MUGS, BEVERAGE GLASSWARE, DINNERWARE DISHES, PLATES AND BOWLS, TRIVETS, STORAGE CANISTERS, NON-ELECTRIC DRIP COFFEE MAKERS, NON-ELECTRIC PLUNGER-STYLE COFFEE MAKERS, AND DECORATIVE STORAGE CONTAINERS FOR FOOD, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 11-1-1983; IN COMMERCE 11-1-1983.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75-362,654, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

**Int. Cl.: 40**

**Prior U.S. Cls.: 100, 103 and 106**

**United States Patent and Trademark Office**

**Reg. No. 3,235,732**

Registered May 1, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# STARBUCKS

STARBUCKS U.S. BRANDS, LLC (NEVADA LTD
 LIAB CO)
2525 STARBUCKS WAY
MINDEN, NV 89423

   FOR: COFFEE ROASTING AND PROCESSING,
IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

   FIRST USE 12-31-1972; IN COMMERCE 12-31-1972.

   THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

   SER. NO. 77-009,275, FILED 9-28-2006.

   ANGELA M. MICHELI, EXAMINING ATTORNEY

# EXHIBIT 8

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Sunday, October 15, 2023 5:01 PM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: |

Hi Social Care,

Please see the below customer comment.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ▮▮▮▮▮ Redacted
**Sent:** Sunday, October 15, 2023 11:47 AM
**To:** press@starbucks.com
**Subject:**

Some people who received this message don't often get email from ▮▮ Redacted ▮▮. Learn why this is important

**Email Originated Externally**

Hello. I would love to know how it is possible that you support a terrorist organization - Hamas. How can it be? They killed people here, quantities of people, children, women, babies!!! Babies!!! do you understand Do you even see what is happening? . And it's a shame to know that you support them, and that we will stop using your products, I just bought a lot of your capsules. Too bad.

1

**From:**      Speaker Requests <speakerrequests@starbucks.com>
**Sent:**      Monday, October 16, 2023 1:57 PM
**To:**        DL-CSS
**Subject:**   FW:  ISRAEL  GAZA WAR

Hello!
Michael Haddad advised that this group could take a look at this. Could someone look at the below email received to
Speaker Requests inbox and handle?

Thank you,
Allison

**From:** Redacted
**Sent:** Saturday, October 14, 2023 11:34 AM
**To:** Speaker Requests <speakerrequests@starbucks.com>
**Subject:** RE: ISRAEL GAZA WAR

Ladies and Gentlemen!

I am a long time customer as well as all my family members but i will be
trashing all my starbucks products and shredding gift cards (don't even deserve
to be given away or re-gifting)

The WAR IN ISREAL IS REAL AND YOU IDIOTS SUPPORT HAMMAS THE TERROR
ORGANIZATION THAT KILLS ALL PEOPLE NOT JUST JEWISH PEOPLE BUT ALL
HUMANS.

YOU SHOULD BE ASHAMED OF YOURSELVES FOR NOT STANDING UP FOR ISRAEL!!!
YOUR EXTREMELY EXPENSIVE COFFEE IS BOUGHT BY JEWISH POPULATION 80%
JEWISH COMMUNITIES SUPPORT YOU IDIOTS FINANCIALLY and YOU HAVE THE
NERVE TO ADVACATE FOR PALISTINE!!!!!

BUT IT'S OK BECAUSE!!!!

I WILL MAKE SURE AND I GUARATEE EVERY SOCIAL MEDIA INCLUDING OTHER
COUNTRIES WILL SEE YOUR POSTS DEFENDING PALESTINE aka HAMMAS

YOU ARE NOT ONLY GOING TO CLOSE YOUR SAN FRANCISCO STORES BECAUSE OF CRIME
that you promote and subsidize
BUT YOU WILL ALSO CLOSE ALL OTHER STORES

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 8:51 AM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!Pro-Hamass palestinian wish to see you in gaza |
| **Attachments:** | star.jpg |

Hi Social Care,

Forwarding the below customer email.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ▌▌▌▌▌▌▌Redacted▌▌▌▌▌▌▌
**Sent:** Friday, October 13, 2023 6:14 AM
**To:** press@starbucks.com
**Subject:** !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!Pro-Hamass palestinian wish to see you in gaza

Some people who received this message don't often get email from ▌Redacted▌   Learn why this is important

**Email Originated Externally**

Pro-Hamass palestinian wish to see you in gaza!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

1



ועד עובדי סטארבקס. צילום: פייסבוק

אוכל / **חדשות האוכל**

# עובדי רשת בתי הקפה המפורסמת: "סולידריות עם פלשתין"

ארגון עובדי סטארבקס ארה"ב, המייצג כ–9,000 אנשים, פרסם פוסט ב–X שמביע סולידריות עם המעשים של חמאס והשתתף בהפגנות פרו-פלשתיניות • פוליטיקאים גינו: "אם אתם

**From:** @Starbucks Press <StarbucksPress@edelman.com>
**Sent:** Monday, October 16, 2023 4:36 PM
**To:** DL-SocialCare
**Cc:** @Starbucks Press
**Subject:** Fw:

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Minami

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** Redacted
**Sent:** Monday, October 16, 2023 1:21 PM
**To:** press@starbucks.com <press@starbucks.com>
**Subject:**

> **Email Originated Externally**

A
 mother whose family was kidnapped to the Gaza
Strip: "I saw Dafna sitting on a mattress and
crying" For over a week Shimain Tzin has been
waiting for answers about her family who were
kidnapped from Nahal Oz to Gaza. Her ex-husband
Noam Eliakim, who injured
 his leg, and their two daughters Dafna and Ella.
"I demand that they contact me, now, and tell me
what's going on," she says. Along with them,
Eliakim's partner and his 17-year-old son, whose
death was reported yesterday, were also
kidnapped. Redacted

**From:** @Starbucks Press <StarbucksPress@edelman.com>
**Sent:** Friday, October 13, 2023 12:22 PM
**To:** DL-SocialCare
**Cc:** StarbucksPress@edelman
**Subject:** FW: [SPAM] to your attention

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** [Redacted]
**Sent:** Friday, October 13, 2023 11:05 AM
**To:** press@starbucks.com; partnerships@starbucks.com
**Subject:** [SPAM] to your attention

**Email Originated Externally**

Hello,
It is being circulated in the media that Starbucks supports Hamas's actions in Israel. It is appalling that a company like yours (who we liked until now) stands by terrorism, the killing of many many innocent lives.

Please issue a statement condemning these acts of terrorism.

[Redacted]
And millions of others whose hearts are broken.

[Redacted] ASLA, PLA
Associate Partner

[Redacted]

[Redacted]

1

Redacted

**From:** @Starbucks Press <StarbucksPress@edelman.com>
**Sent:** Saturday, October 14, 2023 1:55 PM
**To:** DL-SocialCare
**Cc:** @Starbucks Press
**Subject:** FW: 9000 Starbucks employees in favor of Hamas

Hi Social Care,

Please see the below customer comment.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** ▮▮▮▮▮▮▮ Redacted ▮▮▮▮▮▮▮
**Sent:** Saturday, October 14, 2023 10:11 AM
**To:** press@starbucks.com
**Subject:** 9000 Starbucks employees in favor of Hamas

Some people who received this message don't often get email from ▮▮▮ Redacted ▮▮▮   Learn why this is important

**Email Originated Externally**

Good afternoon,

You should not let your employees wear Starbucks tee-shirts when the are in favor of a terrorist country.
No more Starbuck for me and mine.
You should terminate everyone of them for using your companies name for a cause.

Too bad, so sad,

Sent from my T-Mobile 5G Device

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Saturday, October 14, 2023 10:08 AM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: Anti-Israel Union Members |

Hi Social Care,

Please see the below customer comment.


Starbucks Media Relations
Email: press@starbucks.com
Hotline: 206-318-7100



-----Original Message-----
From: ███████████ Redacted ███████████
Sent: Saturday, October 14, 2023 6:36 AM
To: press@starbucks.com
Subject: Anti-Israel Union Members

[Some people who received this message don't often get email from ████ Redacted ████ Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally


It is noted by all customers what your employees think about unprovoked violence against men, women, children and babies who were massacred in Israel. Coffee will taste better elsewhere.

Sent from my iPhone

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Sunday, October 15, 2023 1:24 AM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: App and store |

Hi Social Care,

Please see the below customer comment.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** [Redacted]
**Sent:** Saturday, October 14, 2023 6:15 PM
**To:** press@starbucks.com
**Subject:** App and store

Some people who received this message don't often get email from [Redacted]    Learn why this is important

Email Originated Externally

I uninstalled your app and will never support your business again. You have stood behind genocide.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

1

**From:**            @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**            Sunday, October 15, 2023 1:23 AM
**To:**              DL-SocialCare
**Cc:**              @Starbucks Press
**Subject:**         FW: BOYCOT

Hi Social Care,

Please see the below customer comment.


Starbucks Media Relations
Email: press@starbucks.com
Hotline: 206-318-7100



-----Original Message-----
From: ███████████████ Redacted ███████████████
Sent: Saturday, October 14, 2023 10:02 PM
To: press@starbucks.com
Subject: BOYCOT

[Some people who received this message don't often get email from ███████ Redacted ███████. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally


This was the silver lining we all needed as Americans. I hope your company sinks, and fails. Kiss my ass Starbucks!

Signed-

Millions & millions of Americans

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Saturday, October 14, 2023 6:58 PM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: boycott Starbucks |

Hi Social Care,

Please see the below customer comment.


Starbucks Media Relations
Email: press@starbucks.com
Hotline: 206-318-7100



-----Original Message-----
From: [Redacted]
Sent: Saturday, October 14, 2023 2:06 PM
To: press@starbucks.com
Subject: boycott Starbucks

[Some people who received this message don't often get email from [Redacted] Learn why this is
important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally


With Starbucks employees issuing a statement on pro- palestinean in the aftermath of Hamas brutally murdering 1200
israelis, we will be stopping all our Starbucks purchasing

[Redacted]

| From: | @Starbucks Press <StarbucksPress@edelman.com> |
| Sent: | Sunday, October 15, 2023 1:25 AM |
| To: | DL-SocialCare |
| Cc: | @Starbucks Press |
| Subject: | FW: Boycotting Starbucks |

Hi Social Care,

Please see the below customer comment.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** ███████████ Redacted ███████████
**Sent:** Saturday, October 14, 2023 5:53 PM
**To:** press@starbucks.com
**Subject:** Boycotting Starbucks

> Some people who received this message don't often get email from ███ Redacted ███ . Learn why this is important

**Email Originated Externally**

I will never visit Starbucks again. You are supporting Hamas terrorists. These scum make ISIS look like children

**From:**          @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**          Friday, October 13, 2023 2:00 PM
**To:**            DL-SocialCare
**Cc:**            @Starbucks Press
**Subject:**       FW: Coffee

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

-----Original Message-----
From: ████████ Redacted ████████
Sent: Friday, October 13, 2023 1:59 PM
To: press@starbucks.com
Subject: Coffee

[Some people who received this message don't often get email from ████ Redacted ████ Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally

You stand with Hamas, I buy my coffee elsewhere.  Whatever opinion you espouse you will alienate half or more of your customers.  It amazes me you remain in business.

Sent from my iPhone

**From:**        @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**        Sunday, October 15, 2023 12:16 PM
**To:**          DL-SocialCare
**Cc:**          @Starbucks Press
**Subject:**     FW: Confused & disappointed

Hi Social Care,

Please see the below customer comment.

Starbucks Media Relations
Email: press@starbucks.com
Hotline: 206-318-7100

-----Original Message-----
From: ████████████ Redacted ████████████
Sent: Sunday, October 15, 2023 8:48 AM
To: press@starbucks.com
Subject: Confused & disappointed

[Some people who received this message don't often get email from ████ Redacted ████ Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally

Good day to you.
First off, was surprised you only have an email for press, but not for customers ( only phone number during bankers hours. must be nice only having situations during those hours!). But maybe I didn't search hard enough. My SB app sure didn't help!
I just found out about the pro Hamas position if the SB Union and as a customer who is passionate about your teas and "goodies" and my niece who loves all drinks and goodies Starbucks, I'm not sure that I can continue to support/ being a customer of such a position. I'll need to share this info with my neice and friends. I certainly would like to know the company's official position, I guess.  What happened to businesses doing what they are supposed to do? Keep their noses out of of politics and not expressing opinions.
I look forward to hearing back from you, if possible.
Sincerely, ████ Redacted ████

Sent from my iPhone

**From:** Investor Relations <InvestorRelations@starbucks.com>
**Sent:** Sunday, October 15, 2023 2:59 PM
**To:** DL-CSS
**Subject:** FW: Does Starbucks support Hammas?

**Investor Relations**
**STARBUCKS COFFEE COMPANY**

---

**From:** ████████████ Redacted ████████████
**Sent:** Friday, October 13, 2023 7:05 AM
**To:** Investor Relations <InvestorRelations@starbucks.com>
**Subject:** Does Starbucks support Hammas?

Please respond and address the below



> **Boston Starbucks Workers United**
> @BostonSBWU
>
> We stand in solidarity with the people of Palestine and condemn the IDF
> for senselessly and viciously bombing, murdering, and injuring innocent
> Palestinians, as well as for creating and funding Hamas in the 80s to
> discourage Palestinian solidarity. twitter.com/workersunited/...
>
> Twitter

Sent from my iPhone

1

**From:**        Jacqui Wetherly <jwetherl@starbucks.com>
**Sent:**        Monday, October 16, 2023 3:53 AM
**To:**        Starbucks Executive Support
**Subject:**      FW: Drinking a cup of Starbucks is drinking a cup of Jewish blood



**Jacqui Wetherly | Director of Sustainability**
**Starbucks Coffee Company UK**
Building 4 | Chiswick Park | 566 Chiswick High Road | London | W4 5YE
Mobile : +44 7932 745300

I'm proud to wear the Greener Apron

*Please consider the environment before printing this e-mail*



---

**From:** ▓▓▓▓▓▓ Redacted ▓▓▓▓▓▓
**Sent:** Monday, October 16, 2023 5:51 AM
**To:** Jacqui Wetherly <jwetherl@starbucks.com>; rwilliams@starbucks.com
**Subject:** Fwd: Drinking a cup of Starbucks is drinking a cup of Jewish blood


Date: Mon, 16 Oct 2023 at 7:42
Subject: Drinking a cup of Starbucks is drinking a cup of Jewish blood


https://www.israelnationalnews.com/news/378540?utm_source=email&utm_medium=social&utm_campaign=share
It is with a heavy heart that the Orthodox Jewish Chamber of Commerce, along with our esteemed partners, calls for a widespread boycott of Starbucks. Opinion.

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Saturday, October 14, 2023 10:09 AM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: Equating Israel and Hamas |

Hi Social Care,

Please see the below customer comment.


Starbucks Media Relations
Email: press@starbucks.com
Hotline: 206-318-7100



-----Original Message-----
From: [Redacted]
Sent: Saturday, October 14, 2023 6:46 AM
To: press@starbucks.com
Subject: Equating Israel and Hamas

[Some people who received this message don't often get email from [Redacted]. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally


My extended family and I are longtime fans of the coffees you brew. But all of us have committed to boycotting our local SB stores until you apologize for your egregious statement on the terrorist assault on Israel. Please do this: read that statement, then watch a video of what Hamas did: killing children, killing families, killing hindreds of young people at a peace concert. As barbaric as ISIS and the Nazis. And they killed many non-Israelis. Now read that statement again. I love your products but SB's failure to call out evil-or to just keep its corporate mouth shut, is beyond the pale. Apologize.

Sent from my iPhone

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Thursday, October 12, 2023 2:47 PM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Gaza |

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** <span style="background:black; color:white;">Redacted</span>
**Sent:** Thursday, October 12, 2023 2:35 PM
**To:** press@starbucks.com
**Subject:** Gaza

Email Originated Externally

Will no longer buy starbucks products due to your support of Palestinian terror!!

**From:**      @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**      Friday, October 13, 2023 7:55 PM
**To:**        DL-SocialCare
**Cc:**        @Starbucks Press
**Subject:**   FW: Goodbye, you anti-Semitic bastards!

Hi Social Care,

Please see the below customer note.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** ████████ Redacted ████████
**Sent:** Friday, October 13, 2023 4:29 PM
**To:** press@starbucks.com
**Subject:** Goodbye, you anti-Semitic bastards!

Some people who received this message don't often get email from ██ Redacted ██ . Learn why this is important

Email Originated Externally

After your "X" post in support of baby-beheading, mass-murderous Palestinian terrorists, I and my family will never again set foot in a Starbucks location for any reason. Your post was utterly despicable and disgusting. Goodbye and good riddance.

████ Redacted ████
Oklahoma City OK

**From:**          @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**          Friday, October 13, 2023 1:14 PM
**To:**            DL-SocialCare
**Cc:**            @Starbucks Press
**Subject:**       FW: Hamas is a Terrorist Organization

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** <span style="background:black;color:white">Redacted</span>
**Sent:** Friday, October 13, 2023 1:07 PM
**To:** press@starbucks.com
**Subject:** Hamas is a Terrorist Organization

**Email Originated Externally**

Hello
Starbucks My name is <span style="background:black;color:white">Redacted</span> I'm 36 years old from Carver Minnesota And I heard You Guys Support Hamas Really????
Hamas is a Terrorist Organization that Kills Innocent Israelis and Palestine Ps is a Terrorist State
I will no longer buy at Starbucks Anymore And I Stand with Israel 100%
ILILILILILILILILUMUMUMUMUMUMUMUM
<span style="background:black;color:white">Redacted</span>

Shame on you Starbucks

1

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 11:01 AM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Hamas |

Hi Social Care,

Forwarding the below customer email.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ████████ Redacted ████████
**Sent:** Friday, October 13, 2023 10:55 AM
**To:** press@starbucks.com
**Subject:** Hamas

Some people who received this message don't often get email from ████ Redacted ████. Learn why this is important

**Email Originated Externally**

I have been a loyal customer for years. I go and get coffee and a breakfast sandwich everyday. It saddens me how your company is supporting brutally. No human beings should be treated like the butchery taking place. Hamas are terrorist and treat their own people poorly. I can never go back to your establishment again. I'm so sad.
I have $100 dollars on my gift card that I will not use. Shame on you.
Redacted

1

**From:**        @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**        Monday, October 16, 2023 11:23 AM
**To:**        DL-SocialCare
**Cc:**        @Starbucks Press
**Subject:**    FW: hello

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Richie

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ███ Re ███████████████
**Sent:** Monday, October 16, 2023 10:17 AM
**To:** press@starbucks.com
**Subject:** hello

Some people who received this message don't often get email from ██████ Redacted ██████   Learn why this is important

**Email Originated Externally**

Hello
So I found out that you support the Hamas and the Palestines dutings this war.
It's very nice that you can critisize us and have an opinion on what's going on' while you are far away from here. I wonder how you would feel if people would break into your house in the middle of the night, shoot your children and kidnap your parents.
They came for us, by surprise, attacked innocent people' children, old people, famillys... they shot, raped, attacked amd stole. So you tell me now, your country wouldnt react for something like that? they send rockets every few months, our childern live in fear all the time. what I'm walking on the streets in MY country and I hear arabic I'm scared. So you tell me now why you are supporting them? Wht egypt dosnt  help them? The closed the gate so no one will trasfer!!!!
Please please listen to both sides and do not support terrorism because one day they will spread all over the world.

Thank you
Redact

**From:** @Starbucks Press <StarbucksPress@edelman.com>
**Sent:** Monday, October 16, 2023 1:47 PM
**To:** DL-SocialCare
**Cc:** @Starbucks Press
**Subject:** FW: I am disgusted

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Richie

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ███████ Redacted ███████
**Sent:** Monday, October 16, 2023 12:42 PM
**To:** press@starbucks.com
**Subject:** I am disgusted

Some people who received this message don't often get email from ███ Redacted ███   Learn why this is important

**Email Originated Externally**

How dare Starbucks be sympathetic to a terror organization?
Was your son or daughter murdered?  I didn't think so.
Shame on you!

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Monday, October 16, 2023 2:02 PM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: inquiry |

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Richie

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ███████ Redacted ███████
**Sent:** Monday, October 16, 2023 12:59 PM
**To:** press@starbucks.com
**Subject:** inquiry

Some people who received this message don't often get email from ███ Redacted ███   Learn why this is important

**Email Originated Externally**

I recently saw a screen shot of a group of Starbucks employees supporting the Palestinian fighters that attacked Israel. I'm surprised your company would support any fighting, other than perhaps in imminent defense.

Redacted
Redacted CO

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 12:24 PM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Israel Issue |

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ███████████ Redacted ███████████
**Sent:** Friday, October 13, 2023 11:49 AM
**To:** press@starbucks.com
**Subject:** Israel Issue

<div style="background-color:#fdf0c8">Email Originated Externally</div>

Hello,

It appears that Starbucks employees are supporting Hamas and terrorism.  What is Starbucks doing to address this?  I am deeply offended that Starbucks would support terrorism.



*Please keep in mind that I am frequently out of the office due to the nature of litigation.  If you do not receive a response from me within 24 hours please re-send your email.  For immediate assistance, please contact the office or email my paralegal/office manager,* ██████ Redacted ██████ *Thank you!*

This email and any files transmitted with it are confidential, may be legally privileged and are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately. This message contains confidential and potentially legally privileged information and is intended only for the individual named. If you are not the named addressee you should not review, disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited and may result in legal action against you. U.S. TREASURY CIRCULAR 230 NOTICE: Any tax advice contained in this communication (including any attachments) is/was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding taxes or penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing, or recommending to another party any tax-related matter addressed herein.
BE CONSCIOUS AND THINK GREEN!

**From:**         @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**         Monday, October 16, 2023 8:57 AM
**To:**           DL-SocialCare
**Cc:**           @Starbucks Press
**Subject:**      FW: No longer shopping

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** [Redacted]
**Sent:** Sunday, October 15, 2023 9:16 PM
**To:** press@starbucks.com
**Subject:** No longer shopping

Email Originated Externally

It seems that your employees support the brutal murder and barbaric crimes against jews, therefore, I no longer feel safe using your products.  Saying no to antisemitism.
[Redacted]

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 8:34 AM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Of course in the midst of you supporting terrorists you aren't taking any emails. Really? |

Hi Social Care,

Forwarding the below customer email.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

-----Original Message-----
From: ███████ Redacted ███████
Sent: Thursday, October 12, 2023 8:45 PM
To: press@starbucks.com
Subject: Of course in the midst of you supporting terrorists you aren't taking any emails. Really?

[Some people who received this message don't often get email from ███ Redacted ███. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally

I will never ever set foot in a Starbucks again and I will get a refund for the auto fill that just happened.
From being cop haters and all other kinds of irrational crazy views culminating in support for terrorists.  I can't believe I tolerated you this long.

I will get my refund.
I supported you.
But now we know - you are the enemy.
██ Redacted ██

**From:** @Starbucks Press <StarbucksPress@edelman.com>
**Sent:** Thursday, October 12, 2023 3:35 PM
**To:** DL-SocialCare
**Cc:** StarbucksPress@edelman
**Subject:** FW: Photo from ▮Redacted▮
**Attachments:** IMG-20231012-WA0005.jpg

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ▮Redacted▮
**Sent:** Thursday, October 12, 2023 3:20 PM
**To:** press@starbucks.com
**Subject:** Photo from ▮Redacted▮

**Email Originated Externally**

Is this true?

Thank you.

▮Redacted▮
▮Redacted▮
▮Redacted▮

# Starbucks Workers Union Celebrates Hamas Attacks on Jews

Starbucks Workers United labor union, which represents 9,000 baristas, expressed solidarity with Hamas terrorists and the attacks on Israel.



**By Chuck Ross – Free Beacon.com**

**Right - my fellow Jews - no more @starbucks for us!!! Do not give them a penny of your money!!!!**

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 8:35 AM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Political garbage at Starbucks |

Hi Social Care,

Forwarding the below customer email.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** ███████ Redacted ███████
**Sent:** Thursday, October 12, 2023 10:04 PM
**To:** press@starbucks.com
**Subject:** Political garbage at Starbucks

Some people who received this message don't often get email from ███ Redacted ███. Learn why this is important

**Email Originated Externally**

It had been brought to my attention today and yesterday, that starbucks is standing behind Hamas and opposing Israel. I spend a ton of money there every day.  If THIS is true,  I will never darken your doors again and that makes me very very sad because some of my very favorite people work at the Fairhaven parkway starbucks.
However I absolutely will not patronize ANY company that has such HATEFUL beliefs.

Redacted

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Saturday, October 14, 2023 10:32 AM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: politics |

Hi Social Care,

Please see the below customer comment.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** [Redacted]
**Sent:** Saturday, October 14, 2023 7:31 AM
**To:** press@starbucks.com
**Subject:** politics

معرفة سبب أهمية هذه الملاحظة [Redacted] لا يحصل بعض الأشخاص الذين تلقوا هذه الرسالة غالباً على بريد إلكتروني من

**Email Originated Externally**

This is the first day of my boycott of Starbucks after I saw that you support Israel at the expense of Palestine and that you do not look at both sides in this war, and I do not think it is a war because it is self-defense. Also, why does an international coffee shop interfere in politics? You only have to sell coffee. I have been drinking your coffee for 10 years and I thought I was... I will drink it for the rest of my life, but by doing this, I am announcing my boycott of Starbucks and please do not interfere in politics, and fuck you.

Sincerely.

**From:** @Starbucks Press <StarbucksPress@edelman.com>
**Sent:** Monday, October 16, 2023 8:56 AM
**To:** DL-SocialCare
**Cc:** @Starbucks Press
**Subject:** FW: Promotion of rape & murder

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** Redacted
**Sent:** Friday, October 13, 2023 4:16 PM
**To:** press@starbucks.com
**Subject:** Promotion of rape & murder

Email Originated Externally

Due to the fact that the Starbucks union is siding with Hamas in solidarity, a group that promotes the destruction of Christians and Jewish people thru death, rape, and murder, my husband and I will no longer patronize your business and encourage others to follow suit!

Redacted

**From:**      @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**      Friday, October 13, 2023 7:49 PM
**To:**        DL-SocialCare
**Cc:**        @Starbucks Press
**Subject:**   FW: Recent events

Hi Social Care,

Please see the below customer note.

Starbucks Media Relations
Email: press@starbucks.com
Hotline: 206-318-7100

-----Original Message-----
From: ██████ Redacted ██████
Sent: Friday, October 13, 2023 2:51 PM
To: press@starbucks.com
Subject: Recent events

[Some people who received this message don't often get email from ██████ Redacted ██████ . Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally

Dear Starbucks Company,
I love your coffee- especially the blonde roast- it reliably gives me the jolt i need w a wonderful flavor.
My daughter loves your cold teas.
My favorite drink is the vegan oat milk one in the summer.
And it's with great disappointment that i inform you i will never, ever buy any product from you again. Neither will my family. Nor friends. And when we have our giant office meetings, we will no longer be bringing in your boxes.
Your preference to not speak out against your barista union is unconscionable. Knowing i ingested drinks prepared by baristas without conscience, or morals, who condone-loudly- the killing of innocent civilians because they are Jews, makes me wish i could eliminate every drink from my body.
Just thought you'd like to know.

Sent from my iPhone

**From:** @Starbucks Press <StarbucksPress@edelman.com>
**Sent:** Monday, October 16, 2023 12:19 PM
**To:** DL-SocialCare
**Cc:** @Starbucks Press
**Subject:** FW: Shame

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Richie

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

-----Original Message-----
From: ████████ Redacted ████████
Sent: Monday, October 16, 2023 11:14 AM
To: press@starbucks.com
Subject: Shame

[Some people who received this message don't often get email from ████ Redacted ████. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally

Shame on you supporting Hamas, coffee is about coffee, never going to be your customer again and I have been loyal for years

Sent from my iPhone

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 10:41 AM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Solidarity with Israel |

Hi Social Care,

Forwarding the below customer email.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** [ Redacted ]
**Sent:** Friday, October 13, 2023 10:37 AM
**To:** press@starbucks.com
**Subject:** Solidarity with Israel

Some people who received this message don't often get email from [ Redacted ]. Learn why this is important

**Email Originated Externally**

To whom it may concern,

My name is [ Redacted ], and I am a regular Starbucks customer. Over the past year alone, I estimate my SB purchases at hundreds of dollars.

I am writing to let you know that due to the shameful support of Hamas's monstrous actions by your workers union, and in solidarity with those murdered, mutilated, raped and kidnapped in Israel, I will no longer purchase any products from you. Any company whose management or workforce supports the intentional slaughtering of civilians does not deserve anyone's money. This will stand so long as you stay silent, and others will follow.

I hope you take immediate action to rectify these actions by your union, and will appreciate a response from you.

[ Redacted ]
NJ, USA

1

**From:**          @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**          Saturday, October 14, 2023 6:57 PM
**To:**          DL-SocialCare
**Cc:**          @Starbucks Press
**Subject:**      FW: Standing w Hamas

Hi Social Care,

Please see the below customer comment.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** [Redacted] **On Behalf Of** [Redacte]
**Sent:** Saturday, October 14, 2023 1:39 PM
**To:** press@starbucks.com
**Subject:** Standing w Hamas

Some people who received this message don't often get email from [Redacted]. Learn why this is important

Email Originated Externally

Just so u know   U stand w Hamas I will never set foot in a Starbucks store again



Starbucks Union Championed by Bernie Sanders
and AOC Celebrates Hamas Attacks
freebeacon.com

[Redacte]

[Redacted]

1

Redacted

Sent from my iPhone

**From:**    @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**    Monday, October 16, 2023 5:08 PM
**To:**     DL-SocialCare
**Cc:**     @Starbucks Press
**Subject:**   Fw: Starbucks CEO's response to Israel

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Lauren

**Starbucks Media Relations**

---

**From:** ▮▮▮▮▮▮ Redacted ▮▮▮▮▮▮
**Sent:** Monday, October 16, 2023 2:00 PM
**To:** press@starbucks.com <press@starbucks.com>
**Subject:** Starbucks CEO's response to Israel

[Some people who received this message don't often get email from ▮▮▮ Redacted ▮▮▮. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally

I am saddened and frustrated to report that I will no longer be a Starbucks customer. Upon learning of your company's response to the Israeli crisis these past weeks I have no choice but to stop drinking Starbucks and to advise all my friends and my community to do the same. To support a group of humans who are capable of such atrocities is beyond incomprehensible to me. Children - toddlers and babies included- brutally and senselessly murdered. What kind of people do you hire as managers and employees - people who would condone such horrors and sick actions. Your CEO should be ashamed to not actively speak out to support Israel's ability to defend themselves. Not good!!
▮▮▮ Redacted ▮▮▮

Sent from my iPhone

1

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 8:49 AM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Starbucks employees |

Hi Social Care,

Forwarding the below customer email.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** ████████ Redacted ████████
**Sent:** Friday, October 13, 2023 5:18 AM
**To:** press@starbucks.com
**Subject:** Starbucks employees

Some people who received this message don't often get email from ████ Redacted ████. Learn why this is important

Email Originated Externally

Why are you letting your employees hijack your brand in support of terrorist Hamas?  What is wrong with your business?  Israelis were slaughtered, raped, burnt, taken hostage by sadistic monsters and your employees, your business is showing support?  What is wrong with you?

Disgusting!  If you don't stand up to this, if you don't stand up for Israel, you will never rebound from this.

A customer no more,
█ Redacted █

1

**From:**          @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**          Friday, October 13, 2023 12:23 PM
**To:**            DL-SocialCare
**Cc:**            StarbucksPress@edelman
**Subject:**       FW: Starbucks Press Inquiries

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ████████ Redacted ████████
**Sent:** Friday, October 13, 2023 11:22 AM
**To:** Press <Press@starbucks.com>
**Subject:** Re: Starbucks Press Inquiries

Email Originated Externally

I would add, that I went to a Chik Fil Et once, it was good enough, but that curiosity was done, I won't eat hate, and would never drink anti-semetism.

On Fri, Oct 13, 2023 at 10:01 AM Press <Press@starbucks.com> wrote:

> Thank you for your interest in Starbucks.
>
> The **Starbucks Press mailbox is actively monitored Monday through Friday between the hours of 5am-5pm PT on non-holidays.**
>
> **If your inquiry requires a response after hours or during holidays, please call our media line at 206-318-7100.** Please be sure to leave a message with detailed information about your inquiry and the deadline for response. Otherwise, Starbucks will respond to inquiries on the next business day.
>
> You may also find more information on your inquiry at http://news.starbucks.com or contact any of the following directly:
>
> - Investor Relations: investorrelations@starbucks.com
> - Speaker Requests: speakerrequests@starbucks.com
> - Sponsorships: info@starbucks.com
> - Customer Inquiries: 1-800-23-LATTE or www.starbucks.com/customer
> - Access to multimedia (logo/video/images): http://news.starbucks.com/multimedia
>
> Thank you,

1

*Starbucks Media Relations Team*

**From:**               @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**               Monday, October 16, 2023 11:52  M
**To:**                 DL-SocialCare
**Cc:**                 @Starbucks Press
**Subject:**            F  : Starbucks s ould be as amed o  oursel . Stand  or  ustice and Peace

Hi Social Care,

Please see the below customer email for your review.

Thanks,
  ichie

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

-----Original Message-----
From:                    Redacted
Sent: Monday, October 16, 2023 10:46 AM
To: press@starbucks.com
Cc:                Redacted
Subject: Starbucks should be ashamed of Yourself. Stand for Justice and Peace

[Some people who received this message don't often get email from        Redacted        Learn why this is
important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally

I am a child of a Hollocaust survivor.  My moma is a Hollocaust survivor.  She is still alive and she relives now the horror
of extermination of the Jewish children, girls and civilians. Do you sleep at night?
If you are blind, if you are silent, you become Irrelevant just like the people who transported us to the death
concentration camps.
Where is your heart, your soul and your brain?  It the terrorist win, You are next.  Will you appease them like people
appealed the Nazis to save their own skin? Who will stand with you?
God stands with us, with Israel and with the courageous righteous people.
Should Starbucks become irrelevant?
As Judaism teaches each person is the whole world.  You have become irrelevant to my world.

**From:**          @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**          Monday, October 16, 2023 2:22 PM
**To:**            DL-SocialCare
**Cc:**            @Starbucks Press
**Subject:**       Fw: Starbucks s  ould be as  amed o   oursel . Stand  or  ustice and Peace

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Minami

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ███████ Redacted ███████
**Sent:** Monday, October 16, 2023 11:13 AM
**To:** press@starbucks.com <press@starbucks.com>
**Subject:** Starbucks should be ashamed of Yourself. Stand for Justice and Peace

[Some people who received this message don't often get email from████ Redacted ████ Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally


>
> I am a child of a Hollocaust survivor.  My Mom is a Hollocaust survivor.  She is still alive and she relives now the horror of extermination of the Jewish children, girls and civilians. Do you sleep at night?
> If you are blind, if you are silent, you become Irrelevant just like the people who transported us to the death concentration camps.
> Where is your heart, your soul and your brain?  It the terrorist win, You are next.  Will you appease them like people appealed the Nazis to save their own skin? Who will stand with you?
> God stands with us, with Israel and with the courageous righteous people.
> Should Starbucks become irrelevant?
> As Judaism teaches each person is the whole world.  You have become irreleva

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 8:32 AM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Starbucks support for Hamas terrorists |

Hi Social Care,

Forwarding the below customer email.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ███████ Redacted ███████
**Sent:** Thursday, October 12, 2023 8:30 PM
**To:** press@starbucks.com
**Subject:** Starbucks support for Hamas terrorists

Some people who received this message don't often get email from ███ Redacted ███. Learn why this is important

**Email Originated Externally**

I don't plan to patronize any Starbucks franchises going forward.


-----------------------------------------
███ Redacted ███   PhD

1

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Monday, October 16, 2023 12:22 PM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: Starbucks support for terrorists |

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Richie

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ▮▮▮▮▮▮ Redacted ▮▮▮▮▮▮
**Sent:** Monday, October 16, 2023 11:20 AM
**To:** press@starbucks.com
**Subject:** Starbucks support for terrorists

Some people who received this message don't often get email from ▮ Redacted ▮. Learn why this is important

**Email Originated Externally**

Dear Starbucks Union
We will no longer support Starbucks in any way shape or form as the union has declared support for Terrorists being Hamas.

Howard Shultz should send all the union members to Gaza to open up coffee shops with their brothers and sisters.

You may as well say goodbye to all your Jewish customers for years.

▮ Redacted ▮

1

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | ursday, October 12, 2023 6:    PM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | Fw: Starbucks supportin   massacre o  c  ildren |

Hello Social Care, forwarding the below customer email given sub ect matter.

Thanks,
Lauren

**Starbucks Media Relations**

---

**From:** ██████ Redacted ██████
**Sent:** Thursday, October 12, 2023 3:3   PM
**To:** press@starbucks.com <press@starbucks.com>
**Subject:** Starbucks supporting massacre of children

[Some people who received this message don't often get email from ███ Redacted ███ . Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally

I was shocked to see that Starbucks Union had the audacity to support the burning, slaughtering and abductions of innocent children and women in Israel. I did not expect for your company to have any political stance, as a company that wants to sell coffee to as many people as possible.
You take a lot of pride by showing that you are using fair trade with coffee but by not standing against murder of innocent people, you showed how hypocritical you really are.
I expect your company to publish a statement that is not supporting what your union issued. In the meantime, me and every Israeli will not buy from you. I also promise to do whatever I can to let social media know that you are immoral. With  ero respect

██ Redacted ██
Sent from my iPhone

1

**From:**          @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**          Friday, October 13, 2023 8:01 PM
**To:**            DL-SocialCare
**Cc:**            @Starbucks Press
**Subject:**       F   : Starbucks supports   amas

Hi Social Care,

Please see the below customer note.


Starbucks Media   elations
Email: press@starbucks.com
Hotline: 206-31  -  100



-----Original Message-----
 rom: <span style="background:black;color:white">Redacted</span>
Sent:  riday, October 13, 2023   : 1 PM
To: press@starbucks.com
Sub ect: Starbucks supports Hamas

[Some people who received this message don't often get email from <span style="background:black;color:white">Redacted</span> . Learn why this is
important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally


Starbucks .. u  condone baby killing. Hostage taking, kidnapping .Go to hell.    rop dead .  Nobody I know will ever spend
a dime there again .  Hope u go broke .. u are rotten bastards .   Go to hell .

Sent from my iPhone

1

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Sunday, October 15, 2023 12:16 PM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: STARBUCKS SUPPORTS HAMAS TERRORISTS! |

Hi Social Care,

Please see the below customer comment.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** ████████ Redacted ████████
**Sent:** Sunday, October 15, 2023 8:54 AM
**To:** press@starbucks.com
**Subject:** STARBUCKS SUPPORTS HAMAS TERRORISTS!

Some people who received this message don't often get email from ████ Redacted ████. Learn why this is important

**Email Originated Externally**

Your labor union is supporting Hamas terrorists who murdered over 1,300 people, most of them innocent Israeli Jewish civilians, but also non-Jewish Israelis, foreign workers and visitors to the State.   The anti-Semitism and support of a terrorist group by your employees is outrageous, vile, and reprehensible.   No Jew should patronize Starbucks - not a dime to your rotten company!

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Saturday, October 14, 2023 10:05 AM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: Starbucks Workers United supporting Hamas terrorist attack on Israel |
| **Attachments:** | IMG_0278.jpg; IMG_0277.jpg; IMG_0276.jpg; IMG_0275.jpg; 01beaf07-c05d-45ad-8a41-71798cfc32e3.jpg |

Hi Social Care,

Please see the below customer comment.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** [Redacted]
**Sent:** Friday, October 13, 2023 10:26 PM
**To:** press@starbucks.com
**Subject:** Starbucks Workers United supporting Hamas terrorist attack on Israel

Some people who received this message don't often get email from [Redacted]   Learn why this is important

**Email Originated Externally**

To whom this may concern,

I am writing to you from Israel.
Last Saturday, Hamas performed the most brutal, gruesome, horrific act of terrorism ever performed on humans.

In a surprise attack, on Sukot Holiday morning, the Hamas murdered over 1300 innocent civilians in the homes, many of the children, 40 of them babies!!!
Heads decapitated, entire families burnt alive in their homes.
 About 130 people have been kidnapped and taken hostage: little children, elderly women that are Ill without their medications, and young girls- raped and paraded by the terrorists in the streets of Gaza like trophies, while blood stains the pants from the rapes 😞

We have been made aware the your Workers United published your public support in the terrorist group Hamas.

https://freebeacon.com/democrats/starbucks-union-championed-by-bernie-sanders-and-aoc-celebrates-hamas-attacks/

This is of course against the law, and this is also choosing the wrong side of history.

1

Israelis love Starbucks. Huge fans of the brand all over the world.
We expect you to renounce these statements and stand publicly with Israel.
Israel has a right to defend itself.
Attached are some videos and footages of the attack, alongside the workers public support of Hamas.
We expect you to publicly stand with Israel.

Stand with Us.

Thank youɪʟɪʟɪʟ

https://fb.watch/nFTysPeEzf/?mibextid=cr9u03





איגוד סטארבקס, המייצג 9,000 בריסטות, מצטרף לקבוצות
ליברליות אמריקאיות אחרות המצדדות בפלסטינים. המפלגה
הסוציאליסטית הדמוקרטית של אמריקה, המונה שישה

× **אירוע קשה כעת בכפר עזה.**
**תושבת: מחבלים בתוך הקיבוץ -**
**חדשות רוטר**


ON OCTOBER 7TH, OVER 1500 HAMAS TERRORISTS INFILTRATED ISRAEL MURDERING OVER 900 ISRAELI CIVILIANS, BABIES, CHILDREN, ELDERLY, WOMEN, AND SOLDIERS







" I urge you to look at this picture and recognize that these are real people"

"I am the granddaughter of Yaffa Adar, and I am deeply concerned about her wellbeing.
My grandmother was taken to the Gaza Strip, and she is currently 85 years old. We fear she is likely suffering from severe pain, without access to essential medicine, food or water. She must be terrified and alone.

Unfortunately, we have received very little information, and our knowledge mainly comes from videos that have been circulating online. I urge you to look at this picture and recognize that these are real people -elderly civilians like my grandmother, children, women, and men —all with names and families who love them.

I urge everyone to stay awake at night, to search tirelessly for these missing individuals, and to leave no stone unturned until they are safely returned home."

| | |
|---|---|
| **From:** | In estor  elations <In estor  elations@starbucks.com> |
| **Sent:** | Friday, October 13, 2023 12:5  PM |
| **To:** | DL-CSS |
| **Subject:** | F  : Stocks |

Investor  elations
STA   UC S CO   EE COMPANY

-----Original Message-----
 rom: [Redacted]
Sent:  riday, October 13, 2023  :2  AM
To: Investor  elations <Investor  elations@starbucks.com>
Sub ect:  e: Stocks

I  ust divested another and my final   10,000 of Starbucks stock. This 10,000 was in my kids' accounts so it took longer but I wanted full disclosure. Again,  ust ask for proof in a reply and I will send it so you know this is legitimate.

> On Oct 13, 2023, at 10:12 AM, [Redacted] wrote:
>
> I have  ust this moment divested   10,000 worth of Starbucks stock because your union stands with Hamas. I will not invest in Starbucks because you Stand with Terrorists who murder and rape babies. It goes without saying that I  as well as my extended family and friends  are also boycotting Starbucks as of today, and will instead patroni e   unkin' and Nero. I will send you the proof that I  ust divested if you do not believe me-  ust ask.

1

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 9:56 AM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Support for Murder, Massacre and ISIS - SHAME SHAME SHAME |
| **Attachments:** | Shme on You YOU support ISIS Starbucks.pdf |

Hi Social Care,

Forwarding the below customer email.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ▮▮▮▮▮▮▮▮▮▮ Redacted ▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, October 13, 2023 9:12 AM
**To:** press@starbucks.com; info@starbucks.com; executive@starbucks.com
**Subject:** Fwd: Support for Murder, Massacre and ISIS - SHAME SHAME SHAME

Some people who received this message don't often get email from ▮▮▮ Redacted ▮▮▮. Learn why this is important

**Email Originated Externally**

---------- Forwarded message ---------
מאת:▮▮▮▮▮▮▮▮ Redacted ▮▮▮▮▮▮▮▮
Date: ‏יום ו׳, 13 באוק׳ 2023, 14:50
Subject: Re: Support for Murder, Massacre and ISIS - SHAME SHAME SHAME
To: <kevin.johnson@starbucks.com>

1

בצלמ**ו** זכויות אדם ברוח יהודית
B'Tsalmo Human Rights in the Jewish Spirit

To the  Starbucks
13/10/23
**Re: Support for Murder, Massacre and ISIS**

1.The whole world woke up this week to a morning of horror. A horrifying massacre
of women, old children and infants. Unimaginable war crimes when Hamas terrorists
attacked Southern Israel and murdered 1,200 people, the vast
 majority of them civilinas.

2. In addition, the terrorists kidnapped 200 civilians, including a 85-,year-old lady
women and children including babies.

3.The terrorists murdered captives, sexually abused female hostages and mutilated corpses.

4.The State of Israel experienced all this horror in one single day  .

5 . Why did your   chose to stand by the Nazis who massacred them instead of
standing by Israel?
6. Your silence   or condemnation of both sides constitutes support for the massacre.
Your decision not to call Hamas a terrorist organization and to mention the massacre with quotation marks is support for terrorism and evil in the world
7. History will not forgive you  !

**Shame on you**
Redacted
Redacted

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Monday, October 16, 2023 12:06 PM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: Support for terrorists |
| | |
| **Importance:** | High |

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Richie

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ▮▮▮▮▮▮ Redacted ▮▮▮▮▮▮
**Sent:** Monday, October 16, 2023 11:04 AM
**To:** press@starbucks.com
**Subject:** Support for terrorists
**Importance:** High

> Some people who received this message don't often get email from ▮▮ Redacted ▮▮. Learn why this is important

**Email Originated Externally**

To whom it may concern, I wish to notify you that I will no longer shop at stabucks stores. Although I have always loved your stores and your coffee, your baristas' union has come out in strong support of Hamas, a terrorist porganoisation that murders innocent peole including babies, older people, preganant mothers and children. These is barbaric acts cannot be supported in any way. If your compnat cjhoses to support this lack of humanity and callous murder, I cannot support your company.

Thank you
▮▮ Redacted ▮▮

Confidentiality Notice:  This e-mail message, including any attachments,
is  for the sole use of the intended recipient/s and may contain confidential
and privileged information.  Any unauthorized review, use, disclosure or
distribution is STRICTLY prohibited and may result in the breach of
certain  laws or infringement of rights of third parties.  If you are not the
intended recipient or this information has been inappropriately forwarded
to you, please contact the sender by reply e-mail and destroy all copies of

1

the original message.

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Saturday, October 14, 2023 10:06 AM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: supporting terrorists |

Hi Social Care,

Please see the below customer comment.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** <span style="background:black;color:white">Redacted</span>
**Sent:** Saturday, October 14, 2023 3:54 AM
**To:** press@starbucks.com
**Subject:** Re: supporting terrorists

Some people who received this message don't often get email from <span style="background:black;color:white">Redacted</span>   Learn why this is important

**Email Originated Externally**

You are a bunch of hypocrites!
How the hell does the slogan "putting people first" and your concern about communities tranlate into supporting Hammas?

Does beheading infants, raping women and taking old people hostage seem to you like a great idea that's worth supporting?

You are full of shit - nothing but green wash, people concern wash and bad tasting coffee.

I don't want to wish you and your employees a taste of what the people in Israel are going through right now, because the fear and the heartbreak are unbearable. But I seriously hope that your corporation will suffer financially for supporting Hammas.

<span style="background:black;color:white">Redacted</span>

1

**From:**            @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**            Monday, October 16, 2023 10:30 AM
**To:**              DL-SocialCare
**Cc:**              @Starbucks Press
**Subject:**         FW: terrorists

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ▮▮▮▮▮▮ Redacted ▮▮▮▮▮▮
**Sent:** Monday, October 16, 2023 9:47 AM
**To:** press@starbucks.com
**Subject:** terrorists

Email Originated Externally

starbucks coffee tastes like blood
starbucks spread lies about the truth
blood of killed,tortured kidnapped innocent pieceful israelis
barbaric hamas and other criminal islamists want to destroy israel out of hatred
and starbuck company supports TERRORISTS AND MURDERERS
GOD will condemn and destroy you,like GOD destroyed hitler
shame on you


Redact

**From:**               @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**               Friday, October 13, 2023   :  8 PM
**To:**                 DL-SocialCare
**Cc:**                 @Starbucks Press
**Subject:**            F   :   pdate

Hi Social Care,

Please see the below customer note.

**Starbucks Media Relations**

-----Original Message-----
 rom:             █████ Redacted █████
Sent:   riday, October 13, 2023 3:2   PM
To: press@starbucks.com
Sub ect: Update

[Some people who received this message don't often get email from ████ Redacted ████. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally

Hey there  ust letting you know I have been a loyal customer for 20 years and have probably spent tens of thousands of dollars with a Starbucks corporation or possibly into the six digits.  I saw the vile, cowardly Starbucks workers union, who actively supported terrorism where innocent women, children and babies were slaughtered.  I think that's not a great look for the corporation and it's not something I can do business with going forward, so as of now, I and everyone who will listen to me, is stopping patroni ing all Starbucks because of this vile disgustingness.  Your move. I hope you en oy the massive anti-Starbucks movement that I'm hoping to generate.
Sincerely,
█ Red █

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 9:57 AM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Voicemail from Redacted, English, PartnerOperator |
| **Attachments:** | Voicemail_from_Redacted |

Hi Social Care,

Forwarding the below customer VM.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** noreply@cct.starbucks.com <noreply@cct.starbucks.com>
**Sent:** Friday, October 13, 2023 9:33 AM
**To:** press@starbucks.com
**Subject:** Voicemail from Redacted, English, PartnerOperator

Email Originated Externally



# Connect Desktop Voicemail

To inspire and nurture the human spirit - one person, one cup and one neighborhood at a time.

Hi, Starbucks Media Relations!

You have a new voicemail from Redacted.

Your voicemail is attached. If you have issues accessing the voicemail, please open a ticket with the Starbucks Service Desk at 888-728-9411, option 2.

**Additional Attributes:**

| | |
|---|---|
| Caller ID | Redacted |
| ContactID | c4066ce5-bbeb-4ad6-b802-959da2959269 |
| Dialed # | +12063187100 |

| | |
|---|---|
| Language | English |
| Method | IN  O  ND |
| Partner | PA  TNE   ANI API FAILED |
| Partner First Name | PA  TNE   ANI API FAILED |
| Partner Job Name | PA  TNE   ANI API FAILED |
| Partner Last Name | PA  TNE   ANI API FAILED |
| ueue | Media  elations  PartnerOperator  ENG |
| Ticket or Case | New |

**Tr n cr  t on**:

Hi.   m my name is █Red█. I live in the      . I am calling because I've been for many, many, many years, probably over a decade of an incredibly loyal customer of Starbucks, wherever I am in the world, whatever I am doing every single morning, I go and get my Starbucks coffee and I have been incredibly disappointed by the media coverage surrounding your stand or at least the stand of the Starbucks   nion related to the Hamas attacks. And what I've seen is that you stand with Hamas or you, that's what the media coverage says. And I haven't seen a strong statement denying that I'm really upset. I want to know from someone within your company, what the stand is and when you guys plan on actually releasing information to let people know, I wanna call back and my      number, my number in the      is █Reda█ ████Redacted████ .

  egards,

The Contact Center Technology Telephony Team

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 7:48 PM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: you supporting Hammas hamas terrorist attack |

Hi Social Care,

Please see the below customer note.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** [ Redacted ]
**Sent:** Friday, October 13, 2023 2:28 PM
**To:** press@starbucks.com
**Subject:** you supporting Hammas hamas terrorist attack

Some people who received this message don't often get email from [ Redacted ]. Learn why this is important

**Email Originated Externally**

I am jewish from israel I spend hundreds of dollars in starbucks in new york city and all over the states .. you support palestine and Hammas who rap our women and killed our babys then cut their heads I hope every women in head quarters in starbucks get rap and all the men who support them get the worst death from God . you will pay you peace of shits . I will never buy coffee at starbucks ever again I swear , you are the same killers .

**From:**                      Redacted
**Sent:**                      Friday, October 13, 2023  :12  M
**To:**                        Press  In o  Starbucks E  ecuti  e Support
**Subject:**                   Fwd: Support  or Murder, Massacre and ISIS - S    ME S    ME S    ME
**Attachment :**               S  me on  ou  O   support ISIS Starbucks.pd


----------  orwarded message ---------
:                      Redacted
 ate: 1  :  0 ,2023        13 ,
Sub ect:   e: Support for Murder, Massacre and ISIS - SHAME SHAME SHAME
To: <[kevin. ohnson@starbucks.com](mailto:kevin.ohnson@starbucks.com)>

1

**From:** Redacted
**Sent:** ednesday, October 11, 2023  :53 PM
**To:** Starbucks E ecuti e Support
**Subject:** Palestine

I ust heard a news message that Starbucks is aligning themselves with Palestine against Israel after the brutal death of many Israelis by Hamas I'm hoping this is not true. What say you

| | |
|---|---|
| **From:** | Redacted |
| **Sent:** | ursday, October 12, 2023 5:56 M |
| **To:** | Press EME P O en uiries Marketin In o Starbucks E ecuti e Support ac ui et erly rwilliams@starbucks.com cul er@starbucks.com ke in.o nson@starbucks.com |
| **Cc:** | Redacted |
| **Subject:** | E: S PPO FO M S |

Hello,

My name is Redacted and I have been a die hard customer of Starbucks for probably the last 1 years. No matter where I am in the world, if possible I get to a Starbucks every single day to get my daily dosage of your coffee. My friends and family all know this and I often get to know all the employees at the local stores. I have always been incredibly loyal to your brand. My Starbucks account is linked to the email I'm using above, so you can check my purchases for yourself. However, I have in the last few days noticed media coverage detailing your support of Hamas!!! I have seen signs showing your solidarity with Hamas which is currently obviously known to be a terrorist group that has butchered, burned, raped and mutilated over a thousand Israelis in the last few days. They have placed their own civilians in harms way and could care less if Palestinians die for the cause.

If you are indeed in support of these savage and inhumane animals, please let me know so. If that is the case, it will be the last time I purchase anything in any of your shops. I will also go on a cra y online marketing hunt to destroy your brand. ews have supported your brand over the last few decades, especially in highly ewish dominated cities such as New York City and Los Angeles. If you care to not see these area plummet in sales, I highly recommend you declare your support for the innocent people in Israel who are being terrori ed by the Hamas TE O ISTS.

I look forward to hearing back immediately and finding out your stance. Please feel free to call me at Redacted .

egards,
Redacted

1

# EXHIBIT 9



**David Weingot** • 3rd+                                      + **Follow**   •••
Adventure-loving, impact-driven connector, prioritizing fa...
20h • Edited • 🌐

**Dunkin'** , you have my heart...and **Rivka Weingot**s. Rivka always preffered Dunkin anyhow.

If we don't see an official retraction, apology, and official statement against the Gazan Hamas grotesque bloodbath from **Starbucks Starbucks Alumni Community** starbucks workers union, by COB Thursday, Oct 12, 2023 - we will be blocking charges on our corporate Amex cards, company wide. No starbucks products to be purchased with corporate funds.

after all, bloody coffee doesn't taste good.





October 11, 2023 – 26 Tishri 5784

## Starbucks Workers Union Celebrates Hamas Attacks on Jews

Photo: Facebook

Starbucks Workers United labor union, which represents 9,000 baristas, expressed solidarity with Hamas terrorists and the attacks on Israel. **Full Story**

23 Comments  💬

Reply

👍❤️💗 172                                   44 comments • 17 reposts



Menachem Weiss • 3rd+

Executive Director-Assistant General Counsel at J.P. M...

3h • 🌐

+ Follow   •••

Small steps decent people can take to oppose terrorism and its supporters include cutting out Starbucks from your routine. Plenty of other good coffee out there and know with the change you will no longer be supporting terrorist sympathizers.



David Weingot • 3rd+

Adventure-loving, impact-driven connector, prioritizing fa...

20h • Edited • 🌐

+ Follow

**Dunkin'** , you have my heart...and **Rivka Weingot**s. Rivka always preffered Dunkin anyhow.

...see more





October 11, 2023 – 26 Tishri 5784

**Starbucks Workers Union Celebrates Hamas Attacks on Jews**



**Denise LaFronz** • 3rd+

Executive Assistant

6h • 🌐

This is why I have always been and will always be a Dunkin girl.



**David Weingot** • 3rd+

Adventure-loving, impact-driven connector, prioritizing fa...

20h • Edited • 🌐

**+ Follow**

**Dunkin'** , you have my heart...and **Rivka Weingot**s. Rivka always preffered Dunkin anyhow.

...see more





October 11, 2023 – 26 Tishri 5784

**Starbucks Workers Union Celebrates Hamas Attacks on Jews**



Hyam Singer • 3rd+

+ Follow   •••

Creative, results-oriented leader of technology organi...

8h • 🌐

I personally never liked Starbucks coffee anyway but I now vow to never, ever step foot in one of their stores again.

Here's a link to the story for those interested:
https://lnkd.in/eNwg-9ah



David Weingot • 3rd+

+ Follow

Adventure-loving, impact-driven connector, prioritizing fa...

20h • Edited • 🌐

Dunkin' , you have my heart...and Rivka Weingots. Rivka always preffered Dunkin anyhow.

...see more



October 11, 2023 – 26 Tishri 5784

**Starbucks Workers Union Celebrates Hamas Attacks on Jews**



**Eliezer Levine** • 3rd+                                          + Follow    •••
--
12h • 🌐

I always prefered **Dunkin'**. I always thought starbucks was to expensive but still
would get a coffee once in a while. **Starbucks** will never see my business again
and I'll spread the word to my friends who do like Starbucks. We demand an
open apology and a statement that you condemn the actions of Hamas and
Palestine.



**David Weingot** • 3rd+                                          + Follow
Adventure-loving, impact-driven connector, prioritizing fa...
20h • Edited • 🌐

**Dunkin'** , you have my heart...and **Rivka Weingot**s. Rivka always preffered
Dunkin anyhow.

...see more



October 11, 2023 – 26 Tishri 5784

## Starbucks Workers Union Celebrates Hamas Attacks on Jews



PARTNERS BECOMING PARTNERS



Charles Givre • 2nd

Experienced cyber security data scientist and data eng...

12h • 🌐

**+ Follow** • • •

Why I drink tea.



David Weingot • 3rd+

Adventure-loving, impact-driven connector, prioritizing fa...

20h • Edited • 🌐

**+ Follow**

**Dunkin'** , you have my heart...and **Rivka Weingot**s. Rivka always preffered Dunkin anyhow.

...see more



October 11, 2023 – 26 Tishri 5784

**Starbucks Workers Union Celebrates Hamas Attacks on Jews**



 **Noah Levin** • 3rd+         **+ Follow**   • • •
Helping People Self Actualize @ MEOR, ex-CMO, Strat...
12h • 🌐

Time to **#boycottstarbucks** ?

 **David Weingot** • 3rd+         **+ Follow**
Adventure-loving, impact-driven connector, prioritizing fa...
20h • Edited • 🌐

**Dunkin'** , you have my heart...and **Rivka Weingot**s. Rivka always preffered Dunkin anyhow.

...see more





October 11, 2023 – 26 Tishri 5784

**Starbucks Workers Union Celebrates Hamas Attacks on Jews**



**Rivka Weingot** • 3rd+                                    **+ Follow** •••
Providing resources to "drive your day" forward with i...
13h • 🌐

dunkin tastes better anyway! **Starbucks** do better!



**David Weingot** • 3rd+                                    **+ Follow**
Adventure-loving, impact-driven connector, prioritizing fa...
20h • Edited • 🌐

**Dunkin'** , you have my heart...and **Rivka Weingot**s. Rivka always preffered Dunkin anyhow.

...see more





October 11, 2023 – 26 Tishri 5784

**Starbucks Workers Union Celebrates Hamas Attacks on Jews**



**Mark Harrison, CPA, ABV, CFF, Esq. (Retired)** • 3rd+

Entrepreneur and Investor at Self Employed

14h • 🌐

**+ Follow**   • • •

Starbucks

After the horrifying terrorist attack in Israel committed by Hamas which left nearly 1,000 Israelis dead and thousands wounded, a worker's union for Starbucks – known as Starbucks Workers United – shared their support for Palestine (which is backed by Hamas). Senator Rick Scott (R-FL) has called for a boycott of the store until the corporation denounces the terrorist organization.

Boycott Starbucks and sell their stock. This is not a time for silence!

👍 9

Reactions



👍 Like       💬 Comment       🔁 Repost       ✈ Send

Add a comment...                          😊   🖼

Carmit Shpaton Sal...   + Follow
Sales and Operation Director | Skilled Runner of Marathons...
1d · 🌐

Starbucks celebrates Hamas murdurers.
1200 people were brutally slaughtered, and Starbucks' employees celebrate that.
WILL YOU STAY SILENT?
WILL YOU BUY Starbucks?

Support Israel
Speak out loudly against Hamas terror
Stopped buying Starbucks

#supportIsrael
#starbucks





Chuck Ross
October 9, 2023



**Eli Miron** • 3rd+
+ Follow   •••
Knowledge Management Expert. Lecturer at BGU
1d • Edited • 🌐

I have been shocked to discover that Starbucks workers endorse Hamas atrocities. This is so far-fetched that I checked this message and found it in many other places.
I will not enter any Starbucks branch again.

**AOC-Backed Starbucks Union Cheers for Hamas Terror Attacks**
townhall.com • 4 min read

👍 4                                                    3 comments • 5 reposts

Reactions

👍 Like       💬 Comment       🔁 Repost       ➤ Send

Add a comment...

Most relevant ▾

**Eli Miron**  Author                                   1d •••
Knowledge Management Expert. Lecturer at BGU
This is the NY TImes report on the atrocities:
https://www.nytimes.com/2023/10/10/world/middleeast/israel-gaza-war-hamas-deaths-killings.html
Like • 👍 1  |  Reply

**Boris Cherevatsky** • 3rd+                            20h •••
Machine Learning Research Lead at Apple
This is just unbelievable!



Mesh & Networks +

Let's connect to our inner Divine light & energy! Author, S...

12h · 🌐

**Starbucks**

**#Hamas** = **#ISIS** = **#NaziGermany**



**Nate Aufrichtig** · 3rd+

Healthcare Compliance Professional

13h · 🌐

🍵 NOT **Starbucks**

The boycott is real.



 2

Reactions

 

Israel Business Network | HighTech - New Startups |...
Carmit Shpalter • 3rd+
1d • 🌐

Join

Starbucks celebrates Hamas murdurers.
1200 people were brutally slaughtered, and Starbucks' employees celebrate that.
WILL YOU STAY SILENT?
WILL YOU BUY Starbucks?

Support Israel
Speak out loudly against Hamas terror
Stopped buying Starbucks

#supportIsrael
#starbucks



# Starbucks Union Championed by Bernie Sanders and AOC Celebrates Hamas Attacks

'Freeing Palestine was never going to be flowers and baby animals'



Chuck Ross
October 9, 2023

Moshe Moskowitz • 3rd
Trying to do my best to serve G-d. Building healthier lives, one class at a tim...
1d • 🌐

Again it is also important to know who is against Israel and who doesn't need our business



**Starbucks Union Championed by Bernie Sanders and AOC Celebrates Hamas Attacks**

freebeacon.com • 3 min read

 8                                          3 comments • 2 reposts

Reactions

       

 ▾          👍 Like           Comment          ↱ Repost

   Comment as Starbucks...                    ☺ 

Most relevant ▾

   **Faye Gelb, B.A., LL.B • 3rd+**                              1d •••
Lawyer | Legal Strategist | Side hustle: Podcast to empower your legal career

**Starbucks** is this your stance on Israel?

Like · 🔵 1 | Reply

 **Nathan Katzenstein, Masters Cybersecurit...** • 3rd+    **+ Follow**   •••
| Problem Solver | Analytical Thinker | Team Leader | 20+ ye...
8h • 🌐

Starbucks Shame on you. No more Starbucks for me. There are no "2 sides" to this situation.

You are either against evil, or you are evil.

#hamasIsISIS #StandWithIsrael



**AOC-Backed Starbucks Union Cheers for Hamas Terror Attacks**
townhall.com • 4 min read

 1                                                                    3 reposts

VP at Kingsmen International Group
1h · 🌐

never again walking into Starbucks
no more coffee from Starbucks
I will not support Hamas 😔



1 repost



New York Plaintiff's Personal Injury Lawyer @ Zelenetsky ...

3h · 🌐

This is appalling! In response to Starbucks siding with and supporting the terrorist organization Hamas as well as all of the war crimes, murder, and torture of Israelis, I hope we all BOYCOTT STARBUCKS and drive them out of business here. Coffee should not equal terrorism, murder, torture, and genocide. There is no place for such people or such businesses that support them in our country.



**BUSINESS**

## Starbucks workers union voices 'solidarity with Palestine' after Hamas attack

By Shannon Thaler

Published Oct. 12, 2023, 4:55 p.m. ET



🔥 11                                    2 comments · 1 repost



**Liza Moats** · 3rd+



BalmZ Consulting (M/W/SDVOSB)

4h · Edited · 🌐

A real eye opener for all Starbucks fans. Starbucks workers union voices 'solidarity with Palestine' after Hamas attack.

https://lnkd.in/eU7aqqQP

  Like    💬 Comment     Repost    ✈ Send

Be the first to react



**Tim Horrell** • 3rd+
Superintendent at Skanska/ Author
9h • 🌐

+ Follow   •••

The Starbucks employee union has now issued a statement of support for Hamas. Based on the brutality of the attacks by this terrorist organization I suggest we all stop buying coffee from Starbucks. Killing innocent women, children, elderly is an act of cowardice. The brutal atrocities do not deserve any support. It is time for all civilized peoples to denounce without shame this terrorist organization.



👍 1



**Yossi Ofek** · 3rd+
CEO at Matics
9h · 🌐

**+ Follow**

Will never step into a Starbucks again!



**Starbucks Union Backed By Prominent Dems Claims 'Solidarity With Palestine' After Hamas Terror Attack | The Daily Wire**

dailywire.com · 3 min read

Performance Marketing Expert, B2B Growth Expert, Freel...
4h • Edited • 🌐

Are you in the US and in the mood for coffee? Avoid Starbucks!
It seems that the Starbucks Workers Union not only declared their support but
also CELEBRATED the Hamas-ISIS massacre as a heroic act of resistance!

How can anyone feel safe eating there now, knowing that the baristas support an
ISIS-like organization?! Would you go there knowing that they support the
Taliban?

Shame on you, Starbucks! I don't care if the management condemns the
statement. We won't touch your coffee or your food as long as the union doesn't
release an apology statement and ALL the workers who expressed support are let
go!

Please share this story widely so everyone knows to stay away from Starbucks!

#gaza #israel #hamasisis #istandwithisrael #amisraelchai

# Starbucks Workers Union Celebrates Hamas Attacks on Jews

Starbucks Workers United labor union,
which represents 9,000 baristas,
expressed solidarity with Hamas
terrorists and the attacks on Israel.

October 11, 2023 –
26 Tishri 5784







**amir yaffe** · 3rd+

Senior Backend developer at Rapid7

6h · 🌐

Are you still gonna grab a cup of coffee after this horrific act? Boycott Starbucks!! Starbucks shame on you!!









**Starbucks workers union voices 'solidarity with Palestine' after Hamas attack**

nypost.com · 3 min read

 4

1 comment



**Nufar Kirmati • 3rd+**
Head of Marketing @ Galimark | B2B Technology Marketing
5h • Edited • 🌐

And the real problem we have is that Starbucks like many others think it is an Israeli problem, by the time the world will understand what Hamas is- a world problem, an ISIS terror organization with a mission to destory the world, it will be too late.....

#hamasisisis
#wakeupworld

---



**Lidor Sweary • 3rd+**
Experienced Marketer, Creative Thinker, Quick Planner, Responsible Doer
6h • 🌐

Starbucks what's new on your menu? Rapeuccino? Massacre-macchiato? Slathered latte?
Shame on you! You have 9000 workers who are potential terrorists, and billions of customers as potential victims.



**Starbucks workers union voices 'solidarity with Palestine' after Hamas attack**
nypost.com • 3 min read



**Yehuda Strauss** · 3rd+

Senior Account Executive and Sales Trainer at PeerSpot

3h · Edited · 🌐

Anti Semitism at it's finest. Us Jews and Israelis aren't going anywhere. My Starbucks app on the other hand.....

Their coffee sucks anyways









**Starbucks workers union voices 'solidarity with Palestine' after Hamas attack**

nypost.com · 3 min read

 8                                                  4 comments · 1 repost

**Fabienne Levy**
Fabienne Levy
23m · 🌐

Shame on you **Starbucks** ! Anyone is free to think but as a public enterprise to celebrate Hamas attacks is below everything!





**Zeev Starik · SHL**
Getting the sight beyond sight @ ilyon - SQL | Python | Visualization | BI | D...
8h · 🌐

I'll never step into Starbucks ever again.

Too bad I didn't know earlier that the money I had spent over the years to have my favorite cup of coffee would be used to support those whose stated doctorine is the annihilation of the Jewish people and our allies.

Over 1,300 men, women and children were slaughtered regardless of their religious beliefs or the passport they held, by the satanic actions taken by the people you fully support.

My money will not be used to support slaughtering, raping, burning people alive and decapitating babies.

Shame on you **Starbucks**!

#StandWithIsrael
#HamasIsISiS

---

**Michel Bodenheimer** · 3rd+
Business Development, Marketing & Sales | B.Sc.
1d · 🌐

Starbucks Union supports Hamas and "Solidarity with Palestine!" after Hamas terrorists massacred more than 1,300 Israelis.
Don't give Starbucks your money.
The best thing about Starbucks anyway, was the free WiFi.
#Starbucks
https://lnkd.in/dgspgcBG



Marcom Specialist at Isotopia Molecular Imaging ltd
3h • Edited • 🌐

**Starbucks** supports Hamas.
#hamasisisis
Do your math!

# Starbucks Workers Union Celebrates Hamas Attacks on Jews

Starbucks Workers United labor union, which represents 9,000 baristas, expressed solidarity with Hamas terrorists and the attacks on Israel.

October 11, 2023 –
26 Tishri 5784

   



👍 1

1 comment • 2 reposts

 Mariah Naomi Pershman
Treasury and Finance Professional.
13h • 🌐

**Starbucks**

*Drinking a cup of Starbucks is drinking a cup of Jewish blood*
It is with a heavy heart that the Orthodox Jewish Chamber of Commerce, along
with our esteemed partners, calls for a widespread boycott of Starbucks. Opinion.



Drinking a cup of Starbucks is drinking a cup of Jewish blood
www.israelnationalnews.com • 3 min read



**Leah Balkany** · 3rd+

Real Estate Developer at Citi Builders NY LLC | Licensed Real Estate Broker

22h · Edited · 🌐

· · ·

*BOYCOTT!*

These are the stores who support Gaza and terror:

Starbucks

Sephora

Lush

Hugo boss

Turkish airlines

gela

Charlotte tilbury

Huda beauty

Shein

*PLEASE SHARE! *

 132

57 comments · 36 reposts



Unsist
18h • Edited • 🌐

**Starbucks** Stop employing terror supporters immediately!

There are much better coffees! Don't spend your money at **Starbucks**!



**Michel Bodenheimer** • 3rd+
Business Development, Marketing & Sales | B.Sc.
3d • 🌐

Starbucks Union supports Hamas and "Solidarity with Palestine!" after Hamas terrorists massacred more than 1,300 Israelis.
Don't give Starbucks your money.
The best thing about Starbucks anyway, was the free WiFi.
**#Starbucks**
**https://lnkd.in/dgspgcBG**

👍2

| 7x mother | exploring the obvious invisible of life|
17h • Edited • 🌐

Boycott **Starbucks** !

If you drink at Starbucks

you drink hate,

you fund hate,

You give legitimacy to hate,

You talk to haters (the union represents over 9,000 employees),











👍❤️😮 28          14 comments • 7 reposts