IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| STARBUCKS CORPORATION, | Case No. 3:23-cv-00068 |
| Plaintiff, | NOTICE OF APPEARANCE |
| v | |
| SERVICE EMPLOYEES INTERNATIONAL UNION d/b/a WORKERS UNITED, d/b/a STARBUCKS WORKERS UNITED, and IOWA CITY STARBUCKS WORKERS UNITED, | |
| Defendants. | |

Attorney Nathan Willems hereby enters his appearance on behalf of Service Employees International Union. This appearance of counsel does not establish consent to the Court's exercise of personal jurisdiction over this defendant or waive any defense or objection

/s/ Nathan Willems

NATHAN WILLEMS, AT0009260
RUSH & NICHOLSON, P.L.C.
115 First Avenue SE, Suite 201
P.O. Box 637
Cedar Rapids, IA 52406-0637
Telephone (319) 363-5209
Facsimile (319) 363-6664
nate@rushnicholson.com
ATTORNEYS FOR DEFENDANT
SERVICE EMPLOYEES
INTERNATIONAL UNION

| Copy to:<br><br>R. Scott Johnson<br>rsjohnson@fredlaw.com | CERTIFICATE OF SERVICE<br><br>I certify that this document was served upon all parties to this case by delivering it to the attorney(s) of record at their addresses as shown by the pleadings on Oct. 27, 2023, by:<br><br>☐ U.S. Mail ☐ FAX<br>☐ Hand delivered ☐ Overnight courier<br>☐ Certified mail ☒ Other (Email)<br><br>Signature: _Linda J. Dean_ |
|---|---|