# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| STARBUCKS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION d/b/a WORKERS UNITED, d/b/a STARBUCKS WORKERS UNITED, and IOWA CITY STARBUCKS WORKERS UNITED,<br><br>    Defendants. | Case No. 3:23-cv-00068-SHL-SBJ<br><br><br><br>**NOTICE OF APPEARANCE OF JEFFREY D. HARTY** |

Notice is hereby given that Jeffrey D. Harty of Nyemaster Goode, P.C. enters his appearance on behalf of Plaintiff, Starbucks Corporation.

Jeffrey D. Harty may receive all communications from the Court and from other parties at Nyemaster Goode, P.C., 700 Walnut Street, Suite 1600, Des Moines, IA 50309; telephone (515) 283-3100; facsimile (515) 283-3108; email jharty@nyemaster.com.

Dated:  November 9, 2023                Respectfully submitted,

/s/ *Jeffrey D. Harty*
Jeffrey D. Harty
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-3108
Email: jharty@nyemaster.com

**ATTORNEY FOR PLAINTIFF**
**STARBUCKS CORPORATION**