IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| STARBUCKS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION d/b/a WORKERS UNITED, d/b/a STARBUCKS WORKERS UNITED, and IOWA CITY STARBUCKS WORKERS UNITED,<br><br>    Defendants. | Civil Action No. 3:23-cv-00068-SHL-SBJ<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF STARBUCKS CORPORATION** |

COMES NOW attorney R. Scott Johnson of Fredrikson & Byron, P.A., and moves to withdraw as counsel for the Plaintiff, Starbucks Corporation, in the above-captioned matter, and in support thereof states as follows:

The undersigned attorney will no longer be appearing for Plaintiff, Starbucks Corporation, in this matter as counsel has become aware of a conflict for which a waiver will not be provided by Starbucks. As this Court is aware, an unwaived conflict requires counsel to withdraw from representation. See Iowa R. Prof'l Conduct 32:1.7(a).

1. The Plaintiff, Starbucks Corporation, has retained substitute counsel and is being represented by Jeffrey D. Harty, who has filed his Notice of Appearance (Dkt. No. 8).

2. No prejudice will result to the Plaintiff, Starbucks Corporation, by granting this Motion to Withdraw.

1

WHEREFORE, the undersigned attorney, R. Scott Johnson of Fredrikson & Byron, P.A. respectfully requests that the Court grant leave for him to withdraw from representation of Plaintiff, Starbucks Corporation, in this matter.

Dated: November 9, 2023

OF COUNSEL:

Peter M. Brody (*pro hac vice* forthcoming)
Douglas H. Hallward-Driemeier
(*pro hac vice* forthcoming)
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
Peter.Brody@ropesgray.com
Douglas.Hallward-Driemeier@ropesgray.com

Rocky C. Tsai (*pro hac vice* forthcoming)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Fax: (415) 315-6350
Rocky.Tsai@ropesgray.com

S. Lara Ameri (*pro hac vice* forthcoming)
**ROPES & GRAY LLP**
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 235-7500
Lara.Ameri@ropesgray.com

Meredith Foor (*pro hac vice* forthcoming)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090
Meredith.Foor@ropesgray.com

Respectfully submitted,

/s/ *R. Scott Johnson*
*R. Scott Johnson*

R. Scott Johnson
Fredrikson & Byron, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA 50309
(515) 242-8900
rsjohnson@fredlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically notify all counsel of record.

Dated:  November 9, 2023                    /s/ *Erica Palmer*