IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| STARBUCKS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION d/b/a WORKERS UNITED, d/b/a STARBUCKS WORKERS UNITED, and IOWA CITY STARBUCKS WORKERS UNITED,<br><br>    Defendants. | Case No. 3:23-cv-00068-SHL-SBJ<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE / STATEMENT OF INTEREST** |

Pursuant to LR 7.1 and LR 81.c, d, and e, Plaintiff Starbucks Corporation ("Plaintiff") provides the following information to the Court:

(a)     The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Plaintiff's outcome in the case:

**Attachment A lists the entities that are either related to Starbucks Corporation as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in Starbucks Corporation's outcome of the case.**

(b)     With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

**The entities listed in Attachment A may have suffered a financial impact as a result of Defendants' conduct, and therefore have an interest in the outcome of this litigation.**

Dated:  November 9, 2023                    Respectfully submitted,

*/s/ Jeffrey D. Harty*
Jeffrey D. Harty
Lynn C. Herndon
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Tel: (515) 283-3100
Fax: (515) 283-3108
Email: jharty@nyemaster.com
Email: lherndon@nyemaster.com

**ATTORNEYS FOR PLAINTIFF
STARBUCKS CORPORATION**

OF COUNSEL:

Peter M. Brody (*pro hac vice* forthcoming)
Douglas H. Hallward-Driemeier
(*pro hac vice* forthcoming)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
Peter.Brody@ropesgray.com
Douglas.Hallward-Driemeier@ropesgray.com

Rocky C. Tsai (*pro hac vice* forthcoming)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Fax: (415) 315-6350
Rocky.Tsai@ropesgray.com

S. Lara Ameri (*pro hac vice* forthcoming)
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 235-7500
Lara.Ameri@ropesgray.com

Meredith Foor (*pro hac vice* forthcoming)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090
Meredith.Foor@ropesgray.com

**ATTORNEYS FOR PLAINTIFF
STARBUCKS CORPORATION**