## ATTACHMENT A

AmRest Coffee s.r.o.

AmRest Coffee Sp. z o. o.

AmRest Kavezo Kft.

Association Centro de Assessoria e Suporte da Starbucks Brazil

Beijing Starbucks Coffee Co., Ltd.

Centro de Apoyo al Productor de Starbucks Guatemala, Limitada

Chengdu Starbucks Coffee Company Limited

Corporacion Starbucks Farmer Support Center Colombia

Emerald City C.V.

Farmer Support Center, Asociacion Civil (Mexico)

Guangdong Starbucks Coffee Company Limited

High Grown Investment Group (Hong Kong) Ltd.

Holding Company International Limited

Hubei Starbucks Coffee Company Limited

North American Coffee Partnership

Olympic Casualty Insurance Company

Qingdao American Starbucks Coffee Company Limited

SBI Nevada, Inc.

SCC Innoventure L.P.

SCI Europe I, LLC

SCI Europe II, LLC

SCI Investment, Inc.

Seastar Colombia Supply Company S.A.S.

Seattle Coffee Company

Shanghai Starbucks Coffee Enterprise Co., Ltd.

Shaya Coffee Limited

Siren Retail Corporation

SR Holdings Corporation

SR2 Holdings Corporation

Starbucks (China) Company Limited

Starbucks (Kunshan) Coffee Co., Ltd.

Starbucks (Shanghai) Coffee Company Limited

Starbucks (Shanghai) Supply Chain Co., Ltd.

Starbucks (Shanghai) Trade Company Limited

Starbucks (Southern China) Limited

Starbucks AINI Coffee (Yunnan) Company Limited

Starbucks Asia Pacific Investment Holding II Limited

Starbucks Asia Pacific Investment Holding III Limited

Starbucks Asia Pacific Investment Holding Limited

Starbucks Capital Asset Leasing Company, LLC

Starbucks Card Europe Limited

Starbucks Coffee (Cayman) Holdings Ltd.

Starbucks Coffee (Dalian) Company Limited

Starbucks Coffee (Liaoning) Company Limited

Starbucks Coffee (Shenzhen) Company Limited

Starbucks Coffee Agronomy Company S.R.L.

Starbucks Coffee Asia Pacific Limited

Starbucks Coffee Austria GmbH

Starbucks Coffee Canada, Inc.

Starbucks Coffee Company (Australia) Pty Ltd

Starbucks Coffee Company (UK) Limited

Starbucks Coffee Development (Yunnan) Company Limited

Starbucks Coffee EMEA B.V.

Starbucks Coffee Holdings (UK) Limited

Starbucks Coffee International, Inc.

Starbucks Coffee Japan, Ltd.

Starbucks Coffee Switzerland GmbH

Starbucks Coffee Trading Company Sarl

Starbucks Construction Services, LLC

Starbucks EMEA Holdings Ltd

Starbucks EMEA Investment Ltd

Starbucks EMEA Ltd

Starbucks Farmer Support Center Rwanda Ltd

Starbucks Farmer Support Center Tanzania Limited

Starbucks Holding Company

Starbucks Holding Company Pte. Ltd.

Starbucks International (Holdings) Ltd

Starbucks Italy S.r.l.

Starbucks Korea Yuhan Hoesa (CO LTD)

Starbucks Manufacturing Corporation

Starbucks Manufacturing EMEA B.V.

Starbucks New Venture Company

Starbucks Singapore Investment Pte. Ltd.

Starbucks Switzerland Austria Holdings B.V.

Starbucks Trading, G.K.

Tata Starbucks Private Limited

Xi'an Starbucks Coffee Company Limited

Xingran (Shanghai) Investment Partnership