# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office



**Reg. No. 1,815,938**

**Registered Jan. 11, 1994**

**Amended Jun. 04, 2019**

**Int. Cl.: 21, 30, 35, 43**

**Service Mark**

**Trademark**

**Principal Register**



Andrei Iancu
Director of the United States
Patent and Trademark Office

STARBUCKS CORPORATION  (WASHINGTON CORPORATION)
2401 Utah Avenue South
Seattle, WASHINGTON 98134

CLASS 21: [ hand operated coffee grinders and coffee mills, ] non electric coffee makers, insulated cups, reusable non paper coffee filters, [ beverage stowaways (cup holders for use on car and boat dashboards), ] non paper coasters, thermal insulated bottles, and housewares; namely, coffee cups, non electric coffee pots not of precious metal, cups, mugs, dishes, trivets, and canisters

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992

CLASS 30: ground and whole bean coffee, cocoa, [ tea, ] powdered chocolate [ and powdered vanilla, muffins, pastries, cookies, breads, granola, and candy; namely, chocolates, chocolate covered coffee beans, chocolate covered cherries, and chocolate covered almonds ]

FIRST USE 9-1-1992; IN COMMERCE 9-1-1992

CLASS 35: retail store services featuring the above goods as well as decorative magnets, [ paper coffee filters, ] and electric appliances; namely, power operated coffee grinders, espresso makers, coffee makers, percolators, and coffee pots; [ distributorship services of all the foregoing goods; ]

FIRST USE 8-30-1992; IN COMMERCE 8-30-1992

CLASS 43: restaurant and cafe services

FIRST USE 8-30-1992; IN COMMERCE 8-30-1992

OWNER OF U.S. REG. NO. 1098925, 1372630, 1452359, 1417384, 1417602, 1444549, 1542775

The mark is lined to indicate the color green. Color is not claimed as a feature of the mark.

No claim is made to the exclusive right to use the following apart from the mark as shown: "COFFEE"

SER. NO. 74-348,803, FILED 01-15-1993

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 30**

**Prior U.S. Cl.: 46**

Reg. No. 3,298,945

**United States Patent and Trademark Office**   Registered Sep. 25, 2007

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS, LLC (NEVADA LTD LIAB CO)
2525 STARBUCKS WAY
MINDEN, NV 89423

  FOR: COFFEE; TEA; COCOA; PREPARED COFFEE AND COFFEE-BASED BEVERAGES; PREPARED ESPRESSO AND ESPRESSO-BASED BEVERAGES; BEVERAGES MADE OF TEA; POWDERED CHOCOLATE AND VANILLA; FLAVORING SYRUPS TO ADD TO BEVERAGES; BAKED GOODS, NAMELY, MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES AND BREADS; SANDWICHES; HOT AND COLD READY-TO-EAT FRUIT AND WHOLE GRAIN BASED BREAKFAST CEREAL; ICED TEA, READY-TO-DRINK TEA; CHOCOLATE FOOD BEVERAGES NOT BEING DAIRY-BASED OR VEGETABLE BASED; CHOCOLATE FOOD BEVERAGES NOT BEING DAIRY-BASED OR VEGETABLE BASED WITH COFFEE FLAVORS; COCOA PRODUCTS, NAMELY, COCOA MIXES AND COCOA POWDER; HOT CHOCOLATE; COCOA BEVERAGES WITH MILK; PREPARED COCOA AND COCOA-BASED BEVERAGES; PREPARATIONS FOR MAKING CHOCOLATE OR COCOA BASED DRINKS, NAMELY, LIQUID AND POWDERED HOT CHOCOLATE MIX AND LIQUID AND POWDERED HOT COCOA MIX; CHOCOLATE AND CANDY, NAMELY, CHOCOLATES, CHOCOLATE BARS, CHOCOLATE-COVERED COFFEE BEANS, CHOCOLATE TRUFFLES, CHOCOLATE-COVERED FRUITS, CHOCOLATE-COVERED NUTS, CHOCOLATE-COVERED DRIED FRUITS, CHOCOLATE-COVERED CRACKERS AND CHOCOLATE TOPPINGS, IN CLASS 30 (U.S. CL. 46).

  FIRST USE 3-31-2004; IN COMMERCE 3-31-2004.

  OWNER OF U.S. REG. NOS. 1,417,602, 2,091,941, AND OTHERS.

  NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

  THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" IN A CIRCULAR SEAL WITH TWO STARS, AND DESIGN OF A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN.

  SN 78-567,713, FILED 2-15-2005.

NELSON SNYDER, EXAMINING ATTORNEY

Int. Cl.: 29

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 3,673,335
Registered Aug. 25, 2009

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS, LLC (NEVADA LIMITED LIABILITY COMPANY)
2525 STARBUCKS WAY
MINDEN, NV 89423

FOR: DAIRY-BASED FOOD BEVERAGES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 7-15-2008; IN COMMERCE 7-15-2008.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" IN A CIRCULAR CARRIER WITH TWO STARS, AND A DESIGN OF A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN WITH A STAR.

SN 76-607,171, FILED 8-16-2004.

NELSON SNYDER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,702,367**
Registered Oct. 27, 2009

**Int. Cl.: 32**

**TRADEMARK
PRINCIPAL REGISTER**

STARBUCKS U.S. BRANDS, L.L.C. (NEVADA LIMITED LIABILITY COMPANY)
2525 STARBUCKS WAY
MINDEN, NV 89423

FOR: FRUIT DRINKS AND SOFT DRINKS CONTAINING FRUIT JUICES; FRUIT JUICES, NON-ALCOHOLIC FRUIT AND JUICE BASED BEVERAGES; FROZEN FRUIT BEVERAGES AND FROZEN FRUIT-BASED BEVERAGES; BEVERAGE CONCENTRATES AND SYRUPS FOR MAKING NON-ALCOHOLIC FROZEN BLENDED BEVERAGES; NONE OF THE FOREGOING GOODS INCORPORATING THE INGREDIENT OF COFFEE OR HAVING COFFEE FLAVORING, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 7-15-2008; IN COMMERCE 7-15-2008.

OWNER OF U.S. REG. NOS. 2,086,615, 2,839,122, AND OTHERS.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" IN A CIRCULAR SEAL WITH TWO STARS, AND THE DESIGN OF A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN.

SN 77-365,176, FILED 1-7-2008.

LYDIA BELZER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office