# EXHIBIT 2

# United States of America
## United States Patent and Trademark Office



**Reg. No. 1,815,937**
**Registered Jan. 11, 1994**
**Amended Jun. 04, 2019**
**Int. Cl.: 21, 30, 35, 43**
**Service Mark**
**Trademark**
**Principal Register**

STARBUCKS CORPORATION  (WASHINGTON CORPORATION)
2401 Utah Avenue South
Seattle, WASHINGTON 98134

CLASS 21: [ hand operated coffee grinders and coffee mills, ] non electric coffee makers, insulated cups, reusable non paper coffee filters, [ beverage stowaways (cup holders for use on car and boat dashboards), ] non paper coasters, thermal insulated bottles, and housewares; namely, coffee cups, non electric coffee pots not of precious metal, cups, mugs, dishes, trivets, and canisters

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992

CLASS 30: ground and whole bean coffee, cocoa, [ tea, ] powdered chocolate [ and powdered vanilla, muffins, pastries, cookies, breads, granola, and candy; namely, chocolates, chocolate covered coffee beans, chocolate covered cherries, and chocolate covered almonds ]

FIRST USE 9-1-1992; IN COMMERCE 9-1-1992

CLASS 35: retail store services featuring of all of the above goods as well as decorative magnets, [ paper coffee filters, ] and electric appliances; namely, power operated coffee grinders, espresso makers, coffee makers, percolators, and coffee pots; [ distributorship services of all the foregoing goods; ]

FIRST USE 8-30-1992; IN COMMERCE 8-30-1992

CLASS 43: restaurant and cafe services

FIRST USE 8-30-1992; IN COMMERCE 8-30-1992

The mark is lined to indicate the color green. Color is claimed as a feature of the mark.

OWNER OF U.S. REG. NO. 1098925, 1372630, 1452359, 1417384, 1417602, 1444549, 1542775

No claim is made to the exclusive right to use the following apart from the mark as shown: "COFFEE"

SER. NO. 74-348,802, FILED 01-15-1993



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 2,266,351

United States Patent and Trademark Office     Registered Aug. 3, 1999

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: GROUND AND WHOLE BEAN COFFEE; COCOA; HERBAL AND NON-HERBAL TEAS; COFFEE, TEA, COCOA AND ESPRESSO BEVERAGES, AND BEVERAGES MADE WITH A BASE OF COFFEE AND/OR ESPRESSO, INSTANT COFFEE AND COFFEE SUBSTITUTES; READY-TO-DRINK COFFEE BEVERAGES; LIQUID AND POWDERED BEVERAGE MIXES; POWDERED FLAVORINGS; FLAVORING SYRUPS FOR BEVERAGES; BAKED GOODS, NAMELY, MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES AND BREADS AND READY-TO-MAKE MIXES OF THE SAME; ICE CREAM AND FROZEN CONFECTIONS; CHOCOLATE; CANDY AND CONFECTIONS AND READY-TO-EAT CEREALS; ALL OF THE FOREGOING GOODS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992.

OWNER OF U.S. REG. NOS. 1,098,925, 2,091,941 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE COFFEE, APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLOR GREEN, AND THE COLOR GREEN IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" IN A CIRCULAR SEAL WITH TWO STARS, THE COLOR GREEN WHICH IS IN THE NATURE OF EMERALD GREEN, PMS COLOR 3425(C), AND

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 2,266,351

**United States Patent and Trademark Office**  Registered Aug. 3, 1999

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: GROUND AND WHOLE BEAN COFFEE; COCOA; HERBAL AND NON-HERBAL TEAS; COFFEE, TEA, COCOA AND ESPRESSO BEVERAGES, AND BEVERAGES MADE WITH A BASE OF COFFEE AND/OR ESPRESSO, INSTANT COFFEE AND COFFEE SUBSTITUTES; READY-TO-DRINK COFFEE BEVERAGES; LIQUID AND POWDERED BEVERAGE MIXES; POWDERED FLAVORINGS; FLAVORING SYRUPS FOR BEVERAGES; BAKED GOODS, NAMELY, MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES AND BREADS AND READY-TO-MAKE MIXES OF THE SAME; ICE CREAM AND FROZEN CONFECTIONS; CHOCOLATE; CANDY AND CONFECTIONS AND READY-TO-EAT CEREALS; ALL OF THE FOREGOING GOODS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992.

OWNER OF U.S. REG. NOS. 1,098,925, 2,091,941 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE COFFEE, APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLOR GREEN, AND THE COLOR GREEN IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" IN A CIRCULAR SEAL WITH TWO STARS, THE COLOR GREEN WHICH IS IN THE NATURE OF EMERALD GREEN, PMS COLOR 3425(C), AND

# United States of America
## United States Patent and Trademark Office



**Reg. No. 2,266,352**

**Registered Aug. 03, 1999**

**Amended Mar. 03, 2020**

**Int. Cl.: 43**

**Service Mark**

**Principal Register**

STARBUCKS CORPORATION (WASHINGTON CORPORATION)
2401 Utah Avenue South
Seattle, WASHINGTON 98134

CLASS 43: restaurant, cafe and coffee house services

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992

The mark consists of the wording "STARBUCKS COFFEE" in a circular seal with two stars, the color green which is in the nature of emerald green, PMS Color 3425(c), and design of a siren (a two-tailed mermaid) wearing a crown.

OWNER OF U.S. REG. NO. 2035005, 1815938, 1891561, 1452359, 1758589, 1815937, 2086615, 1793782, 2030878, 1542775, 2091941, 1098925, 1372630, 1943361, 2028943, 2039849, 2047491, 2073104, 1417602, 1893602, 1821547, 2024105, 1444549, 2091940

The mark is lined for the color green, and the color green is a feature of the mark.

No claim is made to the exclusive right to use the following apart from the mark as shown: "COFFEE"

SER. NO. 75-386,496, FILED 11-07-1997



Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Page: 2 of 2 / RN # 2266352

Digitally signed by United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2023.02.19 06:05:22 -05'00'

# United States of America
### United States Patent and Trademark Office



**Reg. No. 6,783,025**

**Registered Jul. 05, 2022**

**Corrected Mar. 07, 2023**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Starbucks Corporation  (WASHINGTON CORPORATION)
2401 Utah Avenue South
Seattle, WASHINGTON 98134

CLASS 35: Retail store services in the field of tea, food, beverages

FIRST USE 00-00-1992; IN COMMERCE 00-00-1992

The color(s) green, black and white is/are claimed as a feature of the mark.

The mark consists of the wording "STARBUCKS COFFEE" in white inside a green circular seal containing two white stars and the design of a siren (a two-tailed mermaid) wearing a crown in black and white.

No claim is made to the exclusive right to use the following apart from the mark as shown: "COFFEE"

SER. NO. 90-127,284, FILED 08-20-2020



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.