# EXHIBIT 4

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,415,862**
**Registered Oct. 8, 2013**
**Int. Cls.: 7, 16, 21, and 38**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



Deputy Director of the United States Patent and Trademark Office

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY,
2401 UTAH AVENUE SOUTH
SEATTLE, WA 98134

FOR: ELECTRIC MILK FROTHERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 9-19-2012; IN COMMERCE 9-19-2012.

FOR: PAPER COASTERS; PAPER CUP SLEEVES; PAPER BOXES AND PAPER PACKAGING; INSTRUCTIONAL BOOKLETS FOR MAKING BEVERAGES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: PAPER CUPS, NON-ELECTRIC MILK FROTHERS; SCOOPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: COMMUNICATION SERVICES, NAMELY, TRANSMITTING STREAMED AND DOWNLOADABLE AUDIO AND VIDEO ENTERTAINMENT PROGRAMMING VIA COMPUTER, SATELLITE AND COMMUNICATIONS NETWORKS; AUDIO ENTERTAINMENT BROADCASTING AND TRANSMISSION; ELECTRONIC AND DIGITAL TRANSMISSION OF VOICE, DATA, INFORMATION, IMAGES, SIGNALS AND MESSAGES; PROVIDING ON-LINE CHAT ROOMS, BULLETIN BOARDS AND COMMUNITY FORUMS FOR THE TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING ENTERTAINMENT, MUSIC, CONCERTS, VIDEOS, RADIO, TELEVISION, FILM, NEWS, SPORTS, GAMES AND CULTURAL EVENTS; DELIVERY OF MESSAGES BY ELECTRONIC TRANSMISSION; PROVISION OF CONNECTIVITY SERVICES AND ACCESS TO ELECTRONIC COMMUNICATIONS NETWORKS, FOR TRANSMISSION OR RECEPTION OF AUDIO, VIDEO OR MULTIMEDIA CONTENT; PROVIDING MULTIPLE USER DEDICATED ACCESS TO THE INTERNET; BROADCASTING AND DOWNLOADING SERVICE THAT ALLOWS USERS TO PLAYBACK, SAMPLE, DOWNLOAD, STORE, CREATE PLAYLISTS AND STREAM MUSIC, VIDEOS, MOVIES, GAMES AND ENTERTAINMENT RELATED PROGRAMMING OVER COMPUTERS, WIRELESS DEVICES, PDAS, TELEPHONES, AND DIGITAL LISTENING AND PLAYBACK DEVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

**Reg. No. 4,415,862**  FIRST USE 9-30-2012; IN COMMERCE 9-30-2012.

OWNER OF U.S. REG. NOS. 3,533,859, 3,702,367, AND 3,907,157.

THE MARK CONSISTS OF A CIRCULAR SEAL WITH THE DESIGN OF A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN.

SN 85-700,039, FILED 8-9-2012.

JOHN E. MICHOS, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,538,053**
**Registered May 27, 2014**
**Int. Cls.: 5, 9, 11, 16, 21, 25, 29, 30, 32, 35, 36, 41, and 43**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY,
2401 UTAH AVENUE SOUTH
SEATTLE, WA 98134

FOR: NUTRITIONALLY FORTIFIED BEVERAGES; MEAL REPLACEMENT AND DIETARY SUPPLEMENT DRINK MIXES, NUTRITIONAL SUPPLEMENTS IN THE FORM OF FOOD BARS; POWDERED FRUIT-FLAVORED DIETARY SUPPLEMENT DRINK MIX; POWDERED NUTRITIONAL SUPPLEMENT DRINK MIX; AND VITAMIN FORTIFIED BEVERAGES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 7-10-2012; IN COMMERCE 7-10-2012.

FOR: AUDIO RECORDINGS FEATURING CLASSICAL, JAZZ, CONTEMPORARY, POP, SEASONAL, R AND B, SOUL, WORLD, ZYDECO, REGGAE, ROCK, FOLK AND SHOW TUNES MUSIC; DOWNLOADABLE MUSIC VIA A GLOBAL COMPUTER NETWORK AND WIRELESS DEVICES; VENDING MACHINES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: ELECTRICAL APPLIANCES, NAMELY, ESPRESSO MAKERS AND COFFEE MAKERS FOR DOMESTIC OR COMMERCIAL USE, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 10-31-2012; IN COMMERCE 10-31-2012.

FOR: PUBLICATIONS AND PRINTED MATERIALS, NAMELY, NEWSLETTERS AND MAGAZINES FEATURING INFORMATION ABOUT COFFEE AND COFFEE DRINKERS, PENS, BALL POINT PENS, STATIONERY, POSTERS, PAPER NAPKINS, PAPER COASTERS, PAPER BAGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: HAND OPERATED COFFEE GRINDERS AND COFFEE MILLS, INSULATED COFFEE AND BEVERAGE CUPS, NON-PAPER COASTERS, INSULATED VACUUM BOTTLES, COFFEE CUPS, TEA CUPS AND MUGS, GLASSWARE, DISHES, PLATES AND BOWLS, TRIVETS, STORAGE CANISTERS, NON-ELECTRIC DRIP COFFEE MAKERS, NON-ELEC-

*Deputy Director of the United States Patent and Trademark Office*

**Reg. No. 4,538,053** TRIC PLUNGER-STYLE COFFEE MAKERS, AND DECORATIVE STORAGE CONTAINERS FOR FOOD, NON-ELECTRIC TEA KETTLES, TEA INFUSERS, TEA POTS, TEA STRAINERS, CERAMIC FIGURINES, PORCELAIN FIGURINES; PAPER CUPS AND INSULATED SLEEVES FOR BEVERAGE CUPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: T-SHIRTS, POLO SHIRTS, SWEATSHIRTS, CAPS, HATS, JACKETS, SHORTS, APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: MILK, FLAVORED MILK, MILKSHAKES AND MILK BASED BEVERAGES; FRUIT JAMS, FRUIT SAUCES, JELLIES, SPREADS, AND PRESERVES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: GROUND AND WHOLE BEAN COFFEE, COCOA, HERBAL AND NON-HERBAL TEA, COFFEE, TEA, COCOA AND ESPRESSO BEVERAGES, AND BEVERAGES MADE WITH A BASE OF COFFEE AND/OR ESPRESSO, BEVERAGES MADE WITH A BASE OF TEA, POWDERED CHOCOLATE; SAUCES TO ADD TO BEVERAGES; CHOCOLATE SYRUP, FLAVORING SYRUPS TO ADD TO BEVERAGES, BAKED GOODS, NAMELY, MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES AND BREADS, SANDWICHES, GRANOLA, READY-TO-DRINK COFFEE, READY-TO-DRINK TEA, FROZEN CONFECTIONS; CHOCOLATE, CANDY AND CHOCOLATE CONFECTIONS; AND SAUCES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: WATER, AND OTHER NON-ALCOHOLIC DRINKS, NAMELY, SOFT DRINKS, FRUIT DRINKS AND FRUIT JUICES, FRUIT DRINKS AND SOFT DRINKS CONTAINING FRUIT JUICES, POWDERED BEVERAGE MIXES; FLAVORING SYRUPS FOR MAKING BEVER-AGES; FLAVORED AND UNFLAVORED BOTTLED WATERS, FRUIT JUICES, SPARKLING FRUIT AND JUICE BASED BEVERAGES AND SODA BEVERAGES; FROZEN FRUIT BEVERAGES AND FROZEN FRUIT-BASED BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: BUSINESS ADMINISTRATION; BUSINESS MANAGEMENT; FRANCHISING, NAMELY, PROVIDING TECHNICAL ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF RESTAURANTS, CAFES, COFFEE HOUSES AND SNACK BARS; RETAIL STORE SER-VICES IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED AND PREPARED FOODS, ELECTRIC APPLIANCES, NON-ELECTRIC APPLIANCES, HOUSEWARES, KITCHENWARE, CLOCKS, WATCHES, WALLETS MADE OF CLOTH; RETAIL STORE SERVICES IN THE FIELD OF TOTE BAGS MADE OF CLOTH, PLASTIC, OR LEATHER; RETAIL STORE SER-VICES IN THE FIELD OF BRIEFCASES MADE OF LEATHER; RETAIL STORE SERVICES IN THE FIELD OF BOOK BAGS MADE OF CLOTH; RETAIL STORE SERVICES IN THE FIELD OF UMBRELLAS MADE OF CLOTH, PLASTIC, OR LEATHER; RETAIL STORE SERVICES IN THE FIELD OF KEY FOBS OF LEATHER, CLOTHING, CAPS AND HATS, TOYS, INCLUDING TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND AC-CESSORIES THEREFOR, CHRISTMAS ORNAMENTS; WHOLESALE DISTRIBUTORSHIPS, WHOLESALE STORES, AND WHOLESALE ORDERING SERVICES ALL IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED AND PREPARED FOODS; COMPUTERIZED ON-LINE ORDERING SERVICES ALL IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED FOODS, PREPARED FOODS, ELECTRIC APPLIANCES, NON-ELECTRIC APPLIANCES, HOUSE-WARES, KITCHENWARE, WATCHES, JEWELRY, BOOKS, MUSICAL RECORDINGS, MOUSE PADS, WALLETS MADE OF LEATHER, BILLFOLDS MADE OF LEATHER, TOTE

**Reg. No. 4,538,053** BAGS MADE OF CLOTH, PLASTIC, OR LEATHER, BRIEFCASES MADE OF CLOTH, PLASTIC, OR LEATHER, BOOK BAGS MADE OF CLOTH, PLASTIC OR LEATHER, UMBRELLAS MADE OF CLOTH, PLASTIC, OR LEATHER, KEY FOBS OF LEATHER, CLOTHING, CAPS, HATS, TOYS INCLUDING TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND ACCESSORIES THEREFOR, CHRISTMAS ORNAMENTS; COMPUTERIZED ON-LINE RETAIL STORE SERVICES ALL IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED FOODS, PREPARED FOODS, ELECTRIC APPLIANCES, NON-ELECTRIC APPLIANCES, HOUSEWARES, KITCHENWARE, WATCHES, JEWELRY, BOOKS, MUSICAL RECORDINGS, MOUSE PADS, WALLETS MADE OF LEATHER, BILLFOLDS MADE OF LEATHER, TOTE BAGS MADE OF CLOTH, PLASTIC, OR LEATHER, BRIEFCASES MADE OF CLOTH, PLASTIC, OR LEATHER, BOOK BAGS MADE OF CLOTH, PLASTIC OR LEATHER, UMBRELLAS MADE OF CLOTH, PLASTIC, OR LEATHER, KEY FOBS OF LEATHER, CLOTHING, CAPS, HATS, TOYS INCLUDING TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND ACCESSORIES THEREFOR, CHRISTMAS ORNAMENTS; ON-LINE ORDERING SERVICES ALL IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED FOODS, PREPARED FOODS, ELECTRIC APPLIANCES, NON-ELECTRIC APPLIANCES, HOUSEWARES, KITCHENWARE, WATCHES, JEWELRY, BOOKS, MUSICAL RECORDINGS, MOUSE PADS, WALLETS MADE OF LEATHER, BILLFOLDS MADE OF LEATHER, TOTE BAGS MADE OF CLOTH, PLASTIC, OR LEATHER, BRIEFCASES MADE OF CLOTH, PLASTIC, OR LEATHER, BOOK BAGS MADE OF CLOTH, PLASTIC OR LEATHER, UMBRELLAS MADE OF CLOTH, PLASTIC, OR LEATHER, KEY FOBS OF LEATHER, CLOTHING, CAPS, HATS, TOYS INCLUDING TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND ACCESSORIES THEREFOR, CHRISTMAS ORNAMENTS; ON-LINE RETAIL STORE SERVICES ALL IN THE FIELD OF COFFEE, TEA, COCOA, PACKAGED FOODS, PREPARED FOODS, ELECTRIC APPLIANCES, NON-ELECTRIC APPLIANCES, HOUSEWARES, KITCHENWARE, WATCHES, JEWELRY, BOOKS, MUSICAL RECORDINGS, MOUSE PADS, WALLETS MADE OF LEATHER, BILLFOLDS MADE OF LEATHER, TOTE BAGS MADE OF CLOTH, PLASTIC, OR LEATHER, BRIEFCASES MADE OF CLOTH, PLASTIC, OR LEATHER, BOOK BAGS MADE OF CLOTH, PLASTIC OR LEATHER, UMBRELLAS MADE OF CLOTH, PLASTIC, OR LEATHER, KEY FOBS OF LEATHER, CLOTHING, CAPS, HATS, TOYS INCLUDING TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND ACCESSORIES THEREFOR, CHRISTMAS ORNAMENTS; COMPUTERIZED ON-LINE GIFT REGISTRY; COMPUTERIZED ONLINE ORDERING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: FINANCIAL SERVICES, NAMELY, DEBIT, CREDIT, AND STORED-VALUE CARD SERVICES; CHARITABLE FUND RAISING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: ENTERTAINMENT SERVICES, NAMELY, THE PROVISION, ORGANIZATION, AND PRODUCTION OF ENTERTAINMENT, EDUCATIONAL, RECREATIONAL AND/OR MUSICAL EVENTS, NAMELY, MUSIC SHOWS, LIVE MUSICAL PERFORMANCES, CONCERTS, AND OTHER LIVE MUSIC EVENTS AND ACTIVITIES; ARRANGING AND CONDUCTING OF PERSONAL APPEARANCES FOR ENTERTAINMENT PURPOSES; PUBLISHING AND PRODUCTION OF MUSICAL AND SOUND RECORDINGS; PROVIDING INFORMATION IN THE FIELDS OF MUSIC, VIDEO, TELEVISION, NEWS, SPORTS, GAMES, CULTURAL EVENTS, ENTERTAINMENT, HEALTH AND WELLNESS, AND ARTS AND LEISURE VIA COMMUNICATIONS NETWORKS; PROVIDING AUDIO IN THE FIELDS OF MUSIC, VIDEO, TELEVISION, NEWS, SPORTS, GAMES, CULTURAL EVENTS, ENTERTAINMENT, HEALTH AND WELLNESS, AND ARTS AND LEISURE VIA COMMUNICATIONS NETWORKS; PROVIDING VIDEO IN THE FIELDS OF MUSIC, VIDEO, TELEVISION, NEWS, SPORTS, GAMES, CULTURAL EVENTS, ENTERTAINMENT, HEALTH AND WELLNESS, AND ARTS AND LEISURE VIA COMMUNICATIONS NETWORKS; PROVIDING GRAPHICS IN THE FIELDS OF MUSIC, VIDEO, TELEVISION, NEWS, SPORTS, GAMES, CULTURAL EVENTS, ENTERTAINMENT, HEALTH AND WELLNESS, AND ARTS AND LEISURE VIA COMMUNICATIONS NETWORKS; PROVIDING TEXT IN THE FIELDS OF VIDEO, TELEVISION,

**Reg. No. 4,538,053** NEWS, SPORTS, GAMES, CULTURAL EVENTS, ENTERTAINMENT, HEALTH AND WELLNESS, AND ARTS AND LEISURE VIA COMMUNICATION NETWORKS; PROVIDING OTHER MULTIMEDIA CONTENT IN THE FIELDS OF MUSIC, VIDEO, TELEVISION, NEWS, SPORTS, GAMES, CULTURAL EVENTS, ENTERTAINMENT, HEALTH AND WELLNESS, ARTS AND LEISURE VIA COMMUNICATIONS NETWORKS; MUSIC PUBLISHING SERVICES; PUBLISHING OF TEXT, GRAPHIC, AUDIO AND VIDEO WORKS VIA COMMUNICATIONS NETWORKS; PROVIDING IN-STORE FACILITIES TO ENABLE USERS TO PROGRAM AUDIO, VIDEO, TEXT AND OTHER MULTIMEDIA CONTENT, INCLUDING MUSIC, CONCERTS, VIDEOS, RADIO, TELEVISION, NEWS, SPORTS, GAMES, CULTURAL EVENTS AND ENTERTAINMENT-RELATED PROGRAMS; PRODUCTION AND DISTRIBUTION OF RADIO PROGRAMS; MUSIC PRODUCTION SERVICES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING COMMENTARY AND ARTICLES ABOUT MUSIC, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: RESTAURANT, CAFE, CAFETERIA, SNACK BAR, COFFEE BAR AND COFFEE HOUSE, CARRY OUT RESTAURANT, AND TAKE OUT RESTAURANT SERVICES; CATERING SERVICES; COFFEE SUPPLY SERVICES FOR OFFICES; CONTRACT FOOD SERVICES; FOOD PREPARATION; PREPARATION OF CARRY OUT FOODS AND BEVERAGES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SINGAPORE APPLICATION NO. T11/00009E, FILED 1-3-2011, REG. NO. T1100009E, DATED 1-3-2011, EXPIRES 1-31-2021.

OWNER OF U.S. REG. NOS. 1,542,775, 1,815,938, AND OTHERS.

THE MARK CONSISTS OF A CIRCULAR SEAL WITH THE DESIGN OF A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN.

SN 85-244,517, FILED 2-17-2011.

JOHN E. MICHOS, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,639,908**
**Registered Nov. 18, 2014**
**Int. Cls.: 14, 18, 25, 28, 35, 36, 38, 41, 42 and 45**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY
2401 UTAH AVENUE SOUTH
SEATTLE, WA 98134

FOR: WATCHES AND WRISTWATCHES, JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-31-2011; IN COMMERCE 10-31-2011.

FOR: PET CLOTHING; TOTE BAGS, BOOK BAGS, BRIEFCASE-TYPE PORTFOLIOS, AND UMBRELLAS, ALL MADE OF CLOTH, PLASTIC OR LEATHER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-31-2011; IN COMMERCE 10-31-2011.

FOR: T-SHIRTS, POLO SHIRTS, SWEATSHIRTS, CAPS, HATS, JACKETS, APRONS AND VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: TOYS, NAMELY, TEDDY BEARS, STUFFED TOYS, PLUSH TOYS, DOLLS AND ACCESSORIES THEREFOR, CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: ADMINISTRATION OF A CUSTOMER LOYALTY PROGRAM WHICH PROVIDES REGISTERED CUSTOMERS WITH FREE AND DISCOUNTED MENU ITEMS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: FINANCIAL SERVICES, NAMELY, DEBIT AND STORED-VALUE CARD SERVICES; CHARITABLE FUND RAISING SERVICES; ISSUING ELECTRONIC STORE VALUED GIFT CARDS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

**Deputy Director of the United States Patent and Trademark Office**

**Reg. No. 4,639,908** FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: ELECTRONIC TRANSMISSION OF ELECTRONIC GIFT CARDS AND GREETING CARDS VIA COMPUTER TERMINALS AND ELECTRONIC DEVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: ENTERTAINMENT SERVICES, NAMELY, THE ORGANIZATION, PRODUCTION, AND PRESENTATION OF LECTURES IN THE FIELDS OF NEWS, POLITICS, CURRENT EVENTS, HUMAN INTEREST, COMEDY SHOWS, CONCERTS, SPORTING EVENTS; CONDUCTING OF PERSONAL APPEARANCES BY TELEVISION PERSONALITIES, MOVIE STARS, MUSIC CELEBRITIES, AND SPORTS CELEBRITIES FOR ENTERTAINMENT PURPOSES; PUBLISHING AND PRODUCTION OF MUSICAL AND SOUND RECORDINGS; PROVIDING INFORMATION IN THE FIELDS OF NEWS AND CURRENT EVENTS IN THE FIELDS OF HEALTH AND WELLNESS, MUSIC, TRAVEL, BUSINESS, POLITICS, ECONOMICS, ARTS AND LEISURE ACTIVITIES, HUMAN INTEREST VIA COMMUNICATIONS NETWORKS; PROVIDING INFORMATION IN THE FIELDS OF SPORTS, AND ARTS AND LEISURE ACTIVITIES VIA COMMUNICATIONS NETWORKS; PROVIDING NON-DOWNLOADABLE, PRE-RECORDED MUSIC VIA COMMUNICATIONS NETWORKS; PROVIDING ARTICLES, NON-DOWNLOADABLE MOVIES AND NON-DOWNLOADABLE TELEVISION PROGRAMS IN THE FIELDS OF CURRENT EVENTS, SPORTS, CULTURAL EVENTS, COMEDY, DRAMA, CHILDREN'S CONTENT, DOCUMENTARIES, CURRENT, PLANNED, AND HISTORICAL OFFERINGS OF MUSIC, BOOKS, TELEVISION, AND MOVIES, CELEBRITIES AND ARTS AND LEISURE ACTIVITIES VIA COMMUNICATIONS NETWORKS; PUBLISHING OF MUSIC AND ARTICLES VIA COMMUNICATIONS NETWORKS; MUSIC PRODUCTION SERVICES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING REVIEWS OF MUSIC AND COMMENTARY AND ARTICLES ABOUT MUSIC, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-8-2011; IN COMMERCE 3-8-2011.

FOR: PROVIDING USERS TEMPORARY USE OF ONLINE NON-DOWNLOADABLE SOFTWARE TO ENABLE USERS TO PROGRAM AUDIO, VIDEO, TEXT, AND OTHER MULTIMEDIA CONTENT, INCLUDING MUSIC, MOVIES, CONCERTS, VIDEOS, RADIO, TELEVISION, NEWS, SPORTS, GAMES, CULTURAL EVENTS, AND ENTERTAINMENT-RELATED PROGRAMS; COMPUTER SERVICES, NAMELY, CREATING INDEXES OF INFORMATION, WEBSITES, AND OTHER RESOURCES AVAILABLE ON GLOBAL COMPUTER NETWORKS FOR OTHERS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

FOR: PROVIDING A SELECTION OF ON-LINE ELECTRONIC GREETING CARDS, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 1-31-2011; IN COMMERCE 1-31-2011.

OWNER OF U.S. REG. NOS. 3,306,104 AND 4,415,862.

THE MARK CONSISTS OF A CIRCULAR SEAL WITH THE DESIGN OF A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN WITH A FIVE-POINT STAR IN THE MIDDLE OF THE CROWN.

SER. NO. 86-178,130, FILED 1-29-2014.

CHRISTOPHER BUONGIORNO, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.07.10 06:10:46 -04'00'

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,805,224**
**Registered Jul. 26, 2022**
**Int. Cl.: 35, 41**
**Service Mark**
**Principal Register**

Starbucks Corporation  (WASHINGTON CORPORATION)
2401 Utah Avenue South
Seattle, WASHINGTON 98134

CLASS 35: Promoting business, sports and entertainment events of others

FIRST USE 9-10-2021; IN COMMERCE 9-10-2021

CLASS 41: Providing stadium and sports training facilities for sports and entertainment activities

FIRST USE 9-10-2021; IN COMMERCE 9-10-2021

The mark consists of a circular seal with the design of a siren (a two-tailed mermaid) wearing a crown with a five-point star in the middle of the crown.

SER. NO. 90-749,326, FILED 06-02-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.