# EXHIBIT 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-768-520**

Effective date of registration:

April 26, 2011

## Title
**Title of Work:** 40th Anniversary Siren design

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** March 8, 2011      **Nation of 1st Publication:** United States

## Author
- **Author:** Starbucks Corporation, dba Starbucks Coffee Company
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Starbucks Corporation, dba Starbucks Coffee Company
2401 Utah Avenue South, Seattle, WA, 98134, United States

## Limitation of copyright claim
**Previous registration and year:** VA 875-932      1998

## Rights and Permissions
**Organization Name:** Starbucks Corporation
**Name:** Naser Baseer
**Email:** nbaseer@starbucks.com      **Telephone:** 206-318-2984
**Address:** 2401 Utah Avenue South
MS S-LA1
Seattle, WA 98134 United States

## Certification

**Name:** Naser Baseer
**Date:** April 26, 2011
**Applicant's Tracking Number:** COP00034-US

