# EXHIBIT 7

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 30 and 33

**United States Patent and Trademark Office**  Reg. No. 1,372,630
Registered Nov. 26, 1985

## TRADEMARK
PRINCIPAL REGISTER

### STARBUCKS

STARBUCKS COFFEE COMPANY (WASHINGTON CORPORATION)
2010 AIRPORT WAY SOUTH
SEATTLE, WA 98124

FOR: COFFEEPOTS, TEAPOTS, CUPS, MUGS AND CANISTERS, IN CLASS 21 (U.S. CLS. 2, 13, 30 AND 33).

FIRST USE 11-1-1983; IN COMMERCE 11-1-1983.

OWNER OF U.S. REG. NO. 1,098,925.

SER. NO. 540,784, FILED 6-3-1985.

ROGER KATZ, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

## STARBUCKS

| | |
|---|---|
| **Reg. No. 1,444,549** | STARBUCKS CORPORATION (WASHINGTON CORPORATION) |
| **Registered Jun. 23, 1987** | 2401 Utah Avenue South<br>Seattle, WASHINGTON 98134 |
| **Amended May 28, 2019** | CLASS 35: RETAIL STORE SERVICES AND DISTRIBUTORSHIP SERVICES FOR COFFEE, TEA [ AND SPICES ] |
| **Int. Cl.: 35, 43** | FIRST USE 3-29-1971; IN COMMERCE 3-29-1971 |
| **Service Mark** | CLASS 43: COFFEE CAFE SERVICES |
| **Principal Register** | FIRST USE 3-29-1971; IN COMMERCE 3-29-1971 |
| | OWNER OF U.S. REG. NO. 1098925 |
| | SEC.2(F) |
| | SER. NO. 73-540,952, FILED 06-03-1985 |



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**  Reg. No. 1,452,359
Registered Aug. 11, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS COFFEE COMPANY (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE AND TEA
2010 AIRPORT WAY SOUTH
SEATTLE, WA 98124

FOR: COFFEE, TEA, SPICES, HERB TEA, CHOCOLATE AND COCOA, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-29-1971; IN COMMERCE 3-29-1971.

OWNER OF U.S. REG. NO. 1,098,925.

SER. NO. 540,953, FILED 6-3-1985.

ROGER KATZ, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# STARBUCKS

**Reg. No. 2,073,104**
**Registered Jun. 24, 1997**
**Amended Apr. 02, 2019**
**Int. Cl.: 35, 43**
**Service Mark**
**Principal Register**

STARBUCKS CORPORATION  (WASHINGTON CORPORATION)
2401 Utah Avenue South
Seattle, WASHINGTON 98134

CLASS 35: wholesale supply [ and retail outlets and mail order ] services featuring ground and whole bean coffee, tea, cocoa, coffee and espresso beverages and beverages made with a base of coffee, espresso, and/or milk, powdered flavorings, flavoring syrups, baked goods, including muffins, scones, biscuits, cookies, pastries, cakes and breads, [ and ready-to-make mixes of the same, ] packaged foods, sandwiches and prepared foods, chocolate and confectionery items, granola, dried fruits, [ spreads, ] juices, soft drinks, electric appliances, namely, kettles, coffee makers, espresso makers and coffee grinders, housewares, non-electric appliances and related items, namely, [ hand operated coffee grinders and coffee mills, ] insulated coffee and beverage cups (made of plastics and/or ceramics), [ collapsible cup carriers and caddies, non-paper coasters, ] insulated vacuum bottles, coffee cups, tea cups and mugs, glassware, dishes, plates and bowls, trivets, storage canisters, non-electric drip coffee makers and non-electric plunger-style coffee makers, paper [ and non paper ] coffee filters, [ furniture, clocks, ] toys, books, [ musical recordings, ] T-shirts, caps, sweatshirts, jackets, aprons and other clothing items; wholesale supply services featuring furniture; mail order services featuring ground and whole bean coffee and tea; [ and for restaurant, cafe and coffee house services *wholesale supply services featuring ground and whole bean coffee, tea, cocoa, coffee and espresso beverages and beverages made with a base of coffee, espresso, and/or milk, powdered flavorings, flavoring syrups, baked goods, including muffins, scones, biscuits, cookies, pastries, cakes and breads, packaged foods, sandwiches and prepared foods, chocolate and confectionery items, granola, dried fruits, juices, soft drinks, electric appliances, namely, kettles, coffee makers, espresso makers and coffee grinders, housewares, non-electric appliances and related items, namely, insulated coffee and beverage cups (made of plastics and/or ceramics), insulated vacuum bottles, coffee cups, tea cups and mugs, glassware, dishes, plates and bowls, trivets, storage canisters, non-electric drip coffee makers and non-electric plunger-style coffee makers, paper coffee filters, toys, books, T-shirts, caps, sweatshirts, jackets, aprons and other clothing items; wholesale supply services featuring furniture; mail order services featuring ground and whole bean coffee and tea; and for restaurant, cafe and coffee house services; ] retail outlets services featuring ground and whole bean coffee, tea, cocoa, coffee and espresso beverages and beverages made with a base of coffee, espresso, and/or milk, flavoring syrups, baked goods, including muffins, scones, biscuits, cookies, pastries, cakes and breads, packaged foods, sandwiches and prepared foods, chocolate and confectionery items, granola, dried fruits, juices, soft drinks, electric appliances, namely, kettles, coffee makers, espresso makers and coffee grinders, housewares, non-electric appliances and related items, namely, insulated coffee and beverage cups (made of plastics and/or ceramics), non-paper coasters, insulated vacuum bottles, coffee cups, tea cups and mugs, glassware, dishes, plates and bowls, trivets, storage canisters, non-electric drip coffee makers and non-electric plunger-style coffee makers, toys, books, musical recordings, T-shirts, caps, sweatshirts, jackets, aprons and other clothing items

FIRST USE 8-31-1991; IN COMMERCE 8-31-1991

CLASS 43: Restaurant, cafe and coffee house services

FIRST USE 8-31-1991; IN COMMERCE 8-31-1991



Director of the United States
Patent and Trademark Office

OWNER OF U.S. REG. NO. 1815938, 1098923, 1372630, 1891961, 1452359, 1417602, 1815937, 1444549, 1542775

SER. NO. 74-705,318, FILED 07-24-1995

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cls.: **30 and 32**

Prior U.S. Cls.: **45, 46, and 48**

**United States Patent and Trademark Office**

Reg. No. **2,086,615**
Registered **Aug. 5, 1997**

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY,
2203 AIRPORT WAY SOUTH
P.O. BOX 34067
SEATTLE, WA 981241067

FOR: READY-TO-DRINK COFFEE, READY-TO-DRINK COFFEE BASED BEVERAGES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 5-20-1996; IN COMMERCE 5-20-1996.

FOR: COFFEE FLAVORED SOFT DRINKS AND SYRUPS AND EXTRACTS FOR MAKING FLAVORED SOFT DRINKS AND MILK BASED BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 7-31-1995; IN COMMERCE 7-31-1995.

SN 75-975,893, FILED 10-18-1994.

ZHALEH DELANEY, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,176,974
Registered July 28, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: T-SHIRTS, POLO SHIRTS, SWEATSHIRTS, CAPS, HATS, JACKETS, SHORTS AND APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-1993; IN COMMERCE 5-1-1993.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75-362,653, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

Reg. No. 2,180,760

**United States Patent and Trademark Office**  Registered Aug. 11, 1998

## TRADEMARK
PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: WALLETS, BILLFOLDS, TOTE BAGS, PURSES, BRIEFCASES, BOOK BAGS, BRIEFCASE-TYPE PORTFOLIOS, VALISES AND UMBRELLAS, ALL MADE OF CLOTH, PLASTIC OR LEATHER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-30-1993; IN COMMERCE 6-30-1993.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75-362,714, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 2,189,460

Registered Sep. 15, 1998

## TRADEMARK
### PRINCIPAL REGISTER

### STARBUCKS

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: HAND-OPERATED COFFEE GRINDERS AND COFFEE MILLS, INSULATED COFFEE AND BEVERAGE CUPS, NON-PAPER REUSABLE COFFEE FILTERS, COLLAPSIBLE CUP CARRIERS AND CADDIES, NON-PAPER COASTERS, INSULATED VACUUM BOTTLES, COFFEE CUPS, TEA CUPS AND MUGS, BEVERAGE GLASSWARE, DINNERWARE DISHES, PLATES AND BOWLS, TRIVETS, STORAGE CANISTERS, NON-ELECTRIC DRIP COFFEE MAKERS, NON-ELECTRIC PLUNGER-STYLE COFFEE MAKERS, AND DECORATIVE STORAGE CONTAINERS FOR FOOD, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 11–1–1983; IN COMMERCE 11–1–1983.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75–362,654, FILED 9–24–1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: **40**

Prior U.S. Cls.: **100, 103 and 106**

**United States Patent and Trademark Office**

Reg. No. **3,235,732**
Registered May 1, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# STARBUCKS

STARBUCKS U.S. BRANDS, LLC (NEVADA LTD LIAB CO)
2525 STARBUCKS WAY
MINDEN, NV 89423

FOR: COFFEE ROASTING AND PROCESSING, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FIRST USE 12-31-1972; IN COMMERCE 12-31-1972.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-009,275, FILED 9-28-2006.

ANGELA M. MICHELI, EXAMINING ATTORNEY