# EXHIBIT 8



🇺🇸 An official website of the United States government   Here's how you know

Español  |  Other Languages 🌐



**NLRB**
**National Labor Relations Board**

☰ MENU

Home

# Case Search Results

## Starbucks Corporation

E-File     Follow

| | |
|---|---|
| **Case Number:** 18-RC-314910 | **Location:** Iowa City, IA |
| **Date Filed:** 03/27/2023 | **Region Assigned:** Region 18, Minneapolis, Minnesota |
| **Status:** Closed | |

| | |
|---|---|
| **Tally Issued Date:** 05/11/2023 | **Tally Type:** Initial |
| **Status:** Closed | **Ballot Type:** Single Labor Organization |
| **No. of Eligible Voters:** 30 | **Unit ID:** A |
| **Void Ballots:** 0 | **Votes Against:** 0 |
| **Total Ballots Counted:** 25 | **Challenges Determinative:** No |
| **Challenged Ballots:** 0 | **Reason Closed:** Certific. of Representative |
| **Votes for Labor Union:** 25 | |

**Labor Union:** Chicago and Midwest Regional Joint Board, Workers United/SEIU, affiliated with Workers United/SEIU

**Voting Unit (Unit A):** Included: All full-time and regular part-time Baristas and Shift Supervisors employed by the Employer at 228 South Clinton Street, Iowa City, Iowa 52240; Excluded: Store managers, Office Clericals, Professional Employees, and Guards and Supervisors as defined by the Act.

**Union to Certify:** Chicago and Midwest Regional Joint Board, Workers United/SEIU, affiliated with Workers United/SEIU

## Docket Activity

Items per page

10

| Date | Document | Issued/Filed By |
|---|---|---|
| 05/18/2023 | [Certification of Representative](#) | NLRB - GC |
| 05/11/2023 | Tally of Ballots* | NLRB - GC |
| 04/14/2023 | [Notice of Election](#) | NLRB - GC |
| 04/14/2023 | Stipulated Election Agreement* | NLRB - GC |
| 03/30/2023 | RD Order to Reschedule Hearing* | NLRB - GC |
| 03/28/2023 | Initial Letter to Petitioner in R case* | NLRB - GC |
| 03/28/2023 | Initial Letter to Employer in R case* | NLRB - GC |
| 03/27/2023 | [Signed RC Petition](#) | Petitioner |

The Docket Activity list does not reflect all actions in this case.

\* This document may require redactions before it can be viewed. To obtain a copy, please file a request through our [FOIA Branch](#).

## Related Documents

Related Documents data is not available.

## Allegations

Allegations data is not available.

## Participants

| Participant | Address | Phone |
|---|---|---|
| **Employer**<br>Legal Representative<br>Multer, Jacob<br>Littler Mendelson, PC | 1300 IDS Center<br>80 South 8th Street<br>Minneapolis, MN<br>55402 | (612)486-2035 |
| **Petitioner**<br>Legal Representative<br>Cervone, Robert<br>Dowd, Bloch, Bennett, Cervone,<br>Auerbach & Yokich LLP | 8 S. Michigan Avenue, Suite 1900<br>Chicago, IL<br>60603-3315 | (312)801-8848 |
| **Employer**<br>Legal Representative | 321 North Clark Street<br>Suite 1100 | (312)795-3233 |

| Participant | Address | Phone |
|---|---|---|
| Creamer, Terry  Littler Mendelson PC | Chicago, IL  60654 | |

**Employer**
Employer
Starbucks Corporation

IOWA CITY, IA
52240

**Petitioner**
Union
Chicago and Midwest Regional Joint Board, Workers United/SEIU, affiliated with Workers United/SEIU

Chicago, IL
60607

# Related Cases

Related Cases data is not available.

# Most Popular Pages

Who We Are
National Labor Relations Act
Cases & Decisions
Recent Charges & Petitions Filings
The Law
The Right to Strike
Case Search
Contact Us
Frequently Asked Questions

# Other Language Publications

Español - Spanish
العربية - Arabic
中文 (繁體中文) - Chinese (Traditional)

中文 (简体中文) - Chinese (Simplified)
Français - French
Kreyòl ayisyen - Haitian Creole
हिंदी - Hindi

Hmong - Hmong
한국어 - Korean
Polski - Polish
Português - Portuguese
ਪੰਜਾਬੀ - Punjabi

| | | |
|---|---|---|
| Русский - Russian | Tagalog - Tagalog | Tiếng Việt - Vietnamese |
| Somali - Somali | اردو - Urdu | |

## Connect With NLRB

**NLRB Subscription Updates**  **Download NLRB Mobile App**





National Labor Relations Board

Site Map | Policies | OpenGov | USA.gov | FOIA | Privacy | No Fear Act

**About**
Rights We Protect
What We Do
Who We Are

**Resources**
Inspector General
Fact Sheets
Fillable Forms
Related Agencies
E-file via SecureRelease
Section 508
Employee Rights Poster

**Other**
Site Feedback
FAQ
Contact Us