# EXHIBIT 11

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Sunday, October 15, 2023 5:01 PM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: |

Hi Social Care,

Please see the below customer comment.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** ▮▮▮▮▮▮ ███ Redacted ███
**Sent:** Sunday, October 15, 2023 11:47 AM
**To:** press@starbucks.com
**Subject:**

Some people who received this message don't often get email from ███ Redacted ███. Learn why this is important

Email Originated Externally

Hello. I would love to know how it is possible that you support a terrorist organization - Hamas. How can it be? They killed people here, quantities of people, children, women, babies!!! Babies!!! do you understand Do you even see what is happening? . And it's a shame to know that you support them, and that we will stop using your products, I just bought a lot of your capsules. Too bad.

**From:**        Speaker Requests <speakerrequests@starbucks.com>
**Sent:**        Monday, October 16, 2023 1:57 PM
**To:**        DL-CSS
**Subject:**     FW:  ISRAEL  GAZA WAR

Hello!
Michael Haddad advised that this group could take a look at this. Could someone look at the below email received to Speaker Requests inbox and handle?

Thank you,
Allison

**From:** Redacted
**Sent:** Saturday, October 14, 2023 11:34 AM
**To:** Speaker Requests <speakerrequests@starbucks.com>
**Subject:** RE: ISRAEL GAZA WAR

Ladies and Gentlemen!

I am a long time customer as well as all my family members but i will be
trashing all my starbucks products and shredding gift cards (don't even deserve
to be given away or re-gifting)

The WAR IN ISREAL IS REAL AND YOU IDIOTS SUPPORT HAMMAS THE TERROR
ORGANIZATION THAT KILLS ALL PEOPLE NOT JUST JEWISH PEOPLE BUT ALL
HUMANS.

YOU SHOULD BE ASHAMED OF YOURSELVES FOR NOT STANDING UP FOR ISRAEL!!!
YOUR EXTREMELY EXPENSIVE COFFEE IS BOUGHT BY JEWISH POPULATION 80%
JEWISH COMMUNITIES SUPPORT YOU IDIOTS FINANCIALLY and YOU HAVE THE
NERVE TO ADVACATE FOR PALISTINE!!!!!

BUT IT'S OK BECAUSE!!!!

I WILL MAKE SURE AND I GUARATEE EVERY SOCIAL MEDIA INCLUDING OTHER
COUNTRIES WILL SEE YOUR POSTS DEFENDING PALESTINE aka HAMMAS

YOU ARE NOT ONLY GOING TO CLOSE YOUR SAN FRANCISCO STORES BECAUSE OF CRIME
that you promote and subsidize
BUT YOU WILL ALSO CLOSE ALL OTHER STORES

**From:** @Starbucks Press <StarbucksPress@edelman.com>
**Sent:** Friday, October 13, 2023 8:51 AM
**To:** DL-SocialCare
**Cc:** StarbucksPress@edelman
**Subject:** FW: !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!Pro-Hamass palestinian wish to see you in gaza
**Attachments:** star.jpg

Hi Social Care,

Forwarding the below customer email.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** <span style="background:black;color:white">Redacted</span>
**Sent:** Friday, October 13, 2023 6:14 AM
**To:** press@starbucks.com
**Subject:** !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!Pro-Hamass palestinian wish to see you in gaza

Some people who received this message don't often get email from <span style="background:black;color:white">Redacted</span> Learn why this is important

**Email Originated Externally**

Pro-Hamass palestinian wish to see you in gaza!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!



ועד עובדי סטארבקס. צילום: פייסבוק

אוכל / **חדשות האוכל**

# עובדי רשת בתי הקפה המפורסמת: "סולידריות עם פלשתין"

ארגון עובדי סטארבקס ארה"ב, המייצג כ-9,000 אנשים, פרסם פוסט ב-X שמביע סולידריות עם המעשים של חמאס והשתתף בהפגנות פרו-פלשתיניות • פוליטיקאים גינו: "אם אתם

**From:** @Starbucks Press <StarbucksPress@edelman.com>
**Sent:** Monday, October 16, 2023 4:36 PM
**To:** DL-SocialCare
**Cc:** @Starbucks Press
**Subject:** Fw:

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Minami

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** Redacted
**Sent:** Monday, October 16, 2023 1:21 PM
**To:** press@starbucks.com <press@starbucks.com>
**Subject:**

Email Originated Externally

A
 mother whose family was kidnapped to the Gaza
Strip: "I saw Dafna sitting on a mattress and
crying" For over a week Shimain Tzin has been
waiting for answers about her family who were
kidnapped from Nahal Oz to Gaza. Her ex-husband
Noam Eliakim, who injured
 his leg, and their two daughters Dafna and Ella.
"I demand that they contact me, now, and tell me
what's going on," she says. Along with them,
Eliakim's partner and his 17-year-old son, whose
death was reported yesterday, were also
kidnapped. Redacted

**From:**             @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**              Friday, October 13, 2023 12:22 PM
**To:**                DL-SocialCare
**Cc:**                StarbucksPress@edelman
**Subject:**        FW: [SPAM] to your attention

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** [Redacted]
**Sent:** Friday, October 13, 2023 11:05 AM
**To:** press@starbucks.com; partnerships@starbucks.com
**Subject:** [SPAM] to your attention

**Email Originated Externally**

Hello,
It is being circulated in the media that Starbucks supports Hamas's actions in Israel. It is appalling that a company like yours (who we liked until now) stands by terrorism, the killing of many many innocent lives.

Please issue a statement condemning these acts of terrorism.

[Redacted]
And millions of others whose hearts are broken.

[Redacted] ASLA, PLA
Associate Partner

[Redacted]

[Redacted]

Redacted

**From:**         @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**         Saturday, October 14, 2023 1:55 PM
**To:**           DL-SocialCare
**Cc:**           @Starbucks Press
**Subject:**      FW: 9000 Starbucks employees in favor of Hamas

Hi Social Care,

Please see the below customer comment.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** ▉▉▉▉▉    Redacted    ▉▉▉▉▉
**Sent:** Saturday, October 14, 2023 10:11 AM
**To:** press@starbucks.com
**Subject:** 9000 Starbucks employees in favor of Hamas

Some people who received this message don't often get email from ▉▉▉ Redacted ▉▉▉    Learn why this is important

**Email Originated Externally**

Good afternoon,

You should not let your employees wear Starbucks tee-shirts when the are in favor of a terrorist country.
No more Starbuck for me and mine.
You should terminate everyone of them for using your companies name for a cause.

Too bad, so sad,

Sent from my T-Mobile 5G Device

**From:**          @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**          Saturday, October 14, 2023 10:08 AM
**To:**            DL-SocialCare
**Cc:**            @Starbucks Press
**Subject:**       FW: Anti-Israel Union Members

Hi Social Care,

Please see the below customer comment.


Starbucks Media Relations
Email: press@starbucks.com
Hotline: 206-318-7100



-----Original Message-----
From: ██████████ Redacted ██████████
Sent: Saturday, October 14, 2023 6:36 AM
To: press@starbucks.com
Subject: Anti-Israel Union Members

[Some people who received this message don't often get email from ████ Redacted ████ Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally


It is noted by all customers what your employees think about unprovoked violence against men, women, children and babies who were massacred in Israel. Coffee will taste better elsewhere.

Sent from my iPhone

**From:**             @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**              Sunday, October 15, 2023 1:24 AM
**To:**                 DL-SocialCare
**Cc:**                 @Starbucks Press
**Subject:**        FW: App and store

Hi Social Care,

Please see the below customer comment.


**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100


**From:** [Redacted]
**Sent:** Saturday, October 14, 2023 6:15 PM
**To:** press@starbucks.com
**Subject:** App and store

Some people who received this message don't often get email from [Redacted]   Learn why this is important

**Email Originated Externally**

I uninstalled your app and will never support your business again. You have stood behind genocide.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:**          @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**          Sunday, October 15, 2023 1:23 AM
**To:**            DL-SocialCare
**Cc:**            @Starbucks Press
**Subject:**       FW: BOYCOT

Hi Social Care,

Please see the below customer comment.


Starbucks Media Relations
Email: press@starbucks.com
Hotline: 206-318-7100



-----Original Message-----
From: ██████████████Redacted██████████████
Sent: Saturday, October 14, 2023 10:02 PM
To: press@starbucks.com
Subject: BOYCOT

[Some people who received this message don't often get email from ████████Redacted████████. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally


This was the silver lining we all needed as Americans. I hope your company sinks, and fails. Kiss my ass Starbucks!

Signed-

Millions & millions of Americans

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Saturday, October 14, 2023 6:58 PM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: boycott Starbucks |

Hi Social Care,

Please see the below customer comment.


Starbucks Media Relations
Email: press@starbucks.com
Hotline: 206-318-7100



-----Original Message-----
From: ████████████Redacted████████████
Sent: Saturday, October 14, 2023 2:06 PM
To: press@starbucks.com
Subject: boycott Starbucks

[Some people who received this message don't often get email from ████████Redacted████████ Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally


With Starbucks employees issuing a statement on pro- palestinean in the aftermath of Hamas brutally murdering 1200 israelis, we will be stopping all our Starbucks purchasing

████████Redacted████████

1

**From:** @Starbucks Press <StarbucksPress@edelman.com>
**Sent:** Sunday, October 15, 2023 1:25 AM
**To:** DL-SocialCare
**Cc:** @Starbucks Press
**Subject:** FW: Boycotting Starbucks

Hi Social Care,

Please see the below customer comment.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** ████████ Redacted ████████
**Sent:** Saturday, October 14, 2023 5:53 PM
**To:** press@starbucks.com
**Subject:** Boycotting Starbucks

Some people who received this message don't often get email from ████ Redacted ████. Learn why this is important

**Email Originated Externally**

I will never visit Starbucks again. You are supporting Hamas terrorists. These scum make ISIS look like children

**From:**       @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**       Friday, October 13, 2023 2:00 PM
**To:**         DL-SocialCare
**Cc:**         @Starbucks Press
**Subject:**    FW: Coffee

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

-----Original Message-----
From: ███████ Redacted ███████
Sent: Friday, October 13, 2023 1:59 PM
To: press@starbucks.com
Subject: Coffee

[Some people who received this message don't often get email from ███████ Redacted ███████ Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally


You stand with Hamas, I buy my coffee elsewhere.  Whatever opinion you espouse you will alienate half or more of your customers.  It amazes me you remain in business.

Sent from my iPhone

**From:**     @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**     Sunday, October 15, 2023 12:16 PM
**To:**       DL-SocialCare
**Cc:**       @Starbucks Press
**Subject:**  FW: Confused & disappointed

Hi Social Care,

Please see the below customer comment.

Starbucks Media Relations
Email: press@starbucks.com
Hotline: 206-318-7100

-----Original Message-----
From: [Redacted]
Sent: Sunday, October 15, 2023 8:48 AM
To: press@starbucks.com
Subject: Confused & disappointed

[Some people who received this message don't often get email from [Redacted] Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally

Good day to you.
First off, was surprised you only have an email for press, but not for customers ( only phone number during bankers hours. must be nice only having situations during those hours!). But maybe I didn't search hard enough. My SB app sure didn't help!
I just found out about the pro Hamas position if the SB Union and as a customer who is passionate about your teas and "goodies" and my niece who loves all drinks and goodies Starbucks, I'm not sure that I can continue to support/ being a customer of such a position. I'll need to share this info with my neice and friends. I certainly would like to know the company's official position, I guess.  What happened to businesses doing what they are supposed to do? Keep their noses out of of politics and not expressing opinions.
I look forward to hearing back from you, if possible.
Sincerely, [Redacted]

Sent from my iPhone

**From:**          Investor Relations <InvestorRelations@starbucks.com>
**Sent:**          Sunday, October 15, 2023 2:59 PM
**To:**            DL-CSS
**Subject:**       FW: Does Starbucks support Hammas?

**Investor Relations**
**STARBUCKS COFFEE COMPANY**

---

**From:** ███████████ Redacted █████████
**Sent:** Friday, October 13, 2023 7:05 AM
**To:** Investor Relations <InvestorRelations@starbucks.com>
**Subject:** Does Starbucks support Hammas?

Please respond and address the below



**Boston Starbucks Workers United**
@BostonSBWU

We stand in solidarity with the people of Palestine and condemn the IDF for senselessly and viciously bombing, murdering, and injuring innocent Palestinians, as well as for creating and funding Hamas in the 80s to discourage Palestinian solidarity. twitter.com/workersunited/...

Twitter

Sent from my iPhone

1

**From:**          Jacqui Wetherly <jwetherl@starbucks.com>
**Sent:**          Monday, October 16, 2023 3:53 AM
**To:**            Starbucks Executive Support
**Subject:**       FW: Drinking a cup of Starbucks is drinking a cup of Jewish blood



**Jacqui Wetherly | Director of Sustainability**
**Starbucks Coffee Company UK**
Building 4 | Chiswick Park | 566 Chiswick High Road | London | W4 5YE
Mobile : +44 7932 745300

I'm proud to wear the Greener Apron

*Please consider the environment before printing this e-mail*



---

**From:** ████████████ Redacted ████████████
**Sent:** Monday, October 16, 2023 5:51 AM
**To:** Jacqui Wetherly <jwetherl@starbucks.com>; rwilliams@starbucks.com
**Subject:** Fwd: Drinking a cup of Starbucks is drinking a cup of Jewish blood


Date: Mon, 16 Oct 2023 at 7:42
Subject: Drinking a cup of Starbucks is drinking a cup of Jewish blood


https://www.israelnationalnews.com/news/378540?utm_source=email&utm_medium=social&utm_campaign=share
It is with a heavy heart that the Orthodox Jewish Chamber of Commerce, along with our esteemed partners, calls for a widespread boycott of Starbucks. Opinion.

**From:**          @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**          Saturday, October 14, 2023 10:09 AM
**To:**            DL-SocialCare
**Cc:**            @Starbucks Press
**Subject:**       FW: Equating Israel and Hamas

Hi Social Care,

Please see the below customer comment.


Starbucks Media Relations
Email: press@starbucks.com
Hotline: 206-318-7100



-----Original Message-----
From: [Redacted]
Sent: Saturday, October 14, 2023 6:46 AM
To: press@starbucks.com
Subject: Equating Israel and Hamas

[Some people who received this message don't often get email from [Redacted] . Learn why this is
important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally


My extended family and I are longtime fans of the coffees you brew. But all of us have committed to boycotting our local
SB stores until you apologize for your egregious statement on the terrorist assault on Israel. Please do this: read that
statement, then watch a video of what Hamas did: killing children, killing families, killing hindreds of young people at a
peace concert. As barbaric as ISIS and the Nazis. And they killed many non-Israelis. Now read that statement again. I love
your products but SB's failure to call out evil-or to just keep its corporate mouth shut, is beyond the pale. Apologize.

Sent from my iPhone

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Thursday, October 12, 2023 2:47 PM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Gaza |

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** ████████ Redacted ████████
**Sent:** Thursday, October 12, 2023 2:35 PM
**To:** press@starbucks.com
**Subject:** Gaza

Email Originated Externally

Will no longer buy starbucks products due to your support of Palestinian terror!!

1

**From:** @Starbucks Press <StarbucksPress@edelman.com>
**Sent:** Friday, October 13, 2023 7:55 PM
**To:** DL-SocialCare
**Cc:** @Starbucks Press
**Subject:** FW: Goodbye, you anti-Semitic bastards!

Hi Social Care,

Please see the below customer note.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** [Redacted]
**Sent:** Friday, October 13, 2023 4:29 PM
**To:** press@starbucks.com
**Subject:** Goodbye, you anti-Semitic bastards!

Some people who received this message don't often get email from [Redacted]. Learn why this is important

Email Originated Externally

After your "X" post in support of baby-beheading, mass-murderous Palestinian terrorists, I and my family will never again set foot in a Starbucks location for any reason.  Your post was utterly despicable and disgusting.  Goodbye and good riddance.

[Redacted]
Oklahoma City OK

1

**From:**          @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**          Friday, October 13, 2023 1:14 PM
**To:**            DL-SocialCare
**Cc:**            @Starbucks Press
**Subject:**       FW: Hamas is a Terrorist Organization

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** [Redacted]
**Sent:** Friday, October 13, 2023 1:07 PM
**To:** press@starbucks.com
**Subject:** Hamas is a Terrorist Organization

**Email Originated Externally**

Hello
Starbucks My name is [Redacted] I'm 36 years old from Carver Minnesota And I heard You Guys Support Hamas Really????
Hamas is a Terrorist Organization that Kills Innocent Israelis and Palestine ᴘs is a Terrorist State
I will no longer buy at Starbucks Anymore And I Stand with Israel 100%
ILILILILILILILUMUMUMUMUMUMUM
[Redacted]

Shame on you Starbucks

**From:** @Starbucks Press <StarbucksPress@edelman.com>
**Sent:** Friday, October 13, 2023 11:01 AM
**To:** DL-SocialCare
**Cc:** StarbucksPress@edelman
**Subject:** FW: Hamas

Hi Social Care,

Forwarding the below customer email.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** [Redacted]
**Sent:** Friday, October 13, 2023 10:55 AM
**To:** press@starbucks.com
**Subject:** Hamas

Some people who received this message don't often get email from [Redacted]. Learn why this is important

Email Originated Externally

I have been a loyal customer for years. I go and get coffee and a breakfast sandwich everyday. It saddens me how your company is supporting brutally. No human beings should be treated like the butchery taking place. Hamas are terrorist and treat their own people poorly. I can never go back to your establishment again. I'm so sad.
I have $100 dollars on my gift card that I will not use. Shame on you.
[Redacted]

1

**From:**        @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**        Monday, October 16, 2023 11:23 AM
**To:**          DL-SocialCare
**Cc:**          @Starbucks Press
**Subject:**     FW: hello

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Richie

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ▉▉▉ Re ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Sent:** Monday, October 16, 2023 10:17 AM
**To:** press@starbucks.com
**Subject:** hello

Some people who received this message don't often get email from ▉▉▉▉▉ Redacted     Learn why this is important

**Email Originated Externally**

Hello
So I found out that you support the Hamas and the Palestines dutings this war.
It's very nice that you can critisize us and have an opinion on what's going on' while you are far away from here. I wonder how you would feel if people would break into your house in the middle of the night, shoot your children and kidnap your parents.
They came for us, by surprise, attacked innocent people' children, old people, famillys... they shot, raped, attacked amd stole. So you tell me now, your country wouldnt react for something like that? they send rockets every few months, our childern live in fear all the time. what I'm walking on the streets in MY country and I hear arabic I'm scared. So you tell me now why you are supporting them? Wht egypt dosnt  help them? The closed the gate so no one will trasfer!!!!
Please please listen to both sides and do not support terrorism because one day they will spread all over the world.

Thank you
Redact

**From:**     @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**     Monday, October 16, 2023 1:47 PM
**To:**       DL-SocialCare
**Cc:**       @Starbucks Press
**Subject:**  FW: I am disgusted

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Richie

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ▇▇▇▇▇ Redacted ▇▇▇▇▇
**Sent:** Monday, October 16, 2023 12:42 PM
**To:** press@starbucks.com
**Subject:** I am disgusted

Some people who received this message don't often get email from ▇▇▇ Redacted ▇▇▇   Learn why this is important

**Email Originated Externally**

How dare Starbucks be sympathetic to a terror organization?
Was your son or daughter murdered?  I didn't think so.
Shame on you!

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Monday, October 16, 2023 2:02 PM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: inquiry |

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Richie

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ████████ Redacted ████████
**Sent:** Monday, October 16, 2023 12:59 PM
**To:** press@starbucks.com
**Subject:** inquiry

Some people who received this message don't often get email from ███ Redacted ███  Learn why this is important

**Email Originated Externally**

I recently saw a screen shot of a group of Starbucks employees supporting the Palestinian fighters that attacked Israel. I'm surprised your company would support any fighting, other than perhaps in imminent defense.

██ Redacted ██
██ Redacted ██ CO

**From:** @Starbucks Press <StarbucksPress@edelman.com>
**Sent:** Friday, October 13, 2023 12:24 PM
**To:** DL-SocialCare
**Cc:** StarbucksPress@edelman
**Subject:** FW: Israel Issue

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** [Redacted]
**Sent:** Friday, October 13, 2023 11:49 AM
**To:** press@starbucks.com
**Subject:** Israel Issue

**Email Originated Externally**

Hello,

It appears that Starbucks employees are supporting Hamas and terrorism.  What is Starbucks doing to address this?  I am deeply offended that Starbucks would support terrorism.


[Redacted] Esq.
[Redacted]

*Please keep in mind that I am frequently out of the office due to the nature of litigation.  If you do not receive a response from me within 24 hours please re-send your email.  For immediate assistance, please contact the office or email my paralegal/office manager,* [Redacted] *Thank you!*

This email and any files transmitted with it are confidential, may be legally privileged and are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately. This message contains confidential and potentially legally privileged information and is intended only for the individual named. If you are not the named addressee you should not review, disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited and may result in legal action against you. U.S. TREASURY CIRCULAR 230 NOTICE: Any tax advice contained in this communication (including any attachments) is/was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding taxes or penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing, or recommending to another party any tax-related matter addressed herein.
BE CONSCIOUS AND THINK GREEN!

**From:**       @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**       Monday, October 16, 2023 8:57 AM
**To:**         DL-SocialCare
**Cc:**         @Starbucks Press
**Subject:**    FW: No longer shopping

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ████████████ Redacted ████████████
**Sent:** Sunday, October 15, 2023 9:16 PM
**To:** press@starbucks.com
**Subject:** No longer shopping

**Email Originated Externally**

It seems that your employees support the brutal murder and barbaric crimes against jews, therefore, I no longer feel safe using your products.  Saying no to antisemitism.
█Red██

**From:**          @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**          Friday, October 13, 2023 8:34 AM
**To:**            DL-SocialCare
**Cc:**            StarbucksPress@edelman
**Subject:**       FW: Of course in the midst of you supporting terrorists you aren't taking any emails. Really?

Hi Social Care,

Forwarding the below customer email.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

-----Original Message-----
From: ███████ Redacted ███████
Sent: Thursday, October 12, 2023 8:45 PM
To: press@starbucks.com
Subject: Of course in the midst of you supporting terrorists you aren't taking any emails. Really?

[Some people who received this message don't often get email from ███ Redacted ███. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally

I will never ever set foot in a Starbucks again and I will get a refund for the auto fill that just happened.
From being cop haters and all other kinds of irrational crazy views culminating in support for terrorists.  I can't believe I tolerated you this long.

I will get my refund.
I supported you.
But now we know - you are the enemy.
███ Redacted ███

1

**From:** @Starbucks Press <StarbucksPress@edelman.com>
**Sent:** Thursday, October 12, 2023 3:35 PM
**To:** DL-SocialCare
**Cc:** StarbucksPress@edelman
**Subject:** FW: Photo from ▮Redacted▮
**Attachments:** IMG-20231012-WA0005.jpg

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** ▮Redacted▮
**Sent:** Thursday, October 12, 2023 3:20 PM
**To:** press@starbucks.com
**Subject:** Photo from ▮Redacted▮

> Email Originated Externally

Is this true?

Thank you.

▮Redacted▮
▮Redacted▮
▮Redacted▮

# Starbucks Workers Union Celebrates Hamas Attacks on Jews

Starbucks Workers United labor union, which represents 9,000 baristas, expressed solidarity with Hamas terrorists and the attacks on Israel.



**By Chuck Ross – Free Beacon.com**

Right - my fellow Jews - no more @starbucks for us!!! Do not give them a penny of your money!!!!

**From:**      @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**      Friday, October 13, 2023 8:35 AM
**To:**      DL-SocialCare
**Cc:**      StarbucksPress@edelman
**Subject:**      FW: Political garbage at Starbucks

Hi Social Care,

Forwarding the below customer email.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** Redacted
**Sent:** Thursday, October 12, 2023 10:04 PM
**To:** press@starbucks.com
**Subject:** Political garbage at Starbucks

Some people who received this message don't often get email from Redacted . Learn why this is important

**Email Originated Externally**

It had been brought to my attention today and yesterday, that starbucks is standing behind Hamas and opposing Israel. I spend a ton of money there every day.  If THIS is true,  I will never darken your doors again and that makes me very very sad because some of my very favorite people work at the Fairhaven parkway starbucks.
However I absolutely will not patronize ANY company that has such HATEFUL beliefs.

Redacted

**From:**       @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**       Saturday, October 14, 2023 10:32 AM
**To:**          DL-SocialCare
**Cc:**          @Starbucks Press
**Subject:**    FW: politics

Hi Social Care,

Please see the below customer comment.


**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100


**From:** <span style="background:black;color:white">Redacted</span>
**Sent:** Saturday, October 14, 2023 7:31 AM
**To:** press@starbucks.com
**Subject:** politics

معرفة سبب أهمية هذه الملاحظة <span style="background:black;color:white">Redacted</span> لا يحصل بعض الأشخاص الذين تلقوا هذه الرسالة غالباً على بريد إلكتروني من

**Email Originated Externally**

This is the first day of my boycott of Starbucks after I saw that you support Israel at the expense of Palestine and that you do not look at both sides in this war, and I do not think it is a war because it is self-defense. Also, why does an international coffee shop interfere in politics? You only have to sell coffee. I have been drinking your coffee for 10 years and I thought I was... I will drink it for the rest of my life, but by doing this, I am announcing my boycott of Starbucks and please do not interfere in politics, and fuck you.

Sincerely.

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Monday, October 16, 2023 8:56 AM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: Promotion of rape & murder |

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ████████ Redacted ████████
**Sent:** Friday, October 13, 2023 4:16 PM
**To:** press@starbucks.com
**Subject:** Promotion of rape & murder

Email Originated Externally

Due to the fact that the Starbucks union is siding with Hamas in solidarity, a group that promotes the destruction of Christians and Jewish people thru death, rape, and murder, my husband and I will no longer patronize your business and encourage others to follow suit!

Redacted

1

**From:**          @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**          Friday, October 13, 2023 7:49 PM
**To:**            DL-SocialCare
**Cc:**            @Starbucks Press
**Subject:**       FW: Recent events

Hi Social Care,

Please see the below customer note.


Starbucks Media Relations
Email: press@starbucks.com
Hotline: 206-318-7100



-----Original Message-----
From: █████████ Redacted █████████
Sent: Friday, October 13, 2023 2:51 PM
To: press@starbucks.com
Subject: Recent events

[Some people who received this message don't often get email from ███ Redacted ███. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally


Dear Starbucks Company,
I love your coffee- especially the blonde roast- it reliably gives me the jolt i need w a wonderful flavor.
My daughter loves your cold teas.
My favorite drink is the vegan oat milk one in the summer.
And it's with great disappointment that i inform you i will never, ever buy any product from you again. Neither will my family. Nor friends. And when we have our giant office meetings, we will no longer be bringing in your boxes.
Your preference to not speak out against your barista union is unconscionable. Knowing i ingested drinks prepared by baristas without conscience, or morals, who condone-loudly- the killing of innocent civilians because they are Jews, makes me wish i could eliminate every drink from my body.
Just thought you'd like to know.


Sent from my iPhone

**From:** @Starbucks Press <StarbucksPress@edelman.com>
**Sent:** Monday, October 16, 2023 12:19 PM
**To:** DL-SocialCare
**Cc:** @Starbucks Press
**Subject:** FW: Shame

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Richie

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

-----Original Message-----
From: <span>Redacted</span>
Sent: Monday, October 16, 2023 11:14 AM
To: press@starbucks.com
Subject: Shame

[Some people who received this message don't often get email from <span>Redacted</span>. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally

Shame on you supporting Hamas, coffee is about coffee, never going to be your customer again and I have been loyal for years

Sent from my iPhone

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 10:41 AM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Solidarity with Israel |

Hi Social Care,

Forwarding the below customer email.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ▮▮▮▮▮ Redacted ▮▮▮▮▮
**Sent:** Friday, October 13, 2023 10:37 AM
**To:** press@starbucks.com
**Subject:** Solidarity with Israel

Some people who received this message don't often get email from ▮▮▮ Redacted ▮▮▮. Learn why this is important

**Email Originated Externally**

To whom it may concern,

My name is ▮▮ Redacted ▮▮ , and I am a regular Starbucks customer. Over the past year alone, I estimate my SB purchases at hundreds of dollars.

I am writing to let you know that due to the shameful support of Hamas's monsterous actions by your workers union, and in solidarity with those murdered, mutilated, raped and kidnapped in Israel, I will no longer purchase any products from you. Any company whose management or workforce supports the intentional slaughtering of civilians does not deserve anyone's money. This will stand so long as you stay silent, and others will follow.

I hope you take immediate action to rectify these actions by your union, and will appreciate a response from you.

▮▮ Redacted ▮▮
NJ, USA

1

**From:**     @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**     Saturday, October 14, 2023 6:57 PM
**To:**       DL-SocialCare
**Cc:**       @Starbucks Press
**Subject:**  FW: Standing w Hamas

Hi Social Care,

Please see the below customer comment.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** [Redacted] **On Behalf Of** [Redacte]
**Sent:** Saturday, October 14, 2023 1:39 PM
**To:** press@starbucks.com
**Subject:** Standing w Hamas

Some people who received this message don't often get email from [Redacted]. Learn why this is important

Email Originated Externally

Just so u know    U stand w Hamas I will never set foot in a Starbucks store again



Starbucks Union Championed by Bernie Sanders and AOC Celebrates Hamas Attacks
freebeacon.com

[Redacte]

[Redacted]

1

Redacted

Sent from my iPhone

**From:**              @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**              Monday, October 16, 2023 5:08 PM
**To:**                DL-SocialCare
**Cc:**                @Starbucks Press
**Subject:**           Fw: Starbucks CEO's response to Israel

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Lauren

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ████████ Redacted ████████
**Sent:** Monday, October 16, 2023 2:00 PM
**To:** press@starbucks.com <press@starbucks.com>
**Subject:** Starbucks CEO's response to Israel

[Some people who received this message don't often get email from ████ Redacted ████. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally

I am saddened and frustrated to report that I will no longer be a Starbucks customer. Upon learning of your company's response to the Israeli crisis these past weeks I have no choice but to stop drinking Starbucks and to advise all my friends and my community to do the same. To support a group of humans who are capable of such atrocities is beyond incomprehensible to me. Children - toddlers and babies included- brutally and senselessly murdered. What kind of people do you hire as managers and employees - people who would condone such horrors and sick actions. Your CEO should be ashamed to not actively speak out to support Israel's ability to defend themselves. Not good!!
████ Redacted ████

Sent from my iPhone

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 8:49 AM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Starbucks employees |

Hi Social Care,

Forwarding the below customer email.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ███████ Redacted ███████
**Sent:** Friday, October 13, 2023 5:18 AM
**To:** press@starbucks.com
**Subject:** Starbucks employees

> Some people who received this message don't often get email from ████ Redacted ████. Learn why this is important

Email Originated Externally

Why are you letting your employees hijack your brand in support of terrorist Hamas?  What is wrong with your business?  Israelis were slaughtered, raped, burnt, taken hostage by sadistic monsters and your employees, your business is showing support?  What is wrong with you?

Disgusting!  If you don't stand up to this, if you don't stand up for Israel, you will never rebound from this.

A customer no more,
Redacted

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 12:23 PM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Starbucks Press Inquiries |

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** <span style="background:black;color:white">Redacted</span>
**Sent:** Friday, October 13, 2023 11:22 AM
**To:** Press <Press@starbucks.com>
**Subject:** Re: Starbucks Press Inquiries

**Email Originated Externally**

I would add, that I went to a Chik Fil Et once, it was good enough, but that curiosity was done, I won't eat hate, and would never drink anti-semetisim.

On Fri, Oct 13, 2023 at 10:01 AM Press <Press@starbucks.com> wrote:

*Thank you for your interest in Starbucks.*

*The **Starbucks Press** mailbox is actively monitored Monday through Friday between the hours of 5am-5pm PT on non-holidays.*

*<u>If your inquiry requires a response after hours or during holidays, please call our media line at 206-318-7100.</u> Please be sure to leave a message with detailed information about your inquiry and the deadline for response. Otherwise, Starbucks will respond to inquiries on the next business day.*

*You may also find more information on your inquiry at http://news.starbucks.com or contact any of the following directly:*

- *Investor Relations: investorrelations@starbucks.com*
- *Speaker Requests: speakerrequests@starbucks.com*
- *Sponsorships: info@starbucks.com*
- *Customer Inquiries: 1-800-23-LATTE or www.starbucks.com/customer*
- *Access to multimedia (logo/video/images): http://news.starbucks.com/multimedia*

*Thank you,*

*Starbucks Media Relations Team*

**From:**          @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**          Monday, October 16, 2023 11:52 AM
**To:**            DL-SocialCare
**Cc:**            @Starbucks Press
**Subject:**       FW: Starbucks should be ashamed of Yourself.  Stand for Justice and Peace

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Richie

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100


-----Original Message-----
From:                    Redacted
Sent: Monday, October 16, 2023 10:46 AM
To: press@starbucks.com
Cc:                   Redacted
Subject: Starbucks should be ashamed of Yourself. Stand for Justice and Peace

[Some people who received this message don't often get email from        Redacted        Learn why this is
important at https://aka.ms/LearnAboutSenderIdentification ]


Email Originated Externally


I am a child of a Hollocaust survivor.  My moma is a Hollocaust survivor.  She is still alive and she relives now the horror
of extermination of the Jewish children, girls and civilians. Do you sleep at night?
If you are blind, if you are silent, you become Irrelevant just like the people who transported us to the death
concentration camps.
Where is your heart, your soul and your brain?  It the terrorist win, You are next.  Will you appease them like people
appealed the Nazis to save their own skin? Who will stand with you?
God stands with us, with Israel and with the courageous righteous people.
Should Starbucks become irrelevant?
As Judaism teaches each person is the whole world.  You have become irrelevant to my world.

**From:**          @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**          Monday, October 16, 2023 2:22 PM
**To:**            DL-SocialCare
**Cc:**            @Starbucks Press
**Subject:**       Fw: Starbucks should be ashamed of Yourself. Stand for Justice and Peace

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Minami

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** ███████ Redacted ███████
**Sent:** Monday, October 16, 2023 11:13 AM
**To:** press@starbucks.com <press@starbucks.com>
**Subject:** Starbucks should be ashamed of Yourself. Stand for Justice and Peace

[Some people who received this message don't often get email from ███████ Redacted ███████ Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally


>
> I am a child of a Hollocaust survivor.  My Mom is a Hollocaust survivor.  She is still alive and she relives now the horror of extermination of the Jewish children, girls and civilians. Do you sleep at night?
> If you are blind, if you are silent, you become Irrelevant just like the people who transported us to the death concentration camps.
> Where is your heart, your soul and your brain?  It the terrorist win, You are next.  Will you appease them like people appealed the Nazis to save their own skin? Who will stand with you?
> God stands with us, with Israel and with the courageous righteous people.
> Should Starbucks become irrelevant?
> As Judaism teaches each person is the whole world.  You have become irreleva

1

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 8:32 AM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Starbucks support for Hamas terrorists |

Hi Social Care,

Forwarding the below customer email.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ▇▇▇▇▇▇ Redacted ▇▇▇▇▇▇
**Sent:** Thursday, October 12, 2023 8:30 PM
**To:** press@starbucks.com
**Subject:** Starbucks support for Hamas terrorists

Some people who received this message don't often get email from ▇▇▇ Redacted ▇▇▇. Learn why this is important

**Email Originated Externally**

I don't plan to patronize any Starbucks franchises going forward.

----------------------------------------
▇▇ Redacted ▇▇  PhD

**From:**              @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**              Monday, October 16, 2023 12:22 PM
**To:**                 DL-SocialCare
**Cc:**                 @Starbucks Press
**Subject:**        FW: Starbucks support for terrorists

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Richie

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** [Redacted]
**Sent:** Monday, October 16, 2023 11:20 AM
**To:** press@starbucks.com
**Subject:** Starbucks support for terrorists

Some people who received this message don't often get email from [Redacted]. Learn why this is important

**Email Originated Externally**

Dear Starbucks Union
We will no longer support Starbucks in any way shape or form as the union has declared support for Terrorists being Hamas.

Howard Shultz should send all the union members to Gaza to open up coffee shops with their brothers and sisters.

You may as well say goodbye to all your Jewish customers for years.

[Redacted]

**From:**                    @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**                    Thursday, October 12, 2023 6:44 PM
**To:**                       DL-SocialCare
**Cc:**                       StarbucksPress@edelman
**Subject:**              Fw: Starbucks supporting massacre of children

Hello Social Care, forwarding the below customer email given subject matter.

Thanks,
Lauren

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ████████ Redacted ████████
**Sent:** Thursday, October 12, 2023 3:39 PM
**To:** press@starbucks.com <press@starbucks.com>
**Subject:** Starbucks supporting massacre of children

[Some people who received this message don't often get email from ████ Redacted ████ . Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally

I was shocked to see that Starbucks Union had the audacity to support the burning, slaughtering and abductions of innocent children and women in Israel. I did not expect for your company to have any political stance, as a company that wants to sell coffee to as many people as possible.
You take a lot of pride by showing that you are using fair trade with coffee but by not standing against murder of innocent people, you showed how hypocritical you really are.
I expect your company to publish a statement that is not supporting what your union issued. In the meantime, me and every Israeli will not buy from you. I also promise to do whatever I can to let social media know that you are immoral.
With zero respect

████ Redacted ████
Sent from my iPhone

**From:**     @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**     Friday, October 13, 2023 8:01 PM
**To:**      DL-SocialCare
**Cc:**      @Starbucks Press
**Subject:**    FW: Starbucks supports Hamas

Hi Social Care,

Please see the below customer note.


Starbucks Media Relations
Email: press@starbucks.com
Hotline: 206-318-7100


-----Original Message-----
From: ████████ Redacted ████████
Sent: Friday, October 13, 2023 4:41 PM
To: press@starbucks.com
Subject: Starbucks supports Hamas

[Some people who received this message don't often get email from ████ Redacted ████ . Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally


Starbucks .. u  condone baby killing. Hostage taking, kidnapping .Go to hell.  Drop dead .  Nobody I know will ever spend a dime there again .  Hope u go broke .. u are rotten bastards .   Go to hell .

Sent from my iPhone

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Sunday, October 15, 2023 12:16 PM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: STARBUCKS SUPPORTS HAMAS TERRORISTS! |

Hi Social Care,

Please see the below customer comment.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** [Redacted]
**Sent:** Sunday, October 15, 2023 8:54 AM
**To:** press@starbucks.com
**Subject:** STARBUCKS SUPPORTS HAMAS TERRORISTS!

Some people who received this message don't often get email from [Redacted]. Learn why this is important

Email Originated Externally

Your labor union is supporting Hamas terrorists who murdered over 1,300 people, most of them innocent Israeli Jewish civilians, but also non-Jewish Israelis, foreign workers and visitors to the State.   The anti-Semitism and support of a terrorist group by your employees is outrageous, vile, and reprehensible.   No Jew should patronize Starbucks - not a dime to your rotten company!

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Saturday, October 14, 2023 10:05 AM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: Starbucks Workers United supporting Hamas terrorist attack on Israel |
| **Attachments:** | IMG_0278.jpg; IMG_0277.jpg; IMG_0276.jpg; IMG_0275.jpg; 01beaf07-c05d-45ad-8a41-71798cfc32e3.jpg |

Hi Social Care,

Please see the below customer comment.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** <span style="background:black;color:white">Redacted</span>
**Sent:** Friday, October 13, 2023 10:26 PM
**To:** press@starbucks.com
**Subject:** Starbucks Workers United supporting Hamas terrorist attack on Israel

Some people who received this message don't often get email from <span style="background:black;color:white">Redacted</span>   Learn why this is important

**Email Originated Externally**

To whom this may concern,

I am writing to you from Israel.
Last Saturday, Hamas performed the most brutal, gruesome, horrific act of terrorism ever performed on humans.

In a surprise attack, on Sukot Holiday morning, the Hamas murdered over 1300 innocent civilians in the homes, many of the children, 40 of them babies!!!
Heads decapitated, entire families burnt alive in their homes.
 About 130 people have been kidnapped and taken hostage: little children, elderly women that are Ill without their medications, and young girls- raped and paraded by the terrorists in the streets of Gaza like trophies, while blood stains the pants from the rapes 😟

We have been made aware the your Workers United published your public support in the terrorist group Hamas.

https://freebeacon.com/democrats/starbucks-union-championed-by-bernie-sanders-and-aoc-celebrates-hamas-attacks/

This is of course against the law, and this is also choosing the wrong side of history.

Israelis love Starbucks. Huge fans of the brand all over the world.
We expect you to renounce these statements and stand publicly with Israel.
Israel has a right to defend itself.
Attached are some videos and footages of the attack, alongside the workers public support of Hamas.
We expect you to publicly stand with Israel.

Stand with Us.

Thank youɪʟɪʟɪʟ

https://fb.watch/nFTysPeEzf/?mibextid=cr9u03





איגוד סטארבקס, המייצג 9,000 בריסטות, מצטרף לקבוצות
ליברליות אמריקאיות אחרות המצדדות בפלסטינים. המפלגה
הסוציאליסטית הדמוקרטית של אמריקה, המונה שישה

אירוע קשה כעת בכפר עזה.
תושבת: מחבלים בתוך הקיבוץ -
חדשות רוטר









" I urge you to look at this picture and recognize that these are real people"

"I am the granddaughter of Yaffa Adar, and I am deeply concerned about her wellbeing.
My grandmother was taken to the Gaza Strip, and she is currently 85 years old. We fear she is likely suffering from severe pain, without access to essential medicine, food or water. She must be terrified and alone.

Unfortunately, we have received very little information, and our knowledge mainly comes from videos that have been circulating online. I urge you to look at this picture and recognize that these are real people -elderly civilians like my grandmother, children, women, and men —all with names and families who love them.

I urge everyone to stay awake at night, to search tirelessly for these missing individuals, and to leave no stone unturned until they are safely returned home."

**From:**       Investor Relations <InvestorRelations@starbucks.com>
**Sent:**       Friday, October 13, 2023 12:57 PM
**To:**         DL-CSS
**Subject:**    FW: Stocks


Investor Relations
STARBUCKS COFFEE COMPANY

-----Original Message-----
From: ████████ Redacted ████████
Sent: Friday, October 13, 2023 7:25 AM
To: Investor Relations <InvestorRelations@starbucks.com>
Subject: Re: Stocks

I just divested another(and my final) $10,000 of Starbucks stock. This 10,000 was in my kids' accounts so it took longer but I wanted full disclosure. Again, just ask for proof in a reply and I will send it so you know this is legitimate.

> On Oct 13, 2023, at 10:12 AM, ████████ Redacted ████████ wrote:
>
> I have just this moment divested $10,000 worth of Starbucks stock because your union stands with Hamas. I will not invest in Starbucks because you Stand with Terrorists who murder and rape babies. It goes without saying that I (as well as my extended family and friends) are also boycotting Starbucks as of today, and will instead patronize Dunkin' and Nero. I will send you the proof that I just divested if you do not believe me- just ask.

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 9:56 AM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Support for Murder, Massacre and ISIS - SHAME SHAME SHAME |
| **Attachments:** | Shme on You YOU support ISIS Starbucks.pdf |

Hi Social Care,

Forwarding the below customer email.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** ▮▮▮▮▮▮▮▮ Redacted ▮▮▮▮▮▮▮▮
**Sent:** Friday, October 13, 2023 9:12 AM
**To:** press@starbucks.com; info@starbucks.com; executive@starbucks.com
**Subject:** Fwd: Support for Murder, Massacre and ISIS - SHAME SHAME SHAME

Some people who received this message don't often get email from ▮▮▮ Redacted ▮▮▮. Learn why this is important

**Email Originated Externally**

---------- Forwarded message ---------
מאת:▮▮▮▮▮▮ Redacted ▮▮▮▮▮▮
Date: ‏יום ו' 13, באוק 2023, 14:50
Subject: Re: Support for Murder, Massacre and ISIS - SHAME SHAME SHAME
To: <kevin.johnson@starbucks.com>

בצלמו זכויות אדם ברוח יהודית
**B'Tsalmo** Human Rights in the Jewish Spirit

בצלמו

 To the  Starbucks
13/10/23
**Re: Support for Murder, Massacre and ISIS**

  1.The whole world woke up this week to a morning of horror. A horrifying massacre
of women, old children and infants. Unimaginable war crimes when Hamas terrorists
attacked Southern Israel and murdered 1,200 people, the vast
 majority of them civilinas.

 2. In addition, the terrorists kidnapped 200 civilians, including a 85-
,year-old lady
women and children including babies.

 3.The terrorists murdered captives, sexually abused female hostages and mutilated corpses.


4.The State of Israel experienced all this horror in one single day  .

5 . Why did your    chose to stand by the Nazis who massacred them instead of
standing by Israel?
6. Your silence    or condemnation of both sides constitutes support for the massacre.
Your decision not to call Hamas a terrorist organization and to mention the massacre with quotation marks is support for terrorism and evil in the world
7. History will not forgive you  !

**Shame on you**
Redacted
Redacted

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Monday, October 16, 2023 12:06 PM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: Support for terrorists |
| | |
| **Importance:** | High |

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Richie

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** [Redacted]
**Sent:** Monday, October 16, 2023 11:04 AM
**To:** press@starbucks.com
**Subject:** Support for terrorists
**Importance:** High

Some people who received this message don't often get email from [Redacted] . Learn why this is important

**Email Originated Externally**

To whom it may concern, I wish to notify you that I will no longer shop at stabucks stores. Although I have always loved your stores and your coffee, your baristas' union has come out in strong support of Hamas, a terrorist porganoisation that murders innocent peole including babies, older people, preganant mothers and children. These is barbaric acts cannot be supported in any way. If your compnat cjhoses to support this lack of humanity and callous murder, I cannot support your company.

Thank you
[Redacted]

Confidentiality Notice:  This e-mail message, including any attachments,
is  for the sole use of the intended recipient/s and may contain confidential
and privileged information.  Any unauthorized review, use, disclosure or
distribution is STRICTLY prohibited and may result in the breach of
certain  laws or infringement of rights of third parties.  If you are not the
intended recipient or this information has been inappropriately forwarded
to you, please contact the sender by reply e-mail and destroy all copies of

1

the original message.

**From:**          @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**          Saturday, October 14, 2023 10:06 AM
**To:**            DL-SocialCare
**Cc:**            @Starbucks Press
**Subject:**       FW: supporting terrorists

Hi Social Care,

Please see the below customer comment.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** [Redacted]
**Sent:** Saturday, October 14, 2023 3:54 AM
**To:** press@starbucks.com
**Subject:** Re: supporting terrorists

Some people who received this message don't often get email from [Redacted]   Learn why this is important

**Email Originated Externally**

You are a bunch of hypocrites!
How the hell does the slogan "putting people first" and your concern about communities tranlate into supporting Hammas?

Does beheading infants, raping women and taking old people hostage seem to you like a great idea that's worth supporting?

You are full of shit - nothing but green wash, people concern wash and bad tasting coffee.

I don't want to wish you and your employees a taste of what the people in Israel are going through right now, because the fear and the heartbreak are unbearable. But I seriously hope that your corporation will suffer financially for supporting Hammas.

[Redacted]

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Monday, October 16, 2023 10:30 AM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: terrorists |

Hi Social Care,

Please see the below customer email for your review.

Thanks,
Ilaria

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** ███████ Redacted ███████
**Sent:** Monday, October 16, 2023 9:47 AM
**To:** press@starbucks.com
**Subject:** terrorists

Email Originated Externally

starbucks coffee tastes like blood
starbucks spread lies about the truth
blood of killed,tortured kidnapped innocent pieceful israelis
barbaric hamas and other criminal islamists want to destroy israel out of hatred
and starbuck company supports TERRORISTS AND MURDERERS
GOD will condemn and destroy you,like GOD destroyed hitler
shame on you

Redact

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 7:48 PM |
| **To:** | DL-SocialCare |
| **Cc:** | @Starbucks Press |
| **Subject:** | FW: Update |

Hi Social Care,

Please see the below customer note.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

-----Original Message-----
From: ███████ Redacted ███████
Sent: Friday, October 13, 2023 3:27 PM
To: press@starbucks.com
Subject: Update

[Some people who received this message don't often get email from ███ Redacted ███ . Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Email Originated Externally

Hey there just letting you know I have been a loyal customer for 20 years and have probably spent tens of thousands of dollars with a Starbucks corporation or possibly into the six digits.  I saw the vile, cowardly Starbucks workers union, who actively supported terrorism where innocent women, children and babies were slaughtered.  I think that's not a great look for the corporation and it's not something I can do business with going forward, so as of now, I, and everyone who will listen to me, is stopping patronizing all Starbucks because of this vile disgustingness.  Your move. I hope you enjoy the massive anti-Starbucks movement that I'm hoping to generate.
Sincerely,
Red

| | |
|---|---|
| **From:** | @Starbucks Press <StarbucksPress@edelman.com> |
| **Sent:** | Friday, October 13, 2023 9:57 AM |
| **To:** | DL-SocialCare |
| **Cc:** | StarbucksPress@edelman |
| **Subject:** | FW: Voicemail from ▮Redacted▮, English, PartnerOperator |
| **Attachments:** | Voicemail_from_▮Redacted▮ |

Hi Social Care,

Forwarding the below customer VM.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

---

**From:** noreply@cct.starbucks.com <noreply@cct.starbucks.com>
**Sent:** Friday, October 13, 2023 9:33 AM
**To:** press@starbucks.com
**Subject:** Voicemail from ▮Redacted▮, English, PartnerOperator

> Email Originated Externally



# Connect Desktop Voicemail

To inspire and nurture the human spirit - one person, one cup and one neighborhood at a time.

Hi, Starbucks Media Relations!

You have a new voicemail from ▮Redacted▮.

Your voicemail is attached. If you have issues accessing the voicemail, please open a ticket with the Starbucks Service Desk at 888-728-9411, option 2.

**Additional Attributes**:

| | |
|---|---|
| Caller ID | ▮Redacted▮ |
| ContactID | c4066ce5-bbeb-4ad6-b802-959da2959269 |
| Dialed # | +12063187100 |

| | |
|---|---|
| Language | English |
| Method | INBOUND |
| Partner # | PARTNER ANI API FAILED |
| Partner First Name | PARTNER ANI API FAILED |
| Partner Job Name | PARTNER ANI API FAILED |
| Partner Last Name | PARTNER ANI API FAILED |
| Queue | MediaRelations_PartnerOperator_ENG |
| Ticket or Case # | New |

**Transcription**:

Hi. Um my name is ██Red██. I live in the UK. I am calling because I've been for many, many, many years, probably over a decade of an incredibly loyal customer of Starbucks, wherever I am in the world, whatever I am doing every single morning, I go and get my Starbucks coffee and I have been incredibly disappointed by the media coverage surrounding your stand or at least the stand of the Starbucks Union related to the Hamas attacks. And what I've seen is that you stand with Hamas or you, that's what the media coverage says. And I haven't seen a strong statement denying that I'm really upset. I want to know from someone within your company, what the stand is and when you guys plan on actually releasing information to let people know, I wanna call back and my UK number, my number in the UK is ██Reda██ ██Redacted██.

Regards,

The Contact Center Technology Telephony Team

**From:**  @Starbucks Press <StarbucksPress@edelman.com>
**Sent:**  Friday, October 13, 2023 7:48 PM
**To:**  DL-SocialCare
**Cc:**  @Starbucks Press
**Subject:**  FW: you supporting Hammas hamas terrorist attack

Hi Social Care,

Please see the below customer note.

**Starbucks Media Relations**
Email: press@starbucks.com
Hotline: 206-318-7100

**From:** [ Redacted ]
**Sent:** Friday, October 13, 2023 2:28 PM
**To:** press@starbucks.com
**Subject:** you supporting Hammas hamas terrorist attack

Some people who received this message don't often get email from [ Redacted ]. Learn why this is important

Email Originated Externally

I am jewish from israel I spend hundreds of dollars in starbucks in new york city and all over the states ..  you support palestine and Hammas who rap our women and killed our babys then cut their heads I hope every women in head quarters in starbucks get rap and all the men who support them get the worst death from God . you will pay you peace of shits . I will never buy coffee at starbucks ever again I swear , you are the same killers .

**From:** ▮▮▮▮▮▮▮▮▮▮▮ Redacted ▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, October 13, 2023 9:12 AM
**To:** Press; Info; Starbucks Executive Support
**Subject:** Fwd: Support for Murder, Massacre and ISIS - SHAME SHAME SHAME
**Attachments:** Shme on You YOU support ISIS Starbucks.pdf

---------- Forwarded message ---------
מאת:▮▮▮▮▮▮▮▮ Redacted ▮▮▮▮▮▮▮▮
Date: יום ו׳, 13 באוק׳ 2023, 14:50
Subject: Re: Support for Murder, Massacre and ISIS - SHAME SHAME SHAME
To: <[kevin.johnson@starbucks.com](mailto:kevin.johnson@starbucks.com)>

**From:**              Redacted
**Sent:**              Wednesday, October 11, 2023 7:53 PM
**To:**                Starbucks Executive Support
**Subject:**           Palestine

I just heard a news message that Starbucks is aligning themselves with Palestine against Israel after the brutal death of many Israelis by Hamas I'm hoping this is not true. What say you?

| | |
|---|---|
| **From:** | Redacted |
| **Sent:** | Thursday, October 12, 2023 5:56 AM |
| **To:** | Press EMEA; PRO UK enquiries; MarketingUK; Info; Starbucks Executive Support; Jacqui Wetherly; rwilliams@starbucks.com; jculver@starbucks.com; kevin.johnson@starbucks.com |
| **Cc:** | Redacted |
| **Subject:** | RE: SUPPORT FOR HAMAS |

Hello,

My name is Redacted and I have been a die hard customer of Starbucks for probably the last 15 years. No matter where I am in the world, if possible I get to a Starbucks every single day to get my daily dosage of your coffee. My friends and family all know this and I often get to know all the employees at the local stores. I have always been incredibly loyal to your brand. My Starbucks account is linked to the email I'm using above, so you can check my purchases for yourself. However, I have in the last few days noticed media coverage detailing your support of Hamas!!! I have seen signs showing your solidarity with Hamas which is currently obviously known to be a terrorist group that has butchered, burned, raped and mutilated over a thousand Israelis in the last few days. They have placed their own civilians in harms way and could care less if Palestinians die for the cause.

If you are indeed in support of these savage and inhumane animals, please let me know so. If that is the case, it will be the last time I purchase anything in any of your shops. I will also go on a crazy online marketing hunt to destroy your brand. Jews have supported your brand over the last few decades, especially in highly Jewish dominated cities such as New York City and Los Angeles. If you care to not see these area plummet in sales, I highly recommend you declare your support for the innocent people in Israel who are being terrorized by the Hamas TERRORISTS.

I look forward to hearing back immediately and finding out your stance. Please feel free to call me at Redacted .

Regards,
Redacted