# EXHIBIT 12



**David Weingot** • 3rd+                    **+ Follow**    •••
Adventure-loving, impact-driven connector, prioritizing fa...
20h • Edited • 🌐

**Dunkin'** , you have my heart...and **Rivka Weingot**s. Rivka always preffered Dunkin anyhow.

If we don't see an official retraction, apology, and official statement against the Gazan Hamas grotesque bloodbath from **Starbucks Starbucks Alumni Community** starbucks workers union, by COB Thursday, Oct 12, 2023 - we will be blocking charges on our corporate Amex cards, company wide. No starbucks products to be purchased with corporate funds.

after all, bloody coffee doesn't taste good.





October 11, 2023 – 26 Tishri 5784

# Starbucks Workers Union Celebrates Hamas Attacks on Jews

Photo: Facebook

Starbucks Workers United labor union, which represents 9,000 baristas, expressed solidarity with Hamas terrorists and the attacks on Israel. **Full Story**

23 Comments   💬
                Reply

👍❤️😮 172                         44 comments • 17 reposts



**Menachem Weiss** • 3rd+     **+ Follow**   •••
Executive Director-Assistant General Counsel at J.P. M...
3h • 🌐

Small steps decent people can take to oppose terrorism and its supporters include cutting out Starbucks from your routine. Plenty of other good coffee out there and know with the change you will no longer be supporting terrorist sympathizers.



**David Weingot** • 3rd+     **+ Follow**
Adventure-loving, impact-driven connector, prioritizing fa...
20h • Edited • 🌐

**Dunkin'** , you have my heart...and **Rivka Weingot**s. Rivka always preffered Dunkin anyhow.

...see more





October 11, 2023 – 26 Tishri 5784

**Starbucks Workers Union Celebrates Hamas Attacks on Jews**



**Denise LaFronz** • 3rd+
Executive Assistant
6h • 🌐

This is why I have always been and will always be a Dunkin girl.



**David Weingot** • 3rd+
Adventure-loving, impact-driven connector, prioritizing fa...
20h • Edited • 🌐

**+ Follow**

**Dunkin'** , you have my heart...and **Rivka Weingot**s. Rivka always preffered Dunkin anyhow.

...see more



October 11, 2023 – 26 Tishri 5784

**Starbucks Workers Union Celebrates Hamas Attacks on Jews**





Hyam Singer • 3rd+

+ Follow   •••

Creative, results-oriented leader of technology organi...

8h • 🌐

I personally never liked Starbucks coffee anyway but I now vow to never, ever step foot in one of their stores again.

Here's a link to the story for those interested:
https://lnkd.in/eNwg-9ah



David Weingot • 3rd+

+ Follow

Adventure-loving, impact-driven connector, prioritizing fa...

20h • Edited • 🌐

Dunkin' , you have my heart...and Rivka Weingots. Rivka always preffered Dunkin anyhow.

...see more



October 11, 2023 – 26 Tishri 5784

**Starbucks Workers Union Celebrates Hamas Attacks on Jews**



**Eliezer Levine** • 3rd+
--
12h • 🌐

**+ Follow**   •••

I always prefered Dunkin'. I always thought starbucks was to expensive but still would get a coffee once in a while. Starbucks will never see my business again and I'll spread the word to my friends who do like Starbucks. We demand an open apology and a statement that you condemn the actions of Hamas and Palestine.



**David Weingot** • 3rd+
Adventure-loving, impact-driven connector, prioritizing fa...
20h • Edited • 🌐

**+ Follow**

Dunkin' , you have my heart...and Rivka Weingots. Rivka always preffered Dunkin anyhow.

...see more



October 11, 2023 – 26 Tishri 5784

## Starbucks Workers Union Celebrates Hamas Attacks on Jews





Charles Givre • 2nd

+ Follow

Experienced cyber security data scientist and data eng...
12h • 🌐

Why I drink tea.



David Weingot • 3rd+

+ Follow

Adventure-loving, impact-driven connector, prioritizing fa...
20h • Edited • 🌐

Dunkin' , you have my heart...and Rivka Weingots. Rivka always preffered Dunkin anyhow.

...see more





October 11, 2023 – 26 Tishri 5784

**Starbucks Workers Union Celebrates Hamas Attacks on Jews**



**Noah Levin** • 3rd+
Helping People Self Actualize @ MEOR, ex-CMO, Strat...
12h • 🌐

+ Follow    • • •

Time to **#boycottstarbucks** ?



**David Weingot** • 3rd+
Adventure-loving, impact-driven connector, prioritizing fa...
20h • Edited • 🌐

+ Follow

**Dunkin'** , you have my heart...and **Rivka Weingot**s. Rivka always preffered Dunkin anyhow.

...see more





October 11, 2023 – 26 Tishri 5784

**Starbucks Workers Union Celebrates Hamas Attacks on Jews**



Rivka Weingot • 3rd+
Providing resources to "drive your day" forward with i...
13h • 🌐

**+ Follow**   •••

dunkin tastes better anyway! Starbucks do better!



David Weingot • 3rd+
Adventure-loving, impact-driven connector, prioritizing fa...
20h • Edited • 🌐

**+ Follow**

Dunkin' , you have my heart...and Rivka Weingots. Rivka always preffered
Dunkin anyhow.

...see more





October 11, 2023 – 26 Tishri 5784

**Starbucks Workers
Union Celebrates
Hamas Attacks on
Jews**



**Mark Harrison, CPA, ABV, CFF, Esq. (Retired)** • 3rd+
Entrepreneur and Investor at Self Employed
14h • 🌐

+ Follow   •••

Starbucks

After the horrifying terrorist attack in Israel committed by Hamas which left nearly 1,000 Israelis dead and thousands wounded, a worker's union for Starbucks – known as Starbucks Workers United – shared their support for Palestine (which is backed by Hamas). Senator Rick Scott (R-FL) has called for a boycott of the store until the corporation denounces the terrorist organization.

Boycott Starbucks and sell their stock. This is not a time for silence!

👍 9



Reactions

👍 Like     💬 Comment     🔁 Repost     ✈ Send

Add a comment...

Carmit Shenker, Sc+

Sales and Operation Director | Skilled Runner of Marathons...

1d · 🌐

+ Follow

Starbucks celebrates Hamas murderers.
1200 people were brutally slaughtered, and Starbucks' employees celebrate that.
WILL YOU STAY SILENT?
WILL YOU BUY Starbucks?

Support Israel
Speak out loudly against Hamas terror
Stopped buying Starbucks

#supportIsrael
#starbucks



# Starbucks Union Championed by Bernie Sanders and AOC Celebrates Hamas Attacks

'Freeing Palestine was never going to be flowers and baby animals'



Chuck Ross
October 9, 2023





Let's connect to our inner Divine light & energy! Author, S...
12h · 🌐

**Starbucks**
**#Hamas** = **#ISIS** = **#NaziGermany**



Nate Aufrichtig · 3rd+
Healthcare Compliance Professional
13h · 🌐

☕ NOT **Starbucks**

The boycott is real.



 2

Reactions

 

Israel Business Network | HighTech שראל Startups |  Join  •••
Carmit Shpalter • 3rd+
1d • 🌐

Starbucks celebrates Hamas murdurers.
1200 people were brutally slaughtered, and Starbucks' employees celebrate that.
WILL YOU STAY SILENT?
WILL YOU BUY Starbucks?

Support Israel
Speak out loudly against Hamas terror
Stopped buying Starbucks

#supportIsrael
#starbucks



# Starbucks Union Championed by Bernie Sanders and AOC Celebrates Hamas Attacks

'Freeing Palestine was never going to be flowers and baby animals'



Chuck Ross
October 9, 2023

**Moshe Moskowitz** · 3rd
Trying to do my best to serve G-d. Building healthier lives, one class at a tim...
1d · 🌐

Again it is also important to know who is against Israel and who doesn't need our business



**Starbucks Union Championed by Bernie Sanders and AOC Celebrates Hamas Attacks**

freebeacon.com · 3 min read

 8

3 comments · 2 reposts

Reactions

       

 ▼        👍 Like        💬 Comment        ↗ Repost

   ⌐ Comment as Starbucks...                      ☺  🖼

Most relevant ▼

 **Faye Gelb, B.A., LL.B** · 3rd+                              1d ···
Lawyer | Legal Strategist | Side hustle: Podcast to empower your legal career

**Starbucks** is this your stance on Israel?

Like · 🖤 1 | Reply



**Nathan Katzenstein, Masters Cybersecurit...** • 3rd+          **+ Follow**   • • •
| Problem Solver | Analytical Thinker | Team Leader | 20+ ye...
8h • 🌐

Starbucks Shame on you. No more Starbucks for me. There are no "2 sides" to this situation.

You are either against evil, or you are evil.

#hamasIsISIS #StandWithIsrael



**AOC-Backed Starbucks Union Cheers for Hamas Terror Attacks**
townhall.com • 4 min read

 1                                                    3 reposts

VP at Kingsmen International Group
1h · 🌐

never again walking into Starbucks
no more coffee from Starbucks
I will not support Hamas 😒



1 repost



New York Plaintiff's Personal Injury Lawyer @ Zelenetsky ...
3h • 🌐

This is appalling! In response to Starbucks siding with and supporting the terrorist organization Hamas as well as all of the war crimes, murder, and torture of Israelis, I hope we all BOYCOTT STARBUCKS and drive them out of business here. Coffee should not equal terrorism, murder, torture, and genocide. There is no place for such people or such businesses that support them in our country.



### Starbucks workers union voices 'solidarity with Palestine' after Hamas attack

By Shannon Thaler

Published Oct. 12, 2023, 4:55 p.m. ET



🔵 11                                    2 comments • 1 repost



**Liza Moats** · 3rd+

BalmZ Consulting (M/W/SDVOSB)

4h · Edited · 

+ Follow   ···

A real eye opener for all Starbucks fans. Starbucks workers union voices 'solidarity with Palestine' after Hamas attack.

https://lnkd.in/eU7aqqQP

  👍 Like   💬 Comment   🔁 Repost   ✈ Send

Be the first to react



**Tim Horrell** • 3rd+
Superintendent at Skanska/ Author
9h • 🌐

+ Follow   •••

The Starbucks employee union has now issued a statement of support for Hamas. Based on the brutality of the attacks by this terrorist organization I suggest we all stop buying coffee from Starbucks. Killing innocent women, children, elderly is an act of cowardice. The brutal atrocities do not deserve any support. It is time for all civilized peoples to denounce without shame this terrorist organization.



👍 1



Yossi Ofek · 3rd+
CEO at Matics
9h · 🌐

Will never step into a Starbucks again!



**Starbucks Union Backed By Prominent Dems Claims 'Solidarity With Palestine' After Hamas Terror Attack | The Daily Wire**

dailywire.com • 3 min read

Performance Marketing Expert, B2B Growth Expert, Freel...
4h • Edited • 🌐

Are you in the US and in the mood for coffee? Avoid Starbucks!
It seems that the Starbucks Workers Union not only declared their support but
also CELEBRATED the Hamas-ISIS massacre as a heroic act of resistance!

How can anyone feel safe eating there now, knowing that the baristas support an
ISIS-like organization?! Would you go there knowing that they support the
Taliban?

Shame on you, Starbucks! I don't care if the management condemns the
statement. We won't touch your coffee or your food as long as the union doesn't
release an apology statement and ALL the workers who expressed support are let
go!

Please share this story widely so everyone knows to stay away from Starbucks!

#gaza #israel #hamasisis #istandwithisrael #amisraelchai

# Starbucks Workers Union Celebrates Hamas Attacks on Jews

Starbucks Workers United labor union,
which represents 9,000 baristas,
expressed solidarity with Hamas
terrorists and the attacks on Israel.

October 11, 2023 –
26 Tishri 5784







**amir yaffe** · 3rd+
Senior Backend developer at Rapid7
6h · 🌐

...

Are you still gonna grab a cup of coffee after this horrific act? Boycott Starbucks!!
**Starbucks** shame on you!!









**Starbucks workers union voices 'solidarity with Palestine' after Hamas attack**

nypost.com · 3 min read

 4

1 comment



**Nufar Kirmati** · 3rd+
Head of Marketing @ Galimark | B2B Technology Marketing
5h · Edited · 🌐

And the real problem we have is that **Starbucks** like many others think it is an Israeli problem, by the time the world will understand what Hamas is- a world problem, an ISIS terror organization with a mission to destory the world, it will be too late.....

**#hamasisisis**
**#wakeupworld**

---

**Lidor Sweary** · 3rd+
Experienced Marketer, Creative Thinker, Quick Planner, Responsible Doer
6h · 🌐

**Starbucks** what's new on your menu? Rapeuccino? Massacre-macchiato? Slathered latte?
Shame on you! You have 9000 workers who are potential terrorists, and billions of customers as potential victims.



**Starbucks workers union voices 'solidarity with Palestine' after Hamas attack**
nypost.com · 3 min read



**Yehuda Strauss** • 3rd+

Senior Account Executive and Sales Trainer at PeerSpot

3h • Edited • 🌐

• • •

Anti Semitism at it's finest. Us Jews and Israelis aren't going anywhere. My Starbucks app on the other hand.....

Their coffee sucks anyways











**Starbucks workers union voices 'solidarity with Palestine' after Hamas attack**

nypost.com • 3 min read

 8

4 comments • 1 repost

**Fabienne Levy** · 3rd+
Fabienne Levy
23m · 🌐

Shame on you **Starbucks** ! Anyone is free to think but as a public enterprise to celebrate Hamas attacks is below everything!





Getting the sight beyond sight @ ilyon - SQL | Python | Visualization | BI | D...

8h • 🌐

I'll never step into Starbucks ever again.

Too bad I didn't know earlier that the money I had spent over the years to have my favorite cup of coffee would be used to support those whose stated doctorine is the annihilation of the Jewish people and our allies.

Over 1,300 men, women and children were slaughtered regardless of their religious beliefs or the passport they held, by the satanic actions taken by the people you fully support.

My money will not be used to support slaughtering, raping, burning people alive and decapitating babies.

Shame on you **Starbucks**!

**#StandWithIsrael**
**#HamasIsISiS**

---

**Michel Bodenheimer** • 3rd+

Business Development, Marketing & Sales | B.Sc.

1d • 🌐

Starbucks Union supports Hamas and "Solidarity with Palestine!" after Hamas terrorists massacred more than 1,300 Israelis.

Don't give Starbucks your money.

The best thing about Starbucks anyway, was the free WiFi.

**#Starbucks**

**https://lnkd.in/dgspgcBG**



Marcom Specialist at Isotopia Molecular Imaging ltd
3h • Edited • 🌐

**Starbucks** supports Hamas.
#hamasisisis
Do your math!

# Starbucks Workers Union Celebrates Hamas Attacks on Jews

**Starbucks Workers United labor union, which represents 9,000 baristas, expressed solidarity with Hamas terrorists and the attacks on Israel.**

October 11, 2023 –
26 Tishri 5784

   



👍 1                                                                        1 comment • 2 reposts



Mariah Naomi Fershman
Treasury and Finance Professional.
13h · 🌐

**Starbucks**

*Drinking a cup of Starbucks is drinking a cup of Jewish blood*
It is with a heavy heart that the Orthodox Jewish Chamber of Commerce, along
with our esteemed partners, calls for a widespread boycott of Starbucks. Opinion.



Drinking a cup of Starbucks is drinking a cup of Jewish blood
www.israelnationalnews.com · 3 min read



**Leah Balkany** · 3rd+

Real Estate Developer at Citi Builders NY LLC | Licensed Real Estate Broker

22h · Edited · 🌐

· · ·

*BOYCOTT!*

These are the stores who support Gaza and terror:

Starbucks

Sephora

Lush

Hugo boss

Turkish airlines

gela

Charlotte tilbury

Huda beauty

Shein

*PLEASE SHARE! *

 132

57 comments · 36 reposts



Unsist
18h • Edited • 🌐

**Starbucks** Stop employing terror supporters immediately!

There are much better coffees! Don't spend your money at **Starbucks**!



**Michel Bodenheimer** • 3rd+
Business Development, Marketing & Sales | B.Sc.
3d • 🌐

Starbucks Union supports Hamas and "Solidarity with Palestine!" after Hamas
terrorists massacred more than 1,300 Israelis.
Don't give Starbucks your money.
The best thing about Starbucks anyway, was the free WiFi.
#Starbucks
https://lnkd.in/dgspgcBG

👍 2

| 7x mother | exploring the obvious invisible of life|
17h • Edited • 🌐

Boycott **Starbucks** !

If you drink at Starbucks

you drink hate,

you fund hate,

You give legitimacy to hate,

You talk to haters (the union represents over 9,000 employees),









👍❤️😮 28

14 comments • 7 reposts