## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| STARBUCKS CORPORATION,<br><br>          Plaintiff,<br><br>v.<br><br>WORKERS UNITED d/b/a STARBUCKS WORKERS UNITED, CHICAGO AND MIDWEST REGIONAL JOINT BOARD, INC., and IOWA CITY STARBUCKS WORKERS UNITED,<br><br>          Defendants. | Case No. 3:23-cv-00068-SHL-SBJ<br><br><br><br>**DOUGLAS H. HALLWARD-DRIEMEIER'S MOTION FOR ADMISSION *PRO HAC VICE*** |

### A. Applicant's Information and Certification

Pursuant to Southern District of Iowa Local Rule 83(d)(3) and (4), I, Douglas H. Hallward-Driemeier, respectfully move to appear *pro hac vice* for the purpose of appearing as counsel on behalf of, Plaintiff Starbucks Corporation, in the above case. In support of this motion, the undersigned states:

1.      I am admitted to practice and in good standing in the following United States District Court and/or a state's highest court:  District of Columbia, Bar Id: 994052, and Massachusetts, Bar Id: 627643.

2.      I have never been disbarred, suspended, or received any discipline in any state or federal courts, and no complaints or disciplinary matters are pending against me.

3.      I agree to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice law in the state courts of Iowa and comply with the Local Rules.

4.      I agree to comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Jeffrey D. Harty, an attorney admitted to practice law in this district and who has entered an appearance in this case.

5.      I agree to pay the applicable required fee electronically.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for appearing in this case.


Dated:  November 20, 2023                    Respectfully submitted,

                                             */s/ Douglas H. Hallward-Driemeier*
                                             Douglas H. Hallward-Driemeier (*pro hac vice*)
                                             ROPES & GRAY LLP
                                             2099 Pennsylvania, N.W.
                                             Washington, DC 20006-6807
                                             Tel: (202) 508-4600
                                             Fax: (202) 508-4650
                                             Douglas.Hallward-Driemeier@ropesgray.com

                                             **ATTORNEY FOR PLAINTIFF**
                                             **STARBUCKS CORPORATION**

**B. Local Counsel Information and Certification**

I, Jeffrey D. Harty, an active member in good standing of the bar of the United States District Court for the Southern District of Iowa, request that this court admit Douglas H. Hallward-Driemeier *pro hac vice*, an attorney admitted to practice and currently in good standing in the District of Columbia and Massachusetts, but not admitted to the bar of this court, who will be counsel for the Plaintiff Starbucks Corporation, in the case listed above. I am aware of my obligations under the Local Rules of this court including requiring that I accept service of all documents.

Dated:  November 20, 2023                    Respectfully submitted,

*/s/ Jeffrey D. Harty*
Jeffrey D. Harty
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Tel: (515) 283-3100
Fax: (515) 283-3108
Email: jharty@nyemaster.com

**ATTORNEY FOR PLAINTIFF**
**STARBUCKS CORPORATION**