# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| STARBUCKS CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>IOWA CITY STARBUCKS WORKERS UNITED, CHICAGO AND MIDWEST REGIONAL JOINT BOARD, INC., and WORKERS UNITED d/b/a STARBUCKS WORKERS UNITED,<br><br>    Defendants. | No. 3:23-cv-00068-SHL-SBJ<br><br><br>NOTICE OF APPEARANCE OF JAMES C. LAREW |

Notice is hereby given that James C. Larew of Larew Law Office enters his appearance on behalf of Defendants Iowa City Starbucks Workers United, Chicago and Midwest Regional Joint Board, Inc., and Workers United d/b/a Starbucks Workers United.

James C. Larew may receive all communications from the Court and from other parties at Larew Law Office, 504 E. Bloomington Street, Iowa City, Iowa 52245; phone number: (319) 337-7079; facsimile number: (319) 337-7082; email address: james.larew@larewlawoffice.com.

Dated: November 28, 2023.

        Respectfully submitted,

          /s/ *James C. Larew*  
        James C. Larew AT0004543  
        LAREW LAW OFFICE  
        504 E. Bloomington Street  
        Iowa City, Iowa 52245  
        Phone: 319-337-7079  
        Fax: 319-337-7082  
        Email: james.larew@larewlawoffice.com

        **ATTORNEY FOR DEFENDANTS**

**Copy to:**

**Jeffrey D. Harty**
NYEMASTER GOODE PC
700 WALNUT STREET
SUITE 1600
DES MOINES, IA 50309-3899
515-283-8038
Fax: 515-283-3108
Email: jharty@nyemaster.com
*LEAD ATTORNEY*

**Douglas H. Hallward-Driemeier**
ROPES & GRAY LLP
2099 PENNSYLVANIA AVENUE, NW
SUITE 1200
WASHINGTON, DC 20005-2400
202-508-4776
Email: douglas.hallward-driemeier@ropesgray.com
*PRO HAC VICE*

**Ethan M. Weinberg**
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
212-596-9000
Email: ethan.weinberg@ropesgray.com
*PRO HAC VICE*

**Lynn C. Herndon**
NYEMASTER GOODE PC
700 WALNUT STREET
SUITE 1600
DES MOINES, IA 50309-3899
515-283-3100
Fax: 515-283-8045
Email: lherndon@nyemaster.com

**Meredith E. Foor**
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
212-596-9548
Fax: 646-728-2657
Email: meredith.foor@ropesgray.com
*PRO HAC VICE*

**Peter M. Brody**
ROPES & GRAY LLP
2099 PENNSYLVANIA AVENUE, NW
SUITE 1200
WASHINGTON, DC 20005-2400
202-508-4612
Email: peter.brody@ropesgray.com
*PRO HAC VICE*

**Rocky C. Tsai**
ROPES & GRAY LLP
THREE EMBARCADERO CENTER
SAN FRANCISCO, CA 94111
415-315-6358
Email: rocky.tsai@ropesgray.com
*PRO HAC VICE*

**S. Lara Ameri**
ROPES & GRAY LLP (MA)
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
617-951-7049
Email: lara.ameri@ropesgray.com
*PRO HAC VICE*

**ATTORNEYS FOR PLAINTIFFS**

**Nathan T. Willems**
RUSH & NICHOLSON
115 FIRST AVENUE SE, SUITE 201
P.O. BOX 637
CEDAR RAPIDS, IA 52406-0637
319-363-5209
Fax: 319-363-6664
Email: nate@rushnicholson.com
*LEAD ATTORNEY*

**Corinne Johnson**
ALTSHULER BERZON LLP
177 POST STREET, SUITE 300
SAN FRANCISCO, CA 94108
415-421-7151
Email: cjohnson@altber.com
*PRO HAC VICE*

**Stacey Leyton**
ALTSHULER BERZON LLP
177 POST STREET, SUITE 300
SAN FRANCISCO, CA 94108
415-421-7151
Fax: 415-362-8064
Email: sleyton@altber.com
*PRO HAC VICE*

**ATTORNEYS FOR DEFENDANTS**

### PROOF OF SERVICE

The undersigned certifies that the foregoing document was served upon all parties to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on <u>November 28 2023</u>.

By: Other – CM/ECF

Signature_____/s/*Andrew Kramer*_____