UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF IOWA, EASTERN DIVISION

| | |
|---|---|
| **STARBUCKS CORPORATION,**<br><br>*Plaintiff*<br><br>v.<br><br>**WORKERS UNITED, d/b/a STARBUCKS WORKERS UNITED, CHICAGO AND MIDWEST REGIONAL JOINT BOARD, INC., and IOWA CITY STARBUCKS WORKERS UNITED,**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:23-cv-00068-SHL-SBJ<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF SERVICE**

I, Elishea Swain, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Workers United d/b/a Starbucks Workers United in Philadelphia County, PA on November 17, 2023 at 9:18 am at 22 S 22nd St, Philadelphia, PA 19103 by leaving the following documents with Frank Delia who as Manager is authorized by appointment or by law to receive service of process for Workers United d/b/a Starbucks Workers United.

Summons in a Civil Action
First Amended Complaint
Complaint
Civil Cover Sheet
Cover Letter, LR 7.1 Disclosure Statement, and Corporate Disclosure/Statement of Interest (blank)
Exhibits

Additional Description:
Handed documents to manager.

Hispanic or Latino Male, est. age 45-54, glasses: Y, Gray hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.9531777328,-75.1768813977
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Philadelphia County, PA on 11/17/2023.

/s/ *Elishea Swain*
Signature
Elishea Swain
+1 (610) 800-9324





Exhibit 1b)



Exhibit 1c)
JOHN FOX TOWERS
22 SOUTH 22ND STREET