# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa
Eastern Division

**STARBUCKS CORPORATION**

*Plaintiff*

v.

**WORKERS UNITED, d/b/a STARBUCKS WORKERS UNITED, CHICAGO AND MIDWEST REGIONAL JOINT BOARD, INC., and IOWA CITY STARBUCKS WORKERS UNITED**

*Defendant*

Civil Action No. 3:23-cv-00068-SHL-SBJ

## AFFIDAVIT OF SERVICE

I, Kurt Sederman, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Chicago and Midwest Regional Joint Board, Inc. in Cook County, IL on November 16, 2023 at 12:43 pm at Chicago and Midwest Regional Joint Board, Inc., 333 S Ashland Ave, Chicago, IL 60607 by leaving the following documents with Nancy Campos who as Supervisor is authorized by appointment or by law to receive service of process for Chicago and Midwest Regional Joint Board, Inc.

Summons in a Civil Action
First Amended Complaint
Complaint
Civil Cover Sheet
Cover Letter, LR 7.1 Disclosure Statement, and Corporate Disclosure/Statement of Interest (blank)
Exhibits

Additional Description:
Per security officer (F/B/60): all summons must go to the designated person for service of process, supervisor Nancy Campos.

Hispanic or Latino Female, est. age 45-54, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.8768292,-87.6664558
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__Cook County__                              ,

__IL__     on   __11/17/2023__     .

/s/ *Kurt Sederman*
Signature
Kurt Sederman
+1 (312) 451-8228

