**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| STARBUCKS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WORKERS UNITED, d/b/a STARBUCKS WORKERS UNITED, CHICAGO AND MIDWEST REGIONAL JOINT BOARD, and IOWA CITY STARBUCKS WORKERS UNITED,<br><br>Defendants. | Civil Action No. 3:23-cv-00068-SHL-SBJ<br><br>**JOINT MOTION FOR EXTENDED BRIEFING SCHEDULE** |
|---|---|

Plaintiff Starbucks Corporation ("Starbucks") and Defendants Workers United and the Chicago and Midwest Regional Joint Board ("CMRJB")[1] (collectively, "Moving Parties") hereby jointly move to extend the deadline for all Defendants to answer, move, or otherwise respond to the First Amended Complaint (Dkt. No. 13) to January 22, 2024, and for an extended resistance and reply briefing schedule.

Starbucks filed its Complaint on October 18, 2023. (Dkt. No. 1.) On November 10, 2023, Starbucks filed its First Amended Complaint. (Dkt. No. 13.)

Iowa City Starbucks Workers United and the Chicago and Midwest Regional Joint Board's answers are currently due December 7, 2023, and Workers United's answer is currently

[1] The participation of Workers United and CMRJB in this joint motion is for the limited purpose of establishing a briefing schedule and does not establish its consent to this Court's exercise of personal jurisdiction or waive any defense or motion.

Defendants' position is that Plaintiff Starbucks has attempted service of Defendant Iowa City Starbucks Workers United by serving a summons on Defendant Chicago Midwest Regional Joint Board. This motion seeks to extend the deadline for all defendants in order to maintain a uniform briefing schedule for all parties, but does not waive any defense or motion with regard to Iowa City Starbucks Workers United.

due December 8. The Moving Parties respectfully propose that the deadline to answer, move, or otherwise respond to the First Amended Complaint shall be extended to January 22, 2024. The parties further propose that, in the event the Defendants in this action file a single motion pursuant to Federal Rule of Civil Procedure 12, then the resistance of Starbucks to such motion will be due on February 12, 2024, and any reply will be due on February 26, 2024; whereas, in the event the Defendants in this action file more than one motion pursuant to Federal Rule of Civil Procedure 12, then the resistances of Starbucks to such multiple motions will be due on March 4, 2024, and any replies will be due on March 18, 2024.

In light of the intervening holidays, the proposed extended briefing schedule will provide sufficient time for Defendants to assess the claims and prepare their response, and for Starbucks to respond to any motion. In addition, this proposed briefing schedule would align with a similar briefing schedule in *Workers United v. Starbucks*, No. 2:23-cv-4036 (E.D. Pa.), which involves two of the same Parties, Workers United and Starbucks, and related claims and facts.

There have been no prior extensions in this matter, and the proposed extended briefing schedule will not alter any event or deadline already set by the Court in this action.

Respectfully submitted,

Dated: November 30, 2023

Peter M. Brody (admitted *pro hac vice*)
Douglas H. Hallward-Driemeier
(admitted *pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
Peter.Brody@ropesgray.com
Douglas.Hallward-Driemeier@ropesgray.com

Rocky C. Tsai (admitted *pro hac vice*)

/s/ Jeffrey D. Harty
Jeffrey D. Harty
Lynn C. Herndon
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50809
Tel: (515) 283-3100
Fax: (515) 283-3108
jharty@nyemaster.com
lherndon@nyemaster.com

*Attorneys for Plaintiff Starbucks Corporation*

ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Fax: (415) 315-6350
Rocky.Tsai@ropesgray.com

Stephanie Lara Ameri (admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 235-7500
Lara.Ameri@ropesgray.com

Meredith Foor (admitted *pro hac vice*)
Ethan M. Weinberg (admitted *pro hac vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090
Meredith.Foor@ropesgray.com
Ethan.Weinberg@ropesgray.com

/s/ Daniel M. Rosenthal
Daniel M. Rosenthal (admitted *pro hac vice*)
Elizabeth Grdina (admitted *pro hac vice*)
Ryan E. Griffin (admitted *pro hac vice*)
Charlotte H. Schwartz (admitted *pro hac vice*)
JAMES & HOFFMAN, P.C.
1629 K Street, NW, Suite 1050
Washington, DC 20006
Tel: (202) 496-0500
Fax: (202) 496-0555
dmrosenthal@jamhoff.com
bgrdina@jamhoff.com
regriffin@jamhoff.com
chschwartz@jamhoff.com

James C. Larew
LAREW LAW OFFICE
504 E. Bloomington Street
Iowa City, IA 52245
Tel: (319) 337-7079

Fax: (319) 337-7082
james.larew@larewlawoffice.com

*Attorneys for Defendants Workers United and Chicago and Midwest Regional Joint Board*