IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| STARBUCKS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>WORKERS UNITED, d/b/a STARBUCKS WORKERS UNITED, CHICAGO AND MIDWEST REGIONAL JOINT BOARD, and IOWA CITY STARBUCKS WORKERS UNITED,<br><br>    Defendants. | Civil Action No. 3:23-cv-00068-SHL-SBJ<br><br>**CHICAGO AND MIDWEST REGIONAL JOINT BOARD'S CORPORATE DISCLOSURE/ STATEMENT OF INTEREST** |

As required by LR 7.1 and LR 81.c, d, and e, in this case, Defendant Chicago and Midwest Regional Joint Board provides the following information to the court:

Defendant is a labor union organized as an unincorporated association. Defendant has no parent or subsidiary entities. Defendant is not aware of any entity, other than the parties, that has a direct or indirect pecuniary interest in the outcome of the case. Defendant is affiliated with other labor organizations that are not parties to this case, but Defendant does not understand such affiliated organizations to be within the scope of Local Rule 7.1.

Defendant received a summons for "Iowa City Starbucks Workers United." Defendant believes that no such entity exists.

Respectfully submitted,

/s/ Daniel M. Rosenthal
Daniel M. Rosenthal (admitted *pro hac vice*)
Elizabeth Grdina (admitted *pro hac vice*)
Ryan E. Griffin (admitted *pro hac vice*)
Charlotte H. Schwartz (admitted *pro hac vice*)

1

                                          JAMES & HOFFMAN, P.C.
                                        1629 K Street, NW, Suite 1050
                                        Washington, DC 20006
                                        Tel: (202) 496-0500
                                        Fax: (202) 496-0555
                                        dmrosenthal@jamhoff.com
                                        bgrdina@jamhoff.com
                                        regriffin@jamhoff.com
                                        chschwartz@jamhoff.com

                                        James C. Larew
                                        LAREW LAW OFFICE
                                        504 E. Bloomington Street
                                        Iowa City, IA 52245
                                        Tel: (319) 337-7079
                                        Fax: (319) 337-7082
                                        james.larew@larewlawoffice.com

Dated: December 18, 2023            *Attorneys for Defendants Workers United and Chicago and Midwest Regional Joint Board*