**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| STARBUCKS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>WORKERS UNITED, d/b/a<br>STARBUCKS WORKERS UNITED,<br>CHICAGO AND MIDWEST REGIONAL<br>JOINT BOARD, and IOWA CITY<br>STARBUCKS WORKERS UNITED,<br><br>    Defendants. | Civil Action No. 3:23-cv-00068-SHL-SBJ<br><br>**WORKERS UNITED'S CORPORATE DISCLOSURE/ STATEMENT OF INTEREST** |

As required by LR 7.1 and LR 81.c, d, and e, in this case, Defendant Workers United provides the following information to the court:

Defendant is a labor union organized as an unincorporated association. Defendant has no parent or subsidiary entities. Defendant is not aware of any entity, other than the parties, that has a direct or indirect pecuniary interest in the outcome of the case. Defendant is affiliated with other labor organizations that are not parties to this case, but Defendant does not understand such affiliated organizations to be within the scope of Local Rule 7.1.

Respectfully submitted,

/s/ Daniel M. Rosenthal
Daniel M. Rosenthal (admitted *pro hac vice*)
Elizabeth Grdina (admitted *pro hac vice*)
Ryan E. Griffin (admitted *pro hac vice*)
Charlotte H. Schwartz (admitted *pro hac vice*)
JAMES & HOFFMAN, P.C.
1629 K Street, NW, Suite 1050
Washington, DC 20006
Tel: (202) 496-0500

Fax: (202) 496-0555
dmrosenthal@jamhoff.com
bgrdina@jamhoff.com
regriffin@jamhoff.com
chschwartz@jamhoff.com

James C. Larew
LAREW LAW OFFICE
504 E. Bloomington Street
Iowa City, IA 52245
Tel: (319) 337-7079
Fax: (319) 337-7082
james.larew@larewlawoffice.com

Dated: December 18, 2023

*Attorneys for Defendants Workers United and Chicago and Midwest Regional Joint Board*