# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| STARBUCKS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WORKERS UNITED, d/b/a STARBUCKS WORKERS UNITED, CHICAGO AND MIDWEST REGIONAL JOINT BOARD, INC., and IOWA CITY STARBUCKS WORKERS UNITED,<br><br>Defendants. | Civil Action No. 3:23-cv-00068- SHL-SBJ<br><br>**JOINT MOTION TO STAY THE CASE PENDING MEDIATION AND REQUEST FOR STATUS CONFERENCE**<br><br>*EXPEDITED RELIEF REQUESTED* |

Pursuant to Local Rule 72B, Plaintiff Starbucks Corporation ("Starbucks" or "Plaintiff") and Defendants Workers United and the Chicago and Midwest Regional Joint Board ("CMRJB") (together with Starbucks, the "Moving Parties"), hereby jointly move the Court for an order staying the proceedings and all deadlines in order to facilitate the Moving Parties' alternative dispute resolution via private mediation.[1]  In support thereof, the Moving Parties state as follows:

1. Starbucks filed its Complaint on October 18, 2023.  (Dkt. No. 1.)  On November 10, 2023, Starbucks filed its First Amended Complaint.  (Dkt. No. 13.)

---

[1] The participation of Workers United and CMRJB in this joint motion is for the limited purposes stated in the motion and does not establish Defendants' consent to this Court's exercise of personal jurisdiction or waive any defense or motion, including any defense or motion with respect to any Moving Party or "Iowa City Starbucks Workers United."  The Moving Parties agree it is in their best interest to pursue a mutually agreeable resolution before proceeding further with litigation; accordingly, this motion seeks to stay the proceedings pending mediation in order to maintain uniformity in the case's progression for all parties.

2. On October 18, 2023, Defendant Workers United filed a complaint against Starbucks in the Eastern District of Pennsylvania (the "Pennsylvania Action"). *See Workers United v. Starbucks*, 2:23-cv-4036 (E.D. Pa.).

3. On December 1, 2023, the Court granted the Moving Parties' Motion for Extended Briefing Schedule, permitting Defendants "to file an answer or other responsive pleading to the First Amended Complaint" by January 22, 2024. (Dkt. No. 33.)

4. On November 20, 2023 in the Pennsylvania Action, Judge Pratter granted an extension permitting Starbucks to file an answer or otherwise respond to Workers United's Complaint by January 22, 2024.

5. The Moving Parties have agreed to pursue alternative dispute resolution discussions and, accordingly, have secured a mediation session with Mr. David Geronemus, Esq. scheduled for February 21, 2024.

6. In order to facilitate their scheduled mediation, the Moving Parties jointly request that the Court stay all proceedings and deadlines (including but not limited to the above-described time for Defendants to file an answer or other responsive pleading) in this matter until March 1, 2024, and set that date as the deadline for an answer or other responsive pleading.

7. In order to keep this case moving forward should their mediation not resolve this action, the Moving Parties also request that the Court schedule a status conference on or shortly after March 4, 2024.

8. A stay of this litigation will allow the Parties to concentrate time and resources on potential resolution.

9. The motion is made in good faith and is not interposed for delay or any other improper purpose.

10. The Moving Parties agree that the filing of this joint Motion shall not be to the prejudice of any party, including but not limited to a party citing to any delay in another party's claim, defense, motion, or argument on account of this Motion.

11. The Moving Parties are simultaneously seeking a stay of all proceedings and deadlines in the Pennsylvania Action. Because the Moving Parties believe that a stay is necessary in both matters for mediation to proceed fairly and efficiently, in the event that a stay is not granted in the Pennsylvania Action, the Moving Parties reserve the right to move for a lift of any stay the Court grants pursuant to this motion.

WHEREFORE, the Moving Parties respectfully request the Court: (1) stay all proceedings in this matter until March 1, 2024, and set that date as the deadline for an answer or other responsive pleading; (2) schedule a status conference for March 4, 2024, or shortly thereafter; and (3) preserve the Moving Parties' right to move to lift the stay in the event that the Moving Parties' motion for a stay is denied in the Pennsylvania Action.

Respectfully submitted,

Dated: January 18, 2024

| | |
|---|---|
| /s/ *Daniel M. Rosenthal* | /s/ *Jeffrey D. Harty* |
| Daniel M. Rosenthal | Jeffrey D. Harty |
| | |
| Daniel M. Rosenthal (admitted *pro hac vice*) | Jeffrey D. Harty |
| Elizabeth Grdina (admitted *pro hac vice*) | Lynn C. Herndon |
| Ryan E. Griffin (admitted *pro hac vice*) | Nyemaster Goode, P.C. |
| Charlotte H. Schwartz (admitted *pro hac vice*) | 700 Walnut Street, Suite 1600 |
| JAMES & HOFFMAN, P.C. | Des Moines, IA 50809 |
| 1629 K Street, NW, Suite 1050 | jharty@nyemaster.com |
| Washington, DC 20006 | lherndon@nyemaster.com |

<div style="column-count:2">

Tel: (202) 496-0500
Fax: (202) 496-0555
dmrosenthal@jamhoff.com
bgrdina@jamhoff.com
regriffin@jamhoff.com
chschwartz@jamhoff.com

James C. Larew
LAREW LAW OFFICE
504 E. Bloomington Street
Iowa City, IA 52245
Tel: (319) 337-7079
Fax: (319) 337-7082
james.larew@larewlawoffice.com

*Attorneys for Defendants Workers United and Chicago and Midwest Regional Joint Board*

Peter M. Brody (admitted *pro hac vice*)
Douglas H. Hallward-Driemeier (admitted *pro hac vice*)
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
Peter.Brody@ropesgray.com
Douglas.Hallward-Driemeier@ropesgray.com

Rocky C. Tsai (admitted *pro hac vice*)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Fax: (415) 315-6350
Rocky.Tsai@ropesgray.com

S. Lara Ameri (admitted *pro hac vice*)
**ROPES & GRAY LLP**
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 235-7500
Lara.Ameri@ropesgray.com

Ethan M. Weinberg (admitted *pro hac vice*)
Meredith Foor (admitted *pro hac vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090
Ethan.Weinberg@ropesgray.com
Meredith.Foor@ropesgray.com

*Attorneys for Plaintiff Starbucks Corporation*

</div>