# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| STARBUCKS CORPORATION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>WORKERS UNITED, d/b/a STARBUCKS WORKERS UNITED, CHICAGO AND MIDWEST REGIONAL JOINT BOARD, INC., and IOWA CITY STARBUCKS WORKERS UNITED,<br><br>　　Defendants. | Civil Action No. 3:23-cv-00068-SHL-SBJ<br><br><br>**JOINT MOTION TO EXTEND STAY PENDING SETTLEMENT NEGOTIATIONS** |

Pursuant to Local Rule 72B, Plaintiff Starbucks Corporation ("Starbucks" or "Plaintiff") and Defendants Workers United and the Chicago and Midwest Regional Joint Board ("CMRJB") (together with Starbucks, the "Moving Parties"), hereby jointly move the Court for an extension of the current stay of all proceedings and deadlines from October 31, 2024 (Dkt. No. 48) until January 31, 2025, in order to facilitate the Moving Parties' alternative dispute resolution following private mediation.[1]  In support thereof, the Moving Parties state as follows:

　　1.　　Starbucks filed its Complaint on October 18, 2023. (Dkt. No. 1.) On November 10, 2023, Starbucks filed its First Amended Complaint. (Dkt. No. 13.)

---

[1] The participation of Workers United and CMRJB in this joint Motion is for the limited purposes stated in the motion and does not establish Defendants' consent to this Court's exercise of personal jurisdiction or waive any defense or motion, including any defense or motion with respect to any Moving Party or "Iowa City Starbucks Workers United." The Moving Parties agree it is in their best interest to pursue a mutually agreeable resolution before proceeding further with litigation; accordingly, this Motion seeks to stay the proceedings pending additional good-faith negotiations.

2. On October 18, 2023, Defendant Workers United filed a complaint against Starbucks in the Eastern District of Pennsylvania (the "Pennsylvania Action"). *See Workers United v. Starbucks Corp.*, 2:23-cv-4036 (E.D. Pa.).

3. On December 1, 2023, the Court granted the Moving Parties' Motion for Extended Briefing Schedule, permitting Defendants "to file an answer or other responsive pleading to the First Amended Complaint" by January 22, 2024. (Dkt. No. 33.)

4. On November 20, 2023, in the Pennsylvania Action, Judge Pratter granted an extension permitting Starbucks to file an answer or otherwise respond to Workers United's Complaint by January 22, 2024.

5. On January 18, 2024, the Moving Parties sought a stay in both this action and the Pennsylvania Action to facilitate their efforts to pursue alternative dispute resolution, and this Court entered a stay the same day. (Dkt. Nos. 39, 40.)

6. On February 21, 2024, the Moving Parties participated in a full-day mediation session with Mr. David Geronemus, Esq. That session was productive, and the Moving Parties agreed to engage in further good-faith negotiations.

7. On February 23, 2024, the Moving Parties filed a joint motion to stay proceedings in the Pennsylvania Action, and a stay was entered February 27, 2024, resetting the deadline to respond to the First Amended Complaint in that case to March 18, 2024.

8. On February 27, 2024, Starbucks and Workers United announced publicly that they had agreed to begin discussions on a foundational framework to achieve the resolution of certain litigation, including this case, along with other matters.

9. On February 29, 2024, the Moving Parties filed a joint motion to extend the stay in this action until April 30, 2024, to further facilitate their negotiations. (Dkt. No. 43.) That motion was granted by the Court on March 1, 2024. (Dkt. No. 44.)

10. On March 13, 2024, the Moving Parties sought in the Pennsylvania Action an extension of the time for Starbucks to respond to the First Amended Complaint until April 30, 2024, which was granted on March 14, 2024.

11. The Moving Parties have continued to work towards a global resolution of the litigation between them and other non-litigation disputes, but need additional time given the large number and complexity of the issues.

12. On April 24, 2024, the parties met to resume collective bargaining. Starbucks has committed to a goal of "reaching ratified contracts for represented stores in 2024." Contract bargaining is "intended to achieve both collective bargaining agreements for represented stores and resolve litigation, including that related to the Starbucks brand."

13. At the end of May 2024, the parties met again to resume collective bargaining.

14. On June 10, 2024, in the Pennsylvania Action, Judge Baylson granted an extension permitting Starbucks to file an answer or otherwise respond to Workers United's Complaint by October 31, 2024. And on July 22, 2024, this Court extended the stay in this action until October 31, 2024. (Dkt. No. 48.)

15. On June 25-26, 2024, the parties met again to resume collective bargaining and have had multiple additional meetings each month since then.

16. The Moving Parties submit that their negotiations will be aided by a further extension of the stay in this matter so that they may focus their time, efforts, and resources on further negotiations to seek an early resolution of this matter, without concurrently engaging in

motions practice in this Court, which will also promote judicial economy. Accordingly, the Moving Parties respectfully move this Court for an extension of Defendants' deadline to respond to answer, move, or otherwise respond to the First Amended Complaint.

17. The motion is made in good faith and is not interposed for delay or any other improper purpose.

18. The Moving Parties are concurrently seeking a coextensive stay in the Pennsylvania Action.

19. The Moving Parties agree that the filing of this joint Motion shall not be to the prejudice of any party, including but not limited to a party citing to any delay in another party's claim, defense, motion, or argument on account of this Motion.

WHEREFORE, the Moving Parties respectfully request the Court extend the stay of all proceedings in this matter until January 31, 2025, and set that date as the deadline for Defendants to answer, move, or otherwise respond to the First Amended Complaint.

Dated: October 23, 2024

Respectfully submitted,

*/s/ Daniel M. Rosenthal*
Daniel M. Rosenthal

Daniel M. Rosenthal (admitted *pro hac vice*)
Elizabeth Grdina (admitted *pro hac vice*)
Ryan E. Griffin (admitted *pro hac vice*)
Charlotte H. Schwartz (admitted *pro hac vice*)
JAMES & HOFFMAN, P.C.
1629 K Street, NW, Suite 1050
Washington, DC 20006
Tel: (202) 496-0500
Fax: (202) 496-0555

*/s/ Jeffrey D. Harty*
Jeffrey D. Harty

Jeffrey D. Harty
Lynn C. Herndon
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50809
T: (515) 283-3100
F: (515) 283-3108
E: jharty@nyemaster.com
E: lherndon@nyemaster.com

| | |
|---|---|
| dmrosenthal@jamhoff.com<br>bgrdina@jamhoff.com<br>regriffin@jamhoff.com<br>chschwartz@jamhoff.com<br><br>James C. Larew<br>LAREW LAW OFFICE<br>504 E. Bloomington Street<br>Iowa City, IA 52245<br>Tel: (319) 337-7079<br>Fax: (319) 337-7082<br>james.larew@larewlawoffice.com<br><br>*Attorneys for Defendants Workers United and Chicago and Midwest Regional Joint Board* | Peter M. Brody (admitted *pro hac vice*)<br>Douglas H. Hallward-Driemeier<br>(admitted *pro hac vice*)<br>**ROPES & GRAY LLP**<br>2099 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-6807<br>Tel: (202) 508-4600<br>Fax: (202) 508-4650<br>Peter.Brody@ropesgray.com<br>Douglas.Hallward-Driemeier@ropesgray.com<br><br>Rocky C. Tsai (admitted *pro hac vice*)<br>**ROPES & GRAY LLP**<br>Three Embarcadero Center<br>San Francisco, CA 94111-4006<br>Tel: (415) 315-6300<br>Fax: (415) 315-6350<br>Rocky.Tsai@ropesgray.com<br><br>S. Lara Ameri (admitted *pro hac vice*)<br>**ROPES & GRAY LLP**<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199-3600<br>Tel: (617) 951-7000<br>Fax: (617) 235-7500<br>Lara.Ameri@ropesgray.com<br><br>Ethan M. Weinberg (admitted *pro hac vice*)<br>Meredith Cox (admitted *pro hac vice*)<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Tel: (212) 596-9000<br>Fax: (212) 596-9090<br>Ethan.Weinberg@ropesgray.com<br>Meredith.Foor@ropesgray.com<br><br>*Attorneys for Plaintiff Starbucks Corporation* |