IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| STARBUCKS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WORKERS UNITED d/b/a STARBUCKS WORKERS UNITED, CHICAGO AND MIDWEST REGIONAL JOINT BOARD, and IOWA CITY STARBUCKS WORKERS UNITED,<br><br>Defendants. | Civil Action No. 3:23-cv-00068-SHL-SBJ<br><br><br>**JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE REGARDING MOTION TO DISMISS** |

Plaintiff Starbucks Corporation ("Starbucks") and Defendants Workers United and the Chicago and Midwest Regional Joint Board ("CMRJB")[1] (collectively, "Moving Parties") hereby jointly move for an order setting certain deadlines, as set forth below.

This case was stayed on January 19, 2024, prior to the filing of a responsive pleading by Defendants. (Dkt. No. 40) The case has remained stayed since then, with the stay scheduled to expire on January 31, 2025 (Dkt. No. 53). Following framework bargaining the week of October 28, 2024, the parties met again to bargain the weeks of November 18 and December 16. During these sessions, the parties reached additional tentative agreements on important issues. However, the parties do not anticipate reaching a final resolution prior to January 31, 2025.

---

[1] The participation of Workers United and CMRJB in this joint motion is for the limited purpose of establishing a briefing schedule and does not establish its consent to this Court's exercise of personal jurisdiction or waive any defense or motion.

1

Defendants plan to file a motion to dismiss on that date. Defendants anticipate that their motion will argue lack of personal jurisdiction along with non-jurisdictional arguments for dismissal. Defendants anticipate that a separate motion will be filed seeking dismissal of "Iowa City Starbucks Workers United" on the basis that there is no legal entity with that name, Starbucks has not properly served any such entity, and the Court lacks jurisdiction over any such entity. Starbucks disagrees with these positions and will be filing resistances accordingly.

Prior to the stay, the parties agreed to an extended briefing schedule, in which Defendants would have additional time to file a motion to dismiss, Starbucks would have additional time to file a response, and Defendants would have additional time for a reply. (Dkt. No. 32) The Court granted the motion as to the deadline for Defendants' motion to dismiss while deferring consideration of an extension as to other deadlines. (Dkt. No. 33).

In light of the complexity of issues that the parties anticipate will be raised in motions to dismiss, the parties propose that the Court extend the briefing schedule as follows: Starbucks resistances to motions to dismiss will be due on March 4, 2025, and any reply briefs will be due on March 18, 2025.

Dated: January 29, 2025                                      Respectfully submitted,

*/s/ Daniel M. Rosenthal*                                    */s/ Jeffrey D. Harty*
Daniel M. Rosenthal (admitted *pro hac vice*)                Jeffrey D. Harty
Elizabeth Grdina (admitted *pro hac vice*)                   Lynn C. Herndon
Ryan E. Griffin (admitted *pro hac vice*)                    NYEMASTER GOODE, P.C.
Charlotte H. Schwartz (admitted *pro hac vice*)              700 Walnut Street, Suite 1300
JAMES & HOFFMAN, P.C.                                        Des Moines, IA 50309
1629 K Street, NW, Suite 1050                                T: (515) 283-3100
Washington, DC 20006                                         F: (515) 283-3108
Tel: (202) 496-0500                                          E: jharty@nyemaster.com
Fax: (202) 496-0555                                          E: lherndon@nyemaster.com

| | |
|---|---|
| dmrosenthal@jamhoff.com<br>bgrdina@jamhoff.com<br>regriffin@jamhoff.com<br>chschwartz@jamhoff.com<br><br>James C. Larew<br>LAREW LAW OFFICE<br>504 E. Bloomington Street<br>Iowa City, IA 52245<br>Tel: (319) 337-7079<br>Fax: (319) 337-7082<br>james.larew@larewlawoffice.com<br><br>Rebecca Tushnet (admitted *pro hac vice*)<br>LEX LUMINA PLLC<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>T: (703) 593-6759<br>E: rtushnet@lex-lumina.com<br><br>**ATTORNEYS FOR DEFENDANTS WORKERS UNITED AND CHICAGO AND MIDWEST REGIONAL JOINT BOARD**<br><br>Robert E. Bloch (admitted *pro hac vice*)<br>DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP<br>8 S. Michigan Avenue, Suite 1900<br>Chicago, IL 60603<br>T: (312) 296-5699<br>E: rebloch@laboradvocates.com<br><br>**ATTORNEY FOR DEFENDANT CHICAGO AND MIDWEST REGIONAL JOINT BOARD** | Peter M. Brody (admitted *pro hac vice*)<br>Douglas H. Hallward-Driemeier (admitted *pro hac vice*)<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-6807<br>Tel: (202) 508-4600<br>Fax: (202) 508-4650<br>Peter.Brody@ropesgray.com<br>Douglas.Hallward-Driemeier@ropesgray.com<br><br>Rocky C. Tsai (admitted *pro hac vice*)<br>ROPES & GRAY LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4006<br>Tel: (415) 315-6300<br>Fax: (415) 315-6350<br>Rocky.Tsai@ropesgray.com<br><br>S. Lara Ameri (admitted *pro hac vice*)<br>ROPES & GRAY LLP<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199-3600<br>Tel: (617) 951-7000<br>Fax: (617) 235-7500<br>Lara.Ameri@ropesgray.com<br><br>Ethan M. Weinberg (admitted *pro hac vice*)<br>Meredith E. Foor (admitted *pro hac vice*)<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Tel: (212) 596-9000<br>Fax: (212) 596-9090<br>Ethan.Weinberg@ropesgray.com<br>Meredith.Foor@ropesgray.com<br><br>**ATTORNEYS FOR PLAINTIFF STARBUCKS CORPORATION** |