**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| STARBUCKS CORPORATION, | Civil Action No. 3:23-cv-00068-SHL-SBJ |
| Plaintiff, | |
| v. | |
| WORKERS UNITED d/b/a STARBUCKS WORKERS UNITED, CHICAGO AND MIDWEST REGIONAL JOINT BOARD, and IOWA CITY STARBUCKS WORKERS UNITED, | **DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |

COMES NOW Plaintiff Starbucks Corporation ("Starbucks"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby dismisses all of its claims pending in the above-captioned action <u>without</u> prejudice. None of the Defendants in the action have filed an answer or motion for summary judgment.

Dated: January 31, 2025          Respectfully submitted,

*/s/ Jeffrey D. Harty*
Jeffrey D. Harty
Lynn C. Herndon
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50309
T: (515) 283-3100
F: (515) 283-3108
E: jharty@nyemaster.com
E: lherndon@nyemaster.com

Peter M. Brody (admitted *pro hac vice*)
Douglas H. Hallward-Driemeier (admitted *pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
Peter.Brody@ropesgray.com
Douglas.Hallward-Driemeier@ropesgray.com

Rocky C. Tsai (admitted *pro hac vice*)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Fax: (415) 315-6350
Rocky.Tsai@ropesgray.com

S. Lara Ameri (admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 235-7500
Lara.Ameri@ropesgray.com

Ethan M. Weinberg (admitted *pro hac vice*)
Meredith E. Foor (admitted *pro hac vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090
Ethan.Weinberg@ropesgray.com
Meredith.Foor@ropesgray.com

**ATTORNEYS FOR PLAINTIFF
STARBUCKS CORPORATION**